## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: August 2, 2019  
Index #  1:19-cv-07261-LTS

*Alejandro Manuel Zapata Osorio, et al*    Plaintiff

against

*Vector Structural Preservation Corp.*    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY      SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 12, 2019_____, at _____11:45 AM_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Corporate Notice

on

_____North Star Strategy, Inc._____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, **2** true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee **40** dollars; That said service was made pursuant to Section **306 Business Corporation Law**. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age:  55-60   Approx. Wt:  130lbs   Approx. Ht:  5'3"  
Color of skin:  White   Hair color:  Black   Sex:  Female   Other: _____

Sworn to before me on this  
12th  day of August 2019

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice·Work Order # S1827923

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**