# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

cerrington@failacelaw.com

June 5, 2020

**Via ECF**

Hon. Steven Tiscione, USMJ  
United States District Court  
United States Courthouse  
225 Cadman Plaza  
Brooklyn, New York 11201

      Re:    Osorio, et al. v. Vector Structural Preservation Corp., et al.  
            19-cv-4896 (LDH)(ST)

Dear Judge Tiscione:

      We represent the Plaintiffs in this action. We submit this letter to the Court jointly with Defendants' Counsel pursuant to the Court's order of May 26, 2020. The mediation in this case is set to go forward remotely and has been scheduled for June 24, 2020.

                                 Respectfully Submitted,

                                 /s Clela Errington  
                                 Clela A. Errington, Esq.

cc: Michael M. Rabinowitz, Esq. via ECF