UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,
BYRON SALVADOR BARRERA
SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO
CASHABAMBA TUBON, JESUS SIERRA,
JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA
GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, and WILDER
RODRIGUEZ, *individually and on behalf of
others similarly situated*,

19-CV-04896 (LDH) (ST)

**NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30**

   *Plaintiffs*,

-against-

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY), BILL HANDAKAS,
VASSILIOS HANDAKAS, and SERGIO
DOE,
   *Defendants*.
-----------------------------------------------------------------X

NOTICE OF DEPOSITION OF PLAINTIFF BYRON SALVADOR BARRERA SANCHEZ

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30, the testimony, upon oral examination of Plaintiff Byron Salvador Barrera Sanchez ("Plaintiff"), as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, via stenographic reporting, at the offices of Rabinowitz, Galina & Rosen, 94 Willis Avenue, Mineola, New York

11501, on the 28th day of October, 2020, at 1:00 P.M. in the afternoon of that day.

PLEASE TAKE FURTHER NOTICE that said Plaintiff is required to produce at such examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents, electronically stored information, or objects relating to Plaintiff's employment with any of the named defendants and/or relating to Plaintiff's personal calendar (including, but not limited to, dates of other employment, vacations, illnesses, etc.) for the time period during which Plaintiff was employed by any of the named defendants.

Dated: August 29, 2020
Mineola, New York

> RABINOWITZ, GALINA & ROSEN
> *Attorneys for Defendants*
>
> /s/
> _____
> By: Michael M. Rabinowitz, Esq.
> 94 Willis Avenue
> Mineola, New York, 11501
> Phone: (516) 739-8222
> mrabinowitz@randglaw.net

TO:  Michael Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*
60 East 42nd Street
Suite 4510
New York, New York 10165
Phone: 212-317-1200
michael@faillacelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,
BYRON SALVADOR BARRERA
SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO
CASHABAMBA TUBON, JESUS SIERRA,
JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA
GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, and WILDER
RODRIGUEZ, *individually and on behalf of
others similarly situated,*

                *Plaintiffs,*

      -against-

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY), BILL HANDAKAS,
VASSILIOS HANDAKAS, and SERGIO
DOE,
                *Defendants.*
-----------------------------------------------------------------------X

19-CV-04896 (LDH) (ST)

**NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30**

NOTICE OF DEPOSITION OF PLAINTIFF ARTURO DEL RAZO

    PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30, the testimony, upon oral examination of Plaintiff Arturo Del Razo ("Plaintiff"), as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, via stenographic reporting, at the offices of Rabinowitz, Galina & Rosen, 94 Willis Avenue, Mineola, New York 11501, on the 28th day of

Page 1 of 2

October, 2020, at 11:00 A.M. in the forenoon of that day.

PLEASE TAKE FURTHER NOTICE that said Plaintiff is required to produce at such examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents, electronically stored information, or objects relating to Plaintiff's employment with any of the named defendants and/or relating to Plaintiff's personal calendar (including, but not limited to, dates of other employment, vacations, illnesses, etc.) for the time period during which Plaintiff was employed by any of the named defendants.

Dated: August 29, 2020
      Mineola, New York

                                RABINOWITZ, GALINA & ROSEN
                                *Attorneys for Defendants*

                                /S/
                                By: Michael M. Rabinowitz, Esq.
                                94 Willis Avenue
                                Mineola, New York, 11501
                                Phone: (516) 739-8222
                                mrabinowitz@randglaw.net

TO:    Michael Faillace, Esq.
        MICHAEL FAILLACE & ASSOCIATES, P.C.
        *Attorneys for Plaintiffs*
        60 East 42nd Street
        Suite 4510
        New York, New York 10165
        Phone: 212-317-1200
        michael@faillacelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,
BYRON SALVADOR BARRERA
SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO
CASHABAMBA TUBON, JESUS SIERRA,
JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA
GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, and WILDER
RODRIGUEZ, *individually and on behalf of
others similarly situated*,

19-CV-04896 (LDH) (ST)

**NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30**

*Plaintiffs*,

-against-

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY), BILL HANDAKAS,
VASSILIOS HANDAKAS, and SERGIO
DOE,
                    *Defendants.*
------------------------------------------------------------------X

NOTICE OF DEPOSITION OF PLAINTIFF CARLOS E. SIERRA RODRIGUEZ

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30, the testimony, upon oral examination of Plaintiff Carlos E. Sierra Rodriguez ("Plaintiff"), as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, via stenographic reporting, at the offices of Rabinowitz, Galina & Rosen, 94 Willis Avenue, Mineola, New York 11501, on

the 28th day of October, 2020, at 2:00 P.M. in the afternoon of that day.

PLEASE TAKE FURTHER NOTICE that said Plaintiff is required to produce at such examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents, electronically stored information, or objects relating to Plaintiff's employment with any of the named defendants and/or relating to Plaintiff's personal calendar (including, but not limited to, dates of other employment, vacations, illnesses, etc.) for the time period during which Plaintiff was employed by any of the named defendants.

Dated: August 29, 2020
      Mineola, New York

                                      RABINOWITZ, GALINA & ROSEN
                                      *Attorneys for Defendants*

                                      /S/
                                      By: Michael M. Rabinowitz, Esq.
                                      94 Willis Avenue
                                      Mineola, New York, 11501
                                      Phone: (516) 739-8222
                                      mrabinowitz@randglaw.net

TO:    Michael Faillace, Esq.
         MICHAEL FAILLACE & ASSOCIATES, P.C.
         *Attorneys for Plaintiffs*
         60 East 42nd Street
         Suite 4510
         New York, New York 10165
         Phone: 212-317-1200
         michael@faillacelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,           19-CV-04896 (LDH) (ST)
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,                **NOTICE OF DEPOSITION**
BYRON SALVADOR BARRERA                    **PURSUANT TO FED. R. CIV. P. 30**
SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO
CASHABAMBA TUBON, JESUS SIERRA,
JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA
GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, and WILDER
RODRIGUEZ, *individually and on behalf of
others similarly situated,*

                    *Plaintiffs,*

        -against-

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY), BILL HANDAKAS,
VASSILIOS HANDAKAS, and SERGIO
DOE,
                    *Defendants.*
-----------------------------------------------------------------X

NOTICE OF DEPOSITION OF PLAINTIFF ALEJANDRO MANUEL ZAPATA OSORIO

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30, the testimony, upon oral examination of Plaintiff Alejandro Manuel Zapata Osorio ("Plaintiff"), as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, via stenographic reporting, at the offices of Rabinowitz, Galina & Rosen, 94 Willis Avenue, Mineola, New York

11501, on the 28th day of October, 2020, at 10:00 A.M. in the forenoon of that day.

PLEASE TAKE FURTHER NOTICE that said Plaintiff is required to produce at such examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents, electronically stored information, or objects relating to Plaintiff's employment with any of the named defendants and/or relating to Plaintiff's personal calendar (including, but not limited to, dates of other employment, vacations, illnesses, etc.) for the time period during which Plaintiff was employed by any of the named defendants.

Dated: August 29, 2020
       Mineola, New York

                              RABINOWITZ, GALINA & ROSEN
                              *Attorneys for Defendants*

                              /s/
                              By: Michael M. Rabinowitz, Esq.
                              94 Willis Avenue
                              Mineola, New York, 11501
                              Phone: (516) 739-8222
                              mrabinowitz@randglaw.net

TO:    Michael Faillace, Esq.
        MICHAEL FAILLACE & ASSOCIATES, P.C.
        *Attorneys for Plaintiffs*
        60 East 42nd Street
        Suite 4510
        New York, New York 10165
        Phone: 212-317-1200
        michael@faillacelaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,     19-CV-04896 (LDH) (ST)
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,     **NOTICE OF DEPOSITION**
BYRON SALVADOR BARRERA     **PURSUANT TO FED. R. CIV. P. 30**
SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO
CASHABAMBA TUBON, JESUS SIERRA,
JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA
GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, and WILDER
RODRIGUEZ, *individually and on behalf of
others similarly situated,*

                *Plaintiffs*,

            -against-

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY), BILL HANDAKAS,
VASSILIOS HANDAKAS, and SERGIO
DOE,
                *Defendants.*
-------------------------------------------------------------------X

## NOTICE OF DEPOSITION OF PLAINTIFF BRAULIO ROLANDO CASHABAMBA CHANGO

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 30, the testimony, upon oral examination of Plaintiff Braulio Rolando Cashabamba Chango ("Plaintiff"), as an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, via stenographic reporting, at the offices of Rabinowitz, Galina & Rosen, 94 Willis Avenue, Mineola, New York

11501, on the 28th day of October, 2020, at 12:00 P.M. in the afternoon of that day.

PLEASE TAKE FURTHER NOTICE that said Plaintiff is required to produce at such examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents, electronically stored information, or objects relating to Plaintiff's employment with any of the named defendants and/or relating to Plaintiff's personal calendar (including, but not limited to, dates of other employment, vacations, illnesses, etc.) for the time period during which Plaintiff was employed by any of the named defendants.

Dated: August 29, 2020
      Mineola, New York

                        RABINOWITZ, GALINA & ROSEN
                        *Attorneys for Defendants*

                        /S/
                        By: Michael M. Rabinowitz, Esq.
                        94 Willis Avenue
                        Mineola, New York, 11501
                        Phone: (516) 739-8222
                        mrabinowitz@randglaw.net

TO:    Michael Faillace, Esq.
        MICHAEL FAILLACE & ASSOCIATES, P.C.
        *Attorneys for Plaintiffs*
        60 East 42nd Street
        Suite 4510
        New York, New York 10165
        Phone: 212-317-1200
        michael@faillacelaw.com