# EXHIBIT A

Page 1

1                UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3      _____

4      ALEJANDRO MANUEL ZAPATA OSORIO,

5      ARTURO DEL RAZO, BRAULIO ROLANDO

6      CASHABAMBA CHANGO, BYRON SALVADOR

7      BARRERA SANCHEZ, CARLOS E. SIERRA

8      RODRIGUEZ, EDWIN FABRICIO

9      CASHABAMBA TUBON, JESUS SIERRA,

10     JUAN SIERRA, RAMON ROSALES GALVEZ,

11     RAUL CHAVEZ DIAZ, SEGUNDO LEANDRO

12     ALULEMA GUANO, SEGUNDO NICOLAS

13     SIGUENCIA ENCALADA, and WILDER

14     RODRIGUEZ, individually and on

15     behalf of others similarly situated,

16              Plaintiffs,

17         v.                          Case No.

18     VECTOR STRUCTURAL PRESERVATION,      1:19-cv-

19     CORP. (D/B/A VECTOR STRUCTURAL       04896-LDH-ST

20     PRESERVATION), NORTH STAR STRATEGY,

21     INC. (D/B/A NORTH STAR STRATEGY),

22     BILL HANDAKAS, VASSILIOS HANDAKAS,

23     and SERGIO DOE,

24              Defendants.

25     _____

Page 2

1              VIDEOCONFERENCE DEPOSITION OF

2                      BILL HANDAKAS

3   DATE:            Thursday, March 17, 2022

4   TIME:            10:04 a.m.

5   LOCATION:        Remote Proceeding

6                    New York, NY 10001

7   REPORTED BY:     Shenay Crawford, Notary Public

8   JOB NO.:         5141049

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFFS ALEJANDRO MANUEL ZAPATA

 3    OSORIO, ARTURO DEL RAZO, BRAULIO ROLANDO CASHABAMBA

 4    CHANGO, BYRON SALVADOR BARRERA SANCHEZ, CARLOS E.

 5    SIERRA RODRIGUEZ, EDWIN FABRICIO CASHABAMBA TUBON,

 6    JESUS SIERRA, JUAN SIERRA, RAMON ROSALES GALVEZ,

 7    RAUL CHAVEZ DIAZ, SEGUNDO LEANDRO ALULEMA GUANO,

 8    SEGUNDO NICOLAS SIGUENCIA ENCALADA, and WILDER

 9    RODRIGUEZ, individually and on behalf of others

10    similarly situated,

11         CLELA ERRINGTON, ESQUIRE (by videoconference)

12         CSM Legal, PC

13         60 East 42nd Street, Suite 4510

14         New York, NY 10165-6229

15         clela@csm-legal.com

16

17    ON BEHALF OF DEFENDANTS VECTOR STRUCTURAL

18    PRESERVATION CORP. (D/B/A VECTOR STRUCTURAL

19    PRESERVATION), BILL HANDAKAS, VASSILIOS HANDAKAS:

20         GAYLE ROSEN, ESQUIRE (by videoconference)

21         Rabinowitz, Galina & Rosen

22         94 Willis Avenue, Suite 2

23         Mineola, NY 11501

24         grosen@randglaw.net

25         (516) 739-8222
```

Page 4

1        A P P E A R A N C E S (Cont'd.)

2    ALSO PRESENT:

3        Fidel Lozano, Paralegal, CSM Legal, PC

4        (by videoconference)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          Page 5

1                        I N D E X

2    EXAMINATION:                               PAGE

3         By Ms. Errington                      9

4

5                     E X H I B I T S

6    NO.                DESCRIPTION             PAGE

7    Exhibit A      Payroll Register,           52

8                   Vector Structural Preservation Corp.,

9                   14 pages, 2018.

10

11                   (Exhibits attached.)

12

13           D O C U M E N T S   R E Q U E S T E D

14   NO.                DESCRIPTION             PAGE

15   1                Contract between          35

16                    Vector and Hudson Meridian,

17                    Yonkers project.

18   2                Vector invoices reflecting   37

19                    when North Star Solutions

20                    began supplying workers,

21                    Yonkers project.

22

23

24

25

Page 6

1                          B. HANDAKAS

2                    THE REPORTER:  Good morning.  My name

3       is Shenay Crawford; I am the officer assigned by

4       Veritext to take the Zoom record of this proceeding.

5                    I'm a notary authorized to take

6       acknowledgements and administer oaths in New York and

7       New Jersey.  We are now on the record.

8                    This is the deposition of Bill Handakas

9       taken in the matter of Alejandro Manuel Zapata Osorio,

10      Arturo Del Razo, Braulio Rolando Cashabamba Chango,

11      Byron Salvador Barrera Sanchez, Carlos E. Sierra

12      Rodriguez, Edwin Fabricio Cashabamba Tubon, Jesus

13      Sierra, Juan Sierra, Ramon Rosales Galvez, Raul Chavez

14      Diaz, Segundo Leandro Alulema Guano, Segundo Nicolas

15      Siguencia Encalada, and Wilder Rodriguez, individually

16      and on behalf of others similarly situated vs. Vector

17      Structural Preservation Corp., doing business as

18      Vector Structural Preservation), North Star Strategy,

19      Inc., doing business as North Star Strategy, Bill

20      Handakas, Vassilios Handakas, and Sergio Doe, on March

21      17, 2022, at 10:04 a.m., on Zoom.

22                   Due the pandemic and out of concern for

23      public and participant safety, parties agree that I

24      will swear in the witness remotely, outside of his

25      physical presence.

Page 7

```
 1                    B. HANDAKAS
 2              Absent an objection on the record
 3    before the witness is sworn, all parties and the
 4    witness understand and agree that any certified
 5    transcript produced from this proceeding:
 6                    - is intended for all uses permitted
 7                    under applicable procedural and
 8                    evidentiary rules and laws in the same
 9                    manner as a deposition recorded by
10                    stenographic means; and
11                    - shall constitute written stipulation
12                    of such.
13              At this time will the attorneys
14    appearing remotely please identify themselves for the
15    record.
16              MS. ERRINGTON:  Good morning.  My name
17    is Clela Errington.  I'm an associate with CSM Legal,
18    and I represent the plaintiffs.
19              MS. ROSEN:  Gayle Rosen, Rabinowitz,
20    Galina & Rosen, for the defendants Handakas, and
21    Vector, only.
22              THE REPORTER:  Thank you.  Hearing no
23    objection, I will now swear in the witness.
24              Mr. Handakas, please raise your right
25    hand.
```

```
                                             Page 8

 1                        B. HANDAKAS

 2   WHEREUPON,

 3                        BILL HANDAKAS,

 4   called as a witness, and having been first duly sworn

 5   to tell the truth, the whole truth and nothing but the

 6   truth, was examined and testified as follows:

 7                  THE REPORTER:  Please state, and spell,

 8   your name for the record.

 9                  THE WITNESS:  Okay.  My name Vassilios,

10   V-A-S-S-I-L-I-O-S, Handakas, H-A-N-D-A-K-A-S.

11                  THE REPORTER:  Thank you.  Please state

12   your address for the records.

13                  THE WITNESS:  Hmm.

14                  MS. ROSEN:  Business is okay.  You can

15   give business.

16                  THE WITNESS:  Okay.  It's 40 Roselle

17   Street, R-O-S-E-L-L-E, Street, in Mineola, New York

18   1105 -- no.  1150 --

19                  MS. ROSEN:  501.

20                  THE REPORTER:  11501?

21                  THE WITNESS:  Yes.

22                  THE REPORTER:  Thank you.

23                  Counsel, you may proceed.

24   //

25   //
```

```
                                                        Page 9
1                          B. HANDAKAS

2                          EXAMINATION

3    BY MS. ERRINGTON:

4        Q    Good morning, Mr. Handakas.  As I just said,

5    my name is Clela Errington.  I'm an associate with CSM

6    Legal.  I appreciate you taking the time today.

7             First of all, I'm going to give you some

8    general instructions just to sort of move this along

9    quickly.  First, you have just sworn to tell the

10   truth.  Although we are doing this remotely, over

11   Zoom, this carries all the same weight as if you were

12   testifying in a court of law in front of a judge.  It

13   also carries with it the same penalties if you are

14   found to be willfully dishonest.  Do you understand

15   this?

16       A    Yes.  That applies to everybody, though?

17   Right?

18       Q    Sure does, sir.

19       A    Okay.

20       Q    And then second of all, when you answer a

21   question, I'm going to ask that your answers be

22   verbal.  The court reporter can't right down that you

23   nodded, or answered "Mm-hmm," or "Uh-uh."  Do you

24   understand this?

25       A    I do.
```

```
                                            Page 10
 1                    B. HANDAKAS
 2     Q    If you don't understand a question I ask
 3   today, please let me know.  I will rephrase it.
 4   Otherwise, if you answer a question you're asked
 5   today, I'm going to assume you understood it.
 6          And then I don't want you guess, or
 7   speculate, as to answers to any of these questions.
 8   If you don't know, or don't you remember, you can say
 9   that.
10     A    Of course.
11     Q    Please wait for me to finish my question
12   completely before you answer, and I will wait until
13   you finish answering to move on to the next question.
14   That way, the court reporter can transcribe a full
15   question, and a full answer.
16          If at some point during the deposition you
17   realize that an earlier answer you gave was
18   inaccurate, or incomplete, please let me know, and I
19   will give you a chance to correct your answer.
20          You may also review a transcript of today's
21   deposition and correct any errors that you find in the
22   transcript.  If you make changes to the transcript, I
23   will be able to comment on those changes at trial.
24          Today, I'm hoping we will not be here for
25   too long.  But if you do need to take a break, let me
```

```
                                              Page 11
 1                     B. HANDAKAS
 2    know, and we'll do so.  However, I do ask that you
 3    answer any question that is pending before you take
 4    the break.  Do you understand everything I have just
 5    said?
 6         A    Perfectly.
 7         Q    Moving on, is there any reason you cannot
 8    testify truthfully, fully, and accurately, today?
 9         A    No.  There is not.
10         Q    Are you under the influence of any drugs, or
11    alcohol, that might impair your ability to answer
12    questions this morning?
13         A    No.  I am not.
14         Q    Have you failed to take any medication that
15    you usually do take, that might affect your ability to
16    answer questions?
17         A    No.
18         Q    Is English your first language?
19         A    Yes.
20         Q    Have you ever been deposed before?
21         A    Yes.
22         Q    Well, how many times would you estimate?
23         A    Thirty, forty, fifty.  I don't know.  I
24    don't remember.  Many.
25         Q    So you probably knew all that before?
```

```
                                          Page 12
 1                    B. HANDAKAS

 2       A    Yes.  I knew.

 3       Q    When was the last time you were deposed?

 4       A    Probably within the last four months if my

 5  memory serves me.

 6       Q    What was your role in that case?

 7       A    Witness.

 8       Q    What were the facts of the case?

 9       A    I don't recall.

10       Q    Are you aware of the outcome of that case?

11       A    Not yet.

12       Q    Before today's deposition, did you discuss

13  your deposition testimony with anyone other than your

14  attorney?

15       A    Not even with my attorney.

16       Q    To prepare for your deposition today, did

17  you review any documents?

18       A    No.  There are no documents to review.

19       Q    Understood.  Have you ever been a plaintiff

20  in a civil lawsuit?

21            MS. ROSEN:  Objection to form.

22       A    Yes.

23            MS. ROSEN:  You can answer.

24            THE WITNESS:  Yes.

25  //
```

```
                                              Page 13

 1                         B. HANDAKAS

 2     BY MS. ERRINGTON:

 3         Q     How many times?

 4         A     I -- I don't recall, the top of my -- right

 5     now, I don't recall.

 6         Q     Do you recall the last time that you filed

 7     suit as a plaintiff in a civil lawsuit?

 8                   MS. ROSEN:  Objection to form.

 9                   You can answer.

10         A     What was the question again?  I'm sorry.

11         Q     Do you recall the last time that you filed

12     suit as a plaintiff?

13         A     Filed?  Probably four years ago.

14         Q     And who were the parties to this lawsuit?

15         A     I'm sorry?

16         Q     Who were the parties to that lawsuit?

17         A     I -- I don't recall right now.

18         Q     Do you recall what the case was about?

19         A     You told me not to assume, but on this

20     one -- most of my cases are that entities that owe us

21     money that haven't paid us.

22         Q     Understood.

23         A     So that's the only reason why I would start

24     a lawsuit.  No other reason.

25         Q     Other than this case, have you ever been a
```

```
                                              Page 14
 1                          B. HANDAKAS
 2    defendant in a civil lawsuit?
 3         A     I would think so.
 4         Q     How many times?
 5         A     I -- I mean I would have to --
 6                    MS. ROSEN:  Don't guess.
 7                    THE WITNESS:  Not -- yeah.  I would --
 8    it would be a guess because basically, whatever
 9    lawsuit we have that we haven't been paid from GCs, or
10    owners, there's usually one, or two, suppliers that
11    haven't been paid.  So you know, that -- that's how it
12    works.
13                    I mean I -- I don't recall the exact
14    numbers.  I didn't think I would be asked these
15    questions, so I didn't really put any thought into
16    that before I got into this.
17    BY MS. ERRINGTON:
18         Q     That's perfectly fine.  This is just for
19    background.
20         A     Right.
21         Q     So next, I know we have listed you on the
22    Caption as "Bill Handakas," and you have stated your
23    full name as "Vassilios Handakas."  Do you go by
24    "Bill" as a nickname?
25         A     "Vassilios" is my legal name.  "Bill" is my,
```

```
                                           Page 15
 1                    B. HANDAKAS
 2   quote/unquote, interpreted name in -- in English.
 3        Q    Understood.  Have you gone by any names
 4   besides "Bill Handakas," or "Vassilios Handakas"?
 5        A    No.  No.
 6        Q    Where were you born?
 7        A    New York, U.S.A.
 8        Q    Are you currently employed, Mr. Handakas?
 9        A    No.
10        Q    What was the last job that you held?
11        A    I worked as the manager at Vector Structural
12   Preservation.
13        Q    Were you an employee of Vector Structural
14   Preservation?
15        A    Yes.  I was.
16        Q    Did you have an ownership interest in Vector
17   Structural Preservation?
18        A    Well, the previous question you asked me
19   implies that I didn't, and I answered that I was an
20   employee.  So no.  I don't have.  Never had.
21        Q    Do you know who was the owner of Vector
22   Structural Preservation?
23        A    Of course, I do.
24        Q    Can you tell me that person's name?
25        A    Constantinos Handakas.
```

```
                                              Page 16
 1                      B. HANDAKAS
 2        Q     Is he a relation of yours?
 3        A     He's my father or was my father.  He passed
 4    away.
 5        Q     I'm very sorry to hear that.
 6        A     Thank you.
 7                  MS. ROSEN:  I didn't know, Bill.  I'm
 8    sorry.
 9                  THE WITNESS:  Oh.  Thanks.
10    BY MS. ERRINGTON:
11        Q     How long did you work at Vector Structural
12    Preservation Corp.?
13        A     Now, you're asking personal questions.  Let
14    me see.  About 19 years.
15        Q     I'm going to refer to this company as
16    "Vector," going forward.  Save a little bit of time.
17    Is Vector still in business?
18        A     In business, not really.  Operational, yes.
19    It's still operational because of some cases like
20    this.
21        Q     Understood.  And so again, I'm very sorry to
22    hear about your father.  Is there someone who
23    currently has an ownership interest in Vector?
24        A     No.  Not really.  I'm not sure.  I don't
25    know the status of any of that.
```

```
                                        Page 17
 1                    B. HANDAKAS
 2        Q    Who is the person responsible for making
 3   decisions on behalf of Vector?
 4        A    [Unintelligible response.]
 5                  MS. ROSEN:  Objection to form.
 6                  Currently?
 7                  MS. ERRINGTON:  Currently.  Yes.
 8   BY MS. ERRINGTON:
 9        Q    Since the passing of the previous owner?
10        A    Well, there's not really any decisions to
11   make.  It's pretty much out of business, so it hasn't
12   gotten any new work, or is not performing any work.
13        Q    In your role at Vector as a manager, did you
14   manage, or supervise, employees?
15        A    Employees that worked for Vector, yes.
16   Employees that did not work for Vector, no.  They were
17   under their respective employer.
18        Q    Well, what kind of business was Vector in?
19        A    Performing construction work.
20        Q    Did Vector enter into contracts with other
21   construction companies?
22        A    When you mean "other construction
23   companies," what do you exactly mean?
24        Q    I apologize.  I'm not familiar with this
25   area of work.  I would say general contractors, for
```

```
                                            Page 18
 1                    B. HANDAKAS
 2    example, or subcontractors?
 3        A    Well, yes.  General contractors to get the
 4    work from, and subcontractors to give the work to.
 5        Q    Did Vector perform any work, itself, or did
 6    it only subcontract out jobs?
 7                    MS. ROSEN:  Objection to form.
 8                    You can answer.
 9        A    In the history of Vector, there were some
10    times that it had a couple of employees at the
11    construction sites.  Very rare.  Not -- on the subject
12    -- well, mostly it was in the previous years, like
13    five years ago -- up to five years ago, subcontractors
14    were engaged.
15              Afterwards, we met, and started dealing
16    with, North Star Solutions -- Sal Almonte -- which is
17    a construction staff -- staffing provider.  And he
18    would actually provide the labor, and the employees --
19    his employees, to perform work that we needed done.
20        Q    And I'm sorry.  You said that was
21    approximately "five years ago"?
22        A    Up to five years ago.  And then afterwards,
23    we met -- actually -- it's actually -- with the two
24    years of COVID, it could be a little more.  I'm -- I'm
25    off my timing.
```

```
                                            Page 19

 1                    B. HANDAKAS

 2       Q    I think that's common --

 3       A    It could be between five and seven.

 4   Somewhere in there.

 5       Q    As a manager at Vector, did you hire any

 6   employees?

 7               MS. ROSEN:  Objection to form.

 8       A    -- yeah.  You have to be a little more

 9   precise on this.  What type of employees?  We have

10   clerks.  We have, you know, "supervisals," you know,

11   project managers, supervisors.  Those would be, you

12   know, people that Vector would hire.

13       Q    Let's take the supervisors.  Did you,

14   personally, have a role in hiring supervisors?

15       A    Yes.  Supervisors that actually worked for

16   Vector.  Yes.

17       Q    And --

18       A    It's --

19       Q    -- what about project --

20       A    -- there's a distinction --

21       Q    I'm sorry?

22       A    I'm sorry.  There's a distinction between

23   our supervisors and supervisors that worked for the

24   subcontractors, or the construction staffing solution

25   company.
```

```
                                              Page 20
 1                     B. HANDAKAS
 2      Q    I understand.  And besides Vector, have you
 3   ever owned, or managed, any other businesses?
 4      A    In what time frame?
 5             MS. ROSEN:  Objection to form.
 6   BY MS. ERRINGTON:
 7      Q    You had stated that you worked for Vector
 8   for approximately "19 years."  Before that, had you
 9   ever managed another -- were you ever a manager at
10   another company?
11      A    Yes.  I was.
12      Q    Can you tell me the name of that company?
13      A    I don't recall.  Twenty years ago.
14      Q    I understand.  In your capacity as a
15   manager, have you ever been investigated for
16   misconduct of any sort?
17      A    The manager --
18             MS. ROSEN:  Objection to form.
19             I -- I don't know how the Witness could
20   answer such a broad question like that.
21   BY MS. ERRINGTON:
22      Q    I'll be more specific.  Have you ever
23   participated in an investigation by the Department of
24   Labor?
25             MS. ROSEN:  Objection to form.
```

```
                                      Page 21
 1                    B. HANDAKAS
 2              You can answer if you can.
 3      A     Well, I don't know exactly what you mean if
 4   I participated because I don't participate in
 5   investigations.  Nobody does.  It's only the
 6   Department that does the investigation.  Do you
 7   mean --
 8      Q     Have you ever answered questions by an
 9   inspector from the Department of Labor?
10      A     Sure.
11      Q     Do you recall what time frame that was in?
12      A     Not really.  But over ten years ago.
13      Q     Do you recall the nature of that
14   investigation?
15      A     It was something similar to this.  Workers,
16   that worked for a subcontractor, weren't paid.  And of
17   course, the case was dismissed because they didn't
18   work for Vector, and we had proof.  We had similar
19   proof with what we've given you.  That, you know, we
20   had the insurance policies of the employer.  We had
21   the invoices.  And we submitted everything.  We were
22   truthful.  And the case -- actually, there was a
23   number of cases that -- that have been dismissed like
24   that.
25      Q     I understand.  Can you give me the address
```

```
                                                    Page 22
 1                          B. HANDAKAS
 2      of Vector, or when it was in business, what address it
 3      operated from?
 4          A      40 Roselle Street, Mineola, New York.
 5          Q      Am I correct in saying that is also the
 6      address you gave as your address earlier?
 7          A      Yes.  It is.
 8          Q      With regard to employees that did work for
 9      Vector, did you supervise them?
10                      MS. ROSEN:  Objection to form.
11                      You can answer.
12                      Are you talking about office employees?
13      Guild employees?
14                      MS. ERRINGTON:  Well, Mr. Handakas has
15      been very adamant that there were employees that
16      worked for Vector, and employees that didn't.  To
17      avoid confusion, I am speaking about the employees
18      that he acknowledges worked for Vector.
19                      MS. ROSEN:  Yeah.  But I -- even those
20      fall into multiple categories.  I mean employees that
21      don't work for Vector cover, you know, lots of things.
22      The guy in the deli up the street, my secretary up
23      front.  None of those employees work for Vector.
24                      MS. ERRINGTON:  Okay.  I understand.
25      Let me rephrase.
```

```
                                              Page 23
 1                      B. HANDAKAS
 2   BY MS. ERRINGTON:
 3       Q    You have stated you did occasionally hire
 4   employees directly to work for Vector, including
 5   supervisory employees, and project managers; correct?
 6       A    Correct.
 7       Q    Were you responsible for supervising their
 8   work?
 9       A    Well, in essence, there's no supervision to
10   a supervisor.  I mean they have to perform their
11   duties, which is supervising whoever's working.
12   There's no such thing as supervising a -- a
13   supervisor, or a project manager.  If I assigned them
14   their -- the project that they were going to work on
15   in the beginning of the project, yes.  But that
16   doesn't entail supervision.
17           Usually -- not usually.  It's customary that
18   we give them the plans, and specs, and they review
19   them, and -- and in cooperation with the GC
20   supervisory personnel -- which they are the ones that
21   really direct our supervisory personnel on a daily
22   basis -- they get the job that -- they get to perform
23   the project.
24           It's -- I don't have involvement on the
25   day-to-day basis to call it "supervy" -- "supervy" --
```

                              B. HANDAKAS

1

2    supervision.  So I don't know how to answer that other

3    than the fact, most likely, the answer is "No."  I

4    don't supervise -- I didn't supervise them because it

5    was a collaboration between the GC "supervisionary"

6    force and the supervisor that we assigned on the

7    project.

8         Q    So what would happen if a supervisor hired

9    by Vector, working for Vector, did not perform

10   according to the contract?

11        A    There's no way he won't perform, or there's

12   -- there's no possible way.  The GC supervisors

13   control that.  They control the daily activities.

14   They give a three-day look-ahead of what needs to be

15   done, where they want them to work.  It's not

16   controlled by me.  I don't control it.

17        Q    Are you familiar with a person named

18   "Sergio," who had worked at Vector?

19        A    He didn't work at Vector.  He was never an

20   employee of Vector.  My understanding is that, and if

21   I remember correctly, he worked for North Star

22   Solutions.

23        Q    So you seem to know someone named "Sergio."

24   Do you know his last name?

25        A    No.  I know Sergio.  That's how we used to

```
 1                        B. HANDAKAS
 2    call him.  I'm sorry.
 3         Q    No.  Perfect.  Look.  You know we know you
 4    don't know what you don't know.
 5         A    Yeah.  I mean, look.  He didn't work for
 6    Vector, so I wouldn't have seen his last name unless I
 7    saw it on the list.  It -- we -- we provided the
 8    invoices that -- that list the individual names.  But
 9    I -- I don't recall his last name.  I'm sorry.
10         Q    When did you first encounter Mr. Sergio?
11         A    When did I what?
12         Q    When did you first encounter him?
13         A    Oh.  I don't -- I mean that wasn't really
14    significant event to remember.  Whenever Sal hired him
15    and brought him to the jobsite.  I -- I don't remember
16    exactly when.
17              Sal is -- I don't know -- manager, or owner,
18    of North Star Solutions, or whatever his company is.
19         Q    You said his name was "Sal Almonte"?
20         A    Yes.
21         Q    Thank you.  So does Vector maintain
22    employment records?
23         A    Employment records for employees that worked
24    for Vector, like the staff in the office.  Yes.  I
25    mean anything else, no.  We don't keep employment
```

1                        B. HANDAKAS

2      records for subcontractors, or a staffing solution

3      company, if that's what you're implying.  No.  We have

4      nothing to do with that --

5          Q    So I just wanted to know if they kept

6      employment records for people that work for them?  So

7      you're saying --

8          A    We have to, by law.  It's -- it's -- we --

9      we cannot not.  We have to.  We're required to.  And

10     we -- we -- by the way, we used a payroll company,

11     which really maintains all the records.  We don't even

12     -- actually, let me rephrase that.  Let me correct it.

13          Vector does not maintain any payroll

14     records, or anything.  Everything is maintained by the

15     payroll company that we contracted with, to provide

16     the payroll to the few employees that Vector had.

17         Q    Can you tell me the name of that payroll

18     company?

19         A    I don't recall, off the top of my head.  I'm

20     sorry.  We haven't had payroll for a couple of years.

21         Q    You had mentioned previously that you have

22     used staffing agencies to staff construction jobs.  Do

23     you recall any of the names of those companies,

24     besides North Star?

25         A    I never said I used other staffing solution

```
                                              Page 27
```

1                        B. HANDAKAS

2   companies.  I don't know where you got that from.  The

3   only thing I said is that we use subcontractors, and

4   we use the construction staffing solution provider,

5   who was North Star Solutions, I believe.

6        Q    I apologize for that misunderstanding.  So

7   North Star Solutions was the only staffing agency that

8   Vector used, to your recollection?

9        A    Yes.  We didn't -- we were -- we didn't have

10  no reason to use anybody else.  Plus, you know, we

11  used them on every project we had.  We had five-, six

12  projects working at a time, and he provided the -- the

13  labor forces.

14            There was times in the summer that he

15  provided over 200 men.  And women, actually.  It's not

16  just men.  There were women as well.  I want to

17  clarify that.  I don't want to get in trouble for

18  something.

19       Q    So when you contracted with North Star

20  Solutions, was this contract in writing?

21       A    No.  You don't contract with a staffing

22  solution.  I don't know if you ever dealt with the

23  office staffing solutions, temporary agencies.  You

24  call them up.  You tell them you need somebody.  They

25  send you the people.

```
                                              Page 28
 1                    B. HANDAKAS

 2          That's basically how it worked with North

 3   Star.  We would ask for -- I don't know -- ten masons,

 4   ten laborers, and they would send them to the specific

 5   job that we needed them as long as we gave them three

 6   days' advance notice.  And -- and that's how we

 7   operated.

 8          And the deal was that we had to pay them

 9   every week.  Every Friday.  If we didn't pay, Friday,

10   they wouldn't show up, Monday, to work.  So we had a

11   vested interest to make sure they got paid.  North

12   Star.  So we paid them.  North Star was paid every

13   week.  I made it my business to make sure that he was

14   paid every week, and that's why they continued working

15   every week.  Otherwise, there would be no men on any

16   project.

17          And during the relevant time of -- of, you

18   know, this, I call it, frivolous -- this claim, we had

19   over 150- to 200 people employed under Sal's company,

20   North Star Solutions.  And they continued work for

21   months.  So I had no reason to believe that nobody was

22   not paid.

23          But anyway, I'm sorry.  I'm -- I'm going off

24   on a tangent.  I'm sorry.

25      Q    No.  It's perfectly fine.  Was North Star
```

```
                                            Page 29
 1                      B. HANDAKAS
 2   Solutions also responsible for firing employees if
 3   something were to go wrong?
 4        A     Of course.  They had total control.
 5        Q     Who determined the rates of pay for the
 6   people working on these jobsites?
 7        A     I -- I was waiting for that question.  That
 8   was given to me by Sal, himself.  And he would add his
 9   markup on it, and we would pay whatever it was.  We
10   never actually had discussions.  But usually, a mason,
11   he would charge between 30- to $40.  A -- a laborer,
12   he would charge between 15- to $20.  Something in that
13   area.
14            But that was the general understanding.  It
15   wasn't that we -- I didn't know any -- most of these
16   people, I don't even know them.  I've never even seen
17   them.  So -- but the -- you know, just the way they
18   didn't know me.  I -- by the way, were you in the
19   depositions of -- of the employee -- of the claimants?
20   None of them recognize me.  Nobody -- nobody knows me
21   because they never worked for me.
22        Q     Understood.  So how did Vector generate
23   revenue?  Again, I'm not familiar with this area.  If
24   you could give me a rundown of how Vector made its
25   money?
```

```
                                              Page 30

 1                     B. HANDAKAS

 2      A    I mean it's self-evident.  We get

 3   construction done --

 4                MS. ROSEN:  Objection to --

 5                THE WITNESS:  I'm sorry.

 6                MS. ROSEN:  No.  No.  No.

 7                Objection to form.

 8                But you -- you can answer, Bill.

 9                THE WITNESS:  Yeah.  We bid on

10   construction projects to build specific parts of the

11   project.  If we're successful, we're awarded the

12   project.  And then, we have to perform.

13                So we hire entities like North Star

14   Solutions, and maybe subcontractors, to perform the

15   work.  And every month, we get paid from -- based on

16   the work that's completed.  And we have to pay,

17   afterwards, our suppliers, our vendors, including

18   North Star Solutions.  And whatever's left over,

19   that's the generated money for Vector.  If there's

20   anything left over.

21   BY MS. ERRINGTON:

22      Q    What made you decide to contract North Star

23   Solutions to provide your manpower?

24                MS. ROSEN:  Objection to form.

25                You can answer.
```

```
                                        Page 31
 1                    B. HANDAKAS

 2      A     The fact that he had manpower.

 3      Q     That makes sense.  Did you ever use a

 4   different vendor, or did you ever consider a different

 5   vendor?

 6      A     Not that I recall.  No.  I don't remember of

 7   anything like that.  I mean we found -- we were

 8   introduced to Sal.  You know, it -- and by the way,

 9   North Star Solutions is used by maybe 20 other

10   contractors.  So obviously, we know some of them.  We

11   know their reputation.

12            So when you hear that, you know, North

13   Star's doing the work for -- I don't know -- A, B, C

14   company, and that company's doing well, and they're

15   doing good work, and you know, there's no reason to

16   doubt that he has the appropriate personnel.  The --

17   the numbers seemed fair.  They weren't -- they weren't

18   cheap, but they were fair.

19            And the thing is that, you know, he saved us

20   the -- the headache of searching and finding men.  And

21   as you -- as you've witnessed, yourself, most of these

22   men don't speak English, so it's very hard for

23   somebody like me, that doesn't speak Spanish, to find

24   them.  So that's where Mr. Almonte's expertise came in

25   very handy.
```

```
                                              Page 32

  1                      B. HANDAKAS

  2        Q     Did you ever meet with Mr. Almonte,

  3   in-person?

  4        A     Every week when I paid him.

  5        Q     Where did you meet with him?

  6        A     He came to my office.

  7        Q     So that would be your office that is at your

  8   home, or was there a different office?

  9        A     I never said it's my home.

 10              MS. ROSEN:  Object -- yeah.

 11        A     You're -- you're implying things.

 12        Q     I apologize.  Where was the office where he

 13   would meet with you?

 14        A     We said the address three times up to now.

 15   40 Roselle Street in Mineola.

 16        Q     Was anybody at Vector responsible for

 17   ensuring compliance with federal, and state, wage

 18   laws?

 19              MS. ROSEN:  Objection to form.

 20              You -- you can answer if you can.

 21        A     First, we used the payroll company that was

 22   more than responsible.  They took care of everything.

 23   All the filing, and everything.  Our employees were on

 24   a weekly salary.  Nobody had hours to be controlled or

 25   held.
```

```
                                                   Page 33

 1                        B. HANDAKAS

 2            And if you're implying that we had to be

 3     responsible for a separate, independent company like

 4     North Star, no.  We have no jurisdiction over that.

 5     We have nothing to do with that.

 6        Q    Did you ever directly hire any masons, or

 7     construction workers?

 8        A    Ever in --

 9                MS. ROSEN:  Objection to form.

10                You can answer.

11        A    Ever in what time frame?  You have to give

12     me a time frame.  In the --

13        Q    I apologize --

14        A    -- time?

15        Q    2018, to 2020?

16        A    2018, to 2020?  I'm not sure --

17                MS. ROSEN:  And in -- and in connection

18     with Vector?

19                MS. ERRINGTON:  Yes.  In connection

20     with Vector.

21                THE WITNESS:  Perhaps.  I'm not sure at

22     this point.  I don't remember.  It's been a while.

23     BY MS. ERRINGTON:

24        Q    So I want to turn to a specific construction

25     project right now.  Was Vector ever contracted to
```

```
                                            Page 34
  1                     B. HANDAKAS
  2    perform services on a construction site located on
  3    Main Street in Yonkers, New York?
  4         A    On Main Street.  No.  In Yonkers.  Yes.
  5         Q    Do you recall the address of that project?
  6         A    I don't recall.  But I'm sure it's not Main
  7    Street.  It was a weird name that I don't recall right
  8    now.
  9         Q    Do you recall if the development had a name?
 10              MS. ROSEN:  Objection to form.
 11              You can answer.
 12         A    It did have a name.  But right this moment,
 13    I don't recall.  If I recall at a later point, if you
 14    allow me, I'll tell you then.  If I recall.
 15         Q    Of course.  I would appreciate that.
 16         A    Yes.  I -- I just can't remember it right
 17    now.
 18         Q    What kind of building was being built there?
 19         A    Residential.  Apartment building, actually,
 20    I should say.  Actually, commercial, in this case.
 21    Sorry.
 22         Q    When did you contract to perform services at
 23    this site?
 24         A    I don't --
 25              MS. ROSEN:  Objection to form.
```

```
                                                  Page 35
```

                        B. HANDAKAS

1

2      A    I don't recall exact date.  But it was most

3   likely around end of 2017, if I -- if I recall

4   correctly.

5      Q    What was the name of the general contractor

6   on this site?

7      A    There wasn't a general contractor.  It was a

8   construction manager.

9      Q    What was the name of --

10     A    And --

11     Q    -- the construction manager?

12     A    Hudson Meridian.

13     Q    Was this contract in writing?

14     A    Yes.

15             MS. ERRINGTON:  I would like to call

16   for the production of that, please.

17             MS. ROSEN:  We'll take that under

18   advisement.

19             THE WITNESS:  Okay.  Well, I'm not

20   going to ask a question.  Forget it.

21   BY MS. ERRINGTON:

22     Q    Did Vector contract directly with the

23   construction manager?

24     A    Of course.

25     Q    What services was Vector contracted with, to

```
                                              Page 36
 1                      B. HANDAKAS
 2   perform at this jobsite?
 3       A    Construction services.
 4       Q    Did Vector ever hire workers directly to
 5   work at this jobsite?
 6       A    I don't recall.  I told you that earlier.
 7            MS. ROSEN:  Asked and answered.
 8   BY MS. ERRINGTON:
 9       Q    Did Vector employ a foreman, or a
10   supervisor, to manage work at this jobsite?
11       A    We had a couple of supervisors because one
12   left at some certain point, and then we had another.
13   The one that was there predominantly, yes.
14       Q    What was his name, or her name?
15       A    His name was Emmanuel Poolios.
16       Q    And the name of the other that was there
17   briefly?
18       A    He was there briefly.  I don't recall.  I --
19   I don't recall.  He was maybe there a month, or two.
20   I don't know.
21            And Emmanuel was there during that time as
22   well 'cause we were phasing him -- we were phasing him
23   in while we were -- while the other one, we were, you
24   know -- he wasn't -- he -- he had told us that he's
25   leaving for another project -- another job.
```

```
                                                    Page 37

 1                        B. HANDAKAS

 2        Q    Understood.  Did Vector contract with North

 3    Star Solutions to provide work at this jobsite?

 4        A    I don't know what you mean by "contract."

 5    I --

 6        Q    I apologize.  I'll rephrase.  Did Vector use

 7    North Star Solutions to supply workers at this

 8    jobsite?

 9        A    Well, as I -- as I stated previously on --

10    on another question, we -- we use them on all our

11    sites.  Yes.

12        Q    To your knowledge, when did North Star begin

13    sending workers to this jobsite?

14        A    I don't remember, 100 percent.  But it could

15    have been between -- could have been February-, or

16    March-, or April, I -- I would think, 2017.  If I'm

17    correct.  I'm not sure.  I mean that can be verified

18    by the invoices.  They're chronologically submitted,

19    on a weekly basis, so that would show exactly the --

20    the days that he -- they started providing labor

21    there.

22                MS. ERRINGTON:  I would like to call

23    for the production of those invoices.

24                THE WITNESS:  We've produced them.

25                MS. ROSEN:  They have already been
```

```
                                                    Page 38
 1                        B. HANDAKAS
 2    produced.
 3                    MS. ERRINGTON:  I have looked over the
 4    Production.  I don't believe I have them.  But we can
 5    discuss that at a later date.
 6                    THE WITNESS:  You definitely have them.
 7    I put them together.  You definitely have them.  You
 8    haven't reviewed them, but you have them.  That should
 9    be the -- the proper way of -- of -- well, anyway,
10    that's none of my business.  But we've provided them.
11                    MS. ERRINGTON:  Well, I'll discuss that
12    with Ms. Rosen at a --
13                    MS. ROSEN:  We'll take it under
14    advisement, and we can discuss it off -- off the
15    record.
16    BY MS. ERRINGTON:
17        Q    To your knowledge, did anybody from North
18    Star Solutions, were they present at the jobsite there
19    in Yonkers, on a daily --
20                    MS. ROSEN:  I'm sorry.  Could you --
21    could I have that question --
22                    THE WITNESS:  [Unintelligible
23    response.]
24                    MS. ROSEN:  -- read back, or repeated?
25    //
```

```
                                              Page 39
 1                       B. HANDAKAS
 2   BY MS. ERRINGTON:
 3        Q    Did --
 4                 MS. ROSEN:  I just -- I just didn't
 5   hear it.
 6                 MS. ERRINGTON:  Oh, okay.
 7   BY MS. ERRINGTON:
 8        Q    Well, to your knowledge, were any
 9   supervisory employees of North Star's at the jobsite
10   there, in Yonkers, on a day-to-day basis?
11                 MS. ROSEN:  Objection to form.
12                 You can answer.
13        A    I think we answered that before, when we
14   were talking about the gentleman by the name "Sergio."
15        Q    To your knowledge, Sergio was present at the
16   jobsite, in Yonkers, on a day-to-day basis?
17        A    Yes.  Not for the entire project.  Up to the
18   time where he left.  I don't remember when he left.
19   But he left to -- to meet his family, overseas.  So I
20   don't know when that was.  I don't remember.
21        Q    Did the project continue after Sergio left?
22        A    A little -- a little while longer.  Yes.
23        Q    Did Vector complete its contract for this
24   jobsite in Yonkers?
25        A    100 percent.  But we haven't been paid.
```

```
                                                        Page 40

 1                           B. HANDAKAS

 2        Q     I'm sorry to hear that.  It seems to be a --

 3        A     That's fine.

 4        Q     -- problem here.

 5        A     Well, the -- the big problem is that we have

 6   the people above us that don't pay us, and then the

 7   people below us that want more money that we don't owe

 8   them, and we have that problem.  Yes.

 9        Q     Did you have regular contact with Sergio

10   during this project in Yonkers?

11        A     What does "regular" entail?  Once a week?

12   Twice a week?  I don't know what "regular" means.

13        Q     So once a week?

14        A     Once a week.  I visited the jobsite, once a

15   week, for a job meeting, and I did have contact with

16   him then.  Yes.

17        Q     What was the nature of this job meeting?

18   Again, I'm not familiar.  If you could explain what a

19   "job meeting" is?

20        A     -- it's a weekly project meeting that I had

21   with the construction manager personnel that I

22   attended.

23        Q     And what role did you take in those

24   meetings?

25        A     I'm sorry?
```

```
                                             Page 41
  1                     B. HANDAKAS
  2      Q    Well, what would be your role in those
  3  meetings?
  4      A    I was a participant.  I was just sitting
  5  there, listening to them.
  6      Q    Then, again forgive me.  I'm not familiar
  7  with -- I apologize for my ignorance.
  8      A    I -- yeah.  I -- I wasn't designing the
  9  project, and I wasn't running it.  So I was just there
 10  because I had to be there, and that was it.  I was
 11  listening to what they had to say.  Nothing else.
 12      Q    Understood.  Did you have any contacts with
 13  North Star Solutions besides Sergio, and Sal Almonte?
 14      A    Most of my contact -- 99 percent of my
 15  contact was with Sal Almonte.
 16      Q    Do you know what Sergio's title was?
 17      A    No.  I don't know if he had one.
 18      Q    Had you ever worked with him, or had contact
 19  with him, in regards to any projects besides the
 20  Yonkers job?
 21      A    No.  Not that I recall.  No.
 22      Q    Did Vector have any other contracts, or
 23  projects, during the same time as this project in
 24  Yonkers?
 25      A    [Unintelligible response.]
```

```
                                          Page 42

 1                        B. HANDAKAS

 2        Q     That would be between about 2017, and I

 3   guess, 2020?

 4        A     As I mentioned earlier, we had five-, six

 5   projects that we provide -- that we asked North Star

 6   Solutions to provide labor for.

 7        Q     Had you ever run into any problems with

 8   workers claiming not to be paid?

 9        A     Once, or twice.  And then, we make -- we,

10   you know, spoke with Mr. Almonte, and he paid them.

11   It's not that they weren't paid.  The payments were

12   delayed, I would say, for some reason.  I don't really

13   know the specifics.

14              But I know that most of these guys demanded

15   cash, and it was impossible to provide that much cash

16   for Mr. Almonte.  For anybody, actually because there

17   was -- just so you understand, there was weeks that we

18   paid, alone.  Forget about all these other contractors

19   that he was working with.  But there was weeks that we

20   were providing, like, 120-, $150,000 a week, in

21   payments.  So you could imagine the amount of payroll

22   that he had.

23              And a lot of these guys, when you get --

24   when he gave them a check, I heard, it was mutiny.

25   They didn't want a check.  But they want the benefits.
```

```
                                              Page 43
 1                          B. HANDAKAS
 2    They want everything.  But they don't want the
 3    responsibilities, I -- I assume.  I don't know exactly
 4    the details.  But I remember that that was an issue a
 5    couple of times.
 6              And the poor guy, I must admit, he -- he
 7    gave in, and I don't know where he found it.  But he
 8    paid them in cash just to -- to keep them going.  He
 9    was constantly blackmailed by these people.
10    Constantly.
11        Q    Well, when you say "blackmailed," what do
12    you mean by that?
13        A    Blackmailed.  As I said.  "Give me -- give
14    me cash, or I don't work."  That's blackmail.  These
15    guys wanted to get paid 30- $40 an hour, and get paid
16    cash, which is unacceptable, by any means.  None of us
17    get cash.  I don't know where they'd come up with it.
18        Q    Just to confirm, you did not participate in
19    hiring any of these people, these men, who were
20    demanding cash, in your words?
21        A    I -- first of all, I don't know what you
22    mean by that.  I mean I -- I can't -- I -- you got to
23    be a little more clear, please.
24        Q    You stated previously that these workers
25    were hired by North Star Solutions; correct?
```

```
                                           Page 44

  1                        B. HANDAKAS

  2        A     I didn't say they were only hired by

  3   North -- I don't know if they were hired by North

  4   Star, or by anybody.  I know that they were working

  5   for North Star.  That's what I said.

  6        Q     But it's your position that neither you nor

  7   Vector hired them, nor set their terms of employment;

  8   correct?

  9        A     While they were working for North Star, no.

 10   Of course not.  They were working -- while they were

 11   working for North Star, they had their own deals.

 12   They made their own employment agreements, or whatever

 13   you want to call them, with Sal Almonte, I believe.  I

 14   don't know for sure.  I wasn't involved.  And I'm just

 15   saying, I would assume that.

 16               And actually, I'm stating for the record

 17   that I'm assuming that.  I don't know that.  I was

 18   never participating in it.  I never heard anything.  I

 19   never saw anything.

 20               But if they were working for him, I can only

 21   assume the obvious.  That they had some sort of an

 22   arrangement.

 23        Q     Did Sal Almonte ever request that Vector pay

 24   North Star in cash?

 25        A     No.  Every payment we made was either by
```

```
                                              Page 45
 1                       B. HANDAKAS
 2    check, and later on, wiring because I didn't have the
 3    time to meet him once a week, or whenever we had to --
 4    week.  So I settled to wire the money.  Plus, the
 5    payments were pretty high.  Fifty- to a hundred and
 6    fifty thousand, so it -- it was easier just to wire
 7    the money --
 8         Q    I can see it --
 9         A    -- every week.  We provided all those
10    records, by the way.
11         Q    I know.  I do have access to those.  Was it
12    ever brought to your attention that workers, on this
13    Yonkers jobsite, were not paid at all?
14         A    "At all" meaning what?  They worked there
15    for a year, and they didn't get paid?
16         Q    No.  I apologize.  Let me clarify.
17         A    Okay.
18         Q    That they were either not paid on their
19    agreed-upon payday, or they were given checks that
20    were then returned for insufficient funds?
21         A    I had -- well, not paid on their agreed-upon
22    payday doesn't mean anything if they got paid the next
23    day.  They still got paid.
24              But I -- I faintly remember an incident
25    where a few checks, of -- of North Star Solutions, had
```

```
                                              Page 46
 1                      B. HANDAKAS
 2   not been honored at a check-cashing place.  But that
 3   doesn't really -- that's not really true because the
 4   check-cashing place did pay out the checks.  And the
 5   check-cashing place was -- got paid, afterwards, by
 6   Mr. Almonte.
 7             And the reason why I know that is because
 8   the check-cashing place had contacted us and asked for
 9   our assistance to locate Mr. Almonte, and I provided
10   my assistance.  And pretty much, I -- I was later told
11   that those payments were honored.  That Mr. Almonte
12   paid back to the check-cashing place.
13             But that's irrelevant to this claim because
14   the guy -- the men did receive their money from the
15   check-cashing place.  They received their money.  I
16   don't think any of those checks were not paid.
17      Q    How did you come by this knowledge that none
18   of the checks were not -- or -- this is awkward.  I
19   apologize.  How did you know that the checks were all
20   ultimately paid?
21      A    Not ultimately.  Immediately paid.  When
22   they presented the checks to the check-cashing place,
23   they were paid.  And then, the check-cashing place was
24   after Almonte, or North Star Solutions, to get
25   reimbursed for the money that they paid out that
```

```
                                                     Page 47
 1                         B. HANDAKAS
 2    wasn't covered by the checks.
 3        Q    I understand.  But how do you know that
 4    these were the sum total of checks in question, and
 5    that there were not other checks that were not honored
 6    later?
 7                   MS. ROSEN:  Objection to form.
 8                   I -- I don't understand.
 9                   THE WITNESS:  I don't follow --
10                   MS. ROSEN:  I -- I can't follow the
11    question.
12    BY MS. ERRINGTON:
13        Q    So you had stated that all the workers got
14    all their money because the check-cashing place paid
15    out, and then went after North Star later; correct?
16        A    Correct.
17        Q    However, do you know for a fact that there
18    were not other, subsequent checks that were not
19    honored?
20        A    Well, I could tell you that -- or what I
21    could only assume.  What I mentioned before is that if
22    -- if these people were not paid on Friday, they
23    wouldn't return to work the next day.  They all
24    returned.  So if they returned, it's -- it's
25    implied -- actually, it's more than implied.  It's
```

```
                                                      Page 48

 1                     B. HANDAKAS
 2   a -- I could -- not guarantee.  But I know for a
 3   certainty that they were paid.
 4            Unless -- if they -- if Almonte did not pay
 5   them, or if -- if any -- for any reason, they weren't
 6   -- they didn't receive their weekly check, they will
 7   not come back to work.  They will not.  And by that
 8   alone, I -- I am certain that they were paid.  By that
 9   alone.
10            Now, do I know for certainty?  No.  I don't
11   know their accounting.  I don't know North Star's
12   accounting.  I don't see their books.  I don't see
13   their checks.  Can I put my hand on the Bible, and say
14   that I saw everything?  No.  I didn't.
15            But I can guarantee you that nobody would
16   show up for work unless they were paid on Friday.
17   They would not.  And they've demonstrated that.
18   That's the reason why we had some -- some little
19   hiccups when they were paid late.  If they weren't
20   paid on Friday.
21            'Cause another problem that we had -- many
22   days, we -- we needed them to work on a Saturday.
23   Some of the guys.  And if -- if Almonte paid them on
24   Friday, these guys would all get drunk on Friday
25   night, and wouldn't show for work on Saturday.  No.
```

```
                                                 Page 49
 1                        B. HANDAKAS
 2    This is a -- this is a problem in the industry.  It's
 3    not just them.
 4        Q    I believe you.  That --
 5        A    So -- so there's two issues.  If they showed
 6    up, it's a problem.  They could get hurt, and we don't
 7    want them on the jobsite.  But if they -- most of the
 8    time, they don't show up, and then we have a problem
 9    with the CM as -- as the contracted party.  North Star
10    doesn't have a problem.  I have the problem.  We had
11    the problem.  Vector.
12             So I agreed with him, instead of paying them
13    on Friday -- I agreed with what he suggested.  He
14    suggested that instead of paying them on Friday, he'll
15    pay them Saturdays, which made sense because they
16    wouldn't get drunk other than Saturday night.  Then
17    Sunday, they sleep it off.  Monday, they come back to
18    work.  He was their boss, so he handled that.  I -- I
19    had nothing to do with that.  But it was -- it was a
20    good system for a while.
21        Q    I just want to clarify.  When you say "CM,"
22    that is "construction manager"; correct?
23        A    Correct.
24        Q    When you say, sometimes, you would need the
25    guys to come in on Saturday, who would make that call?
```

```
                                            Page 50

 1                      B. HANDAKAS

 2      A     I don't understand.  At what level?

 3      Q     Well, because you mentioned that sometimes,

 4   you would need people to come in Saturday.  Would that

 5   be --

 6      A     [Unintelligible response.]

 7      Q     -- your call?  Would that be the CM?

 8      A     The CM.

 9      Q     And if you could just clarify that line of

10   communication?  The CM would tell you "This work needs

11   to get done on Saturday," and you would tell North

12   Star?  Is that correct?

13      A     Correct.

14      Q     So I want to clarify.  I know you said that

15   the contract was for construction work.  More

16   specifically, what type of work were you contracted to

17   do?  Masonry, scaffolding?  If you could just explain,

18   with a little more specificity, the types of work that

19   you did at this Yonkers jobsite?

20      A     It was masonry with associated work for the

21   masonry.

22      Q     Do you know how tall this building was that

23   eventually went up there?

24      A     Which one?

25      Q     I apologize.  The one in Yonkers?
```

```
                                                    Page 51
 1                        B. HANDAKAS
 2        A     It's not one.  It's three.
 3        Q     The buildings in Yonkers?
 4        A     One was two stories.  The other one was 15,
 5    and the other one was 20, I think.
 6        Q     In your experience, what kind of tools, or
 7    equipment, would a construction worker need to use to
 8    do that type of work?
 9                   MS. ROSEN:  Objection to form.
10                   You can answer.
11        A     I -- I don't really understand the question.
12    I mean they have to provide their tools, and -- and
13    work.  So I don't know what -- what you're asking me.
14    I'm sorry.
15        Q     Well, you said they had to provide their own
16    tools.  Do you know what type of tools those would be?
17        A     Not really.  I'm not a mason.
18        Q     Who made the decision that they would have
19    to supply their tools?
20        A     Decision?  It's not a decision.  It's a
21    industry standard.  They have to come with their bag
22    of tools.  Just like Felix the Cat, you know?  He had
23    his bag of tools.
24        Q     I understand.  Again, forgive me.  I don't
25    have much knowledge as to industry standards, so I
```

```
                                                    Page 52
 1                        B. HANDAKAS

 2    apologize if these questions are very elementary.

 3         A     That's fine.  But that's an industry

 4    standard.  It's not something anybody came up with.

 5                   MS. ERRINGTON:  So if it's all right, I

 6    would like to take 15-minute break.  If you would like

 7    to talk with your counsel, I'll go over my notes, and

 8    if we can come back at 11:15?  Is that all right?

 9                   THE WITNESS:  That's fine.

10                   MS. ROSEN:  Sure.

11                   MS. ERRINGTON:  All right.  Thank you.

12                   (Off the record.)

13    BY MS. ERRINGTON:

14         Q     Mr. Handakas, I'm going to put on my share

15    screen, right now, an exhibit, and hopefully this will

16    go smoothly.  Are you able to see this?  So as you can

17    see, it is page 5 of a 14-page document.  Are you

18    familiar with this document, Mr. Handakas?

19                        (Exhibit A was marked for

20                         identification.)

21         A     Familiar, per se, no.  But it is what it

22    says it is.  Right?

23         Q     And at the top, it says "Vector Structural

24    Preservation Corp," with an address in "Port

25    Washington."  And at the top left, it says "Payroll
```

```
                                              Page 53

 1                     B. HANDAKAS

 2   Register."  Is that correct?

 3        A    Correct.

 4        Q    I'm going to scroll down a little bit now.

 5   Do you see, at the bottom left of the screen, the name

 6   "Jesus Sierra"?

 7        A    That's what it appears to be.

 8        Q    What type of document is this, do you

 9   believe?

10        A    What you mentioned.  It's a "Payroll

11   Register."  You mentioned it already.

12        Q    Is it your understanding that names that

13   appear on the "Payroll Register" were persons who were

14   on the payroll of Vector Structural Preservation

15   Corp.?

16        A    Not indefinitely.  Only for the time that it

17   shows.

18        Q    I understand --

19        A    It shows --

20        Q    And, well --

21        A    Yeah.

22        Q    I'm only asking about the time that it

23   shows --

24        A    Yeah.

25        Q    Let me scroll up again.
```

```
                                                          Page 54
  1                        B. HANDAKAS
  2        A    It shows from 6/20/2018, to 6/26/2018;
  3    correct?  I don't know if there's --
  4        Q    Well, that part does.  Yes.  Correct.
  5        A    -- anything else on another page.
  6        Q    There's 14 pages here.  Can you see, at the
  7    top right, where it says March 1st- to August 31,
  8    2018?
  9        A    Well, I can't see it because the -- the --
 10    what do you call it?  The --
 11              MS. ROSEN:  The screen cuts it off.
 12              THE WITNESS:  -- screen cuts it off --
 13              MS. ERRINGTON:  Let me --
 14              THE WITNESS:  But --
 15              MS. ERRINGTON:  Sorry.  Let me --
 16              THE WITNESS:  -- it's a trimester.  So
 17    I -- I assume that's the trimester that it's showing.
 18    Yes.  But now, I can't see anything.
 19              MS. ERRINGTON:  Sorry.  We're all doing
 20    the best we can, given the circumstances we're under.
 21    BY MS. ERRINGTON:
 22        Q    So you see "Jesus Sierra" at the bottom left
 23    of this screen?
 24        A    Yes.  We said that.
 25        Q    Do you know who Jesus Sierra is?
```

```
                                              Page 55
 1                    B. HANDAKAS
 2       A    Do I know who he is?  No.  I know I read the
 3   name, just the way you're reading it.  I don't know
 4   who he is.  And then --
 5       Q    -- sorry.
 6       A    I'm sorry?
 7       Q    No.  Continue --
 8       A    No.  Go ahead.  I stopped.  I ended.
 9       Q    Do you see on this next page -- we are on
10   page 7 of 14.  Do you see the name "Juan J Sierra
11   Rodriguez"?
12       A    That's what it says.
13       Q    Do you know who he is?
14       A    I -- I don't -- by reading his name, no.  I
15   don't know who he is.  I'm sorry.  There's no possible
16   way I could remember, from 6/20/2018, who a -- a
17   John -- what is that?  "J Sierra" is -- "Rodriguez" --
18   and I'm sorry.
19       Q    And to scroll further down, do you see the
20   name "Ramon Rosales"?
21       A    Yes.
22       Q    Do you know who he is?
23       A    I -- same -- same answer for all these guys.
24   I don't know who they are.  I'm sorry.  You're showing
25   me a name.  If you showed me a picture, maybe.  But I
```

```
 1                      B. HANDAKAS
 2   -- I can't remember who they are.
 3       Q    I understand.  So I'm going to --
 4       A    But no -- not only remember.  I don't -- I
 5   don't think I know who they are.
 6       Q    Okay.  Well, that's fine.  But just for the
 7   record, I'm going to go down.  I understand that your
 8   answers, that you have said you don't know any of
 9   these people.
10       A    No.
11       Q    But just to confirm, you don't know who
12   "Segundo -- LeMachache Lluilema" is?
13       A    No.  Sorry.  And --
14       Q    And you don't know --
15       A    But -- but what do I see is that they were
16   working at a period of -- from April to -- mid-April-
17   to mid-June of 2018, which gives me the understanding
18   that that was the time that North Star started, after
19   6/22.
20            So I would also like to correct my previous
21   answer that I didn't remember.  That North Star
22   started -- I -- I'm assuming this is the Yonkers
23   job -- at 6/22 -- two thousand -- well, the day after.
24   Let's say, 6/23 -- two -- 2018, because all -- all of
25   the names that you're referring to, end at that time,
```

```
                                                    Page 57
 1                       B. HANDAKAS
 2   where others continue.
 3            So now, I don't know if I should offer this,
 4   or not.  But I remember, now --
 5       Q    If you would like to talk with your counsel,
 6   that's fine.  We can go off the record.
 7       A    No.  It's okay.  I -- I have nothing to
 8   hide.  There's nothing -- I mean I would say the
 9   truth, no matter what, and my counsel will prompt me
10   to say the truth, anyway.  She's not going to tell me
11   to lie.  So I -- I'd rather tell you, now, and save us
12   maybe -- and save the reporter another two hours of
13   reporting.
14            So basically, what happened was we had a
15   subcontractor -- and I do not recall their name -- who
16   brought all these people that are still listed, and
17   aren't redacted, on the -- on the payroll record.  And
18   basically, he left the project.  He couldn't handle
19   it.  And we needed people there until we found
20   somebody else to take over the project.
21            So we agreed -- I agreed to keep these guys
22   working, whoever wanted to work, and we paid them for
23   a few weeks.  As you can see, it's basically -- one,
24   two, three, four, five, six, seven, eight, nine -- ten
25   weeks total until we -- we secured another
```

```
 1                        B. HANDAKAS
 2   subcontractor.  In the meanwhile, we -- we were
 3   introduced to North Star Solutions, and we -- we gave
 4   them the responsibility of providing the labor.
 5              These guys that worked before, some of them
 6   that worked for the subcontractor that we had to pick
 7   up for the -- for the time in-between, they secured
 8   another job with North Star Solutions on their own.
 9   We didn't tell them to go work there, or anything.
10   They -- we told them that -- the super actually told
11   them that we're going to stop their employment.
12   They're not going to work for us anymore.
13              And to be honest with you, this is perfect
14   because this really shows you that what Vector paid,
15   paid, and there's no complaints against Vector.  This
16   is Vector's payroll.  This is the time frame from
17   4/12- to 6/22/2018.  I do not believe there's any
18   claim, in the -- in those ten weeks, that they were
19   not paid.  They were paid.  Am I correct?
20       Q    I understand your position.
21       A    [Unintelligible response.]
22       Q    So --
23       A    It's a great position, though?  Right?
24       Q    I won't opine on that, Mr. Handakas.  So I
25   do have some questions further.  I understand your
```

```
 1                    B. HANDAKAS
 2   position, and I appreciate you for --
 3        A    But --
 4        Q    -- stating it clearly --
 5        A    Yeah.  It's not my -- it's not my position.
 6   It's based on facts.  Everything that you will hear
 7   from me is 100 percent true facts.  Nothing is made
 8   up, and everything is backed up by paper.  Everything
 9   I will say to you, and everything I've said to you, is
10   backed up on actual paper.
11        Q    Oh, okay.  I understand.
12        A    Paper trail, in other words.
13        Q    So in this column that says "Hours" -- you
14   can see where the cursor is?
15        A    Yes.
16        Q    Who -- where does that number come from, to
17   your knowledge?
18        A    Some -- the super, I guess, was reporting
19   the hours.  I'm assuming.  I don't -- I don't recall.
20   But that's probably how it happened.
21        Q    So this is the second time you have
22   mentioned "the super."  Was this super an employee of
23   Vector?
24        A    As you -- as you --
25              MS. ROSEN:  Asked and answered.
```

```
                                                    Page 60
 1                    B. HANDAKAS
 2        A    -- should remember, it was answered already,
 3   and I even gave you the name.
 4        Q    And you assume that it was supplied by him.
 5   Do you know if there were any timeclocks, punch-card
 6   machines, any type of method of recording these hours?
 7        A    What I assume happened is that they sign,
 8   every day, at the end of the day when they leave,
 9   their hours.  That's what I assume happened.  I don't
10   recall, and I don't get involved in -- in these items.
11          We don't like having our own workers.
12   That's why we always seek a subcontractor, or North
13   Star, which is actually the normal thing in this
14   industry.  Everybody -- entities, as Vector, usually
15   employ subcontractors.  Nobody has his own workers.
16        Q    Except for these several weeks in spring of
17   2018?
18        A    Well, I told you.  It was in -- it was a
19   position where we needed to have guys at the jobsite
20   from the -- for the layover, and that was the time of
21   a layover.  Those tens weeks until we got somebody
22   else in there.  And once we got somebody else in
23   there, we let everybody go.  Since 6/22/2018.
24        Q    I understand.  So you had said April to
25   June.  I'm just seeing here that there is a date in
```

```
                                              Page 61

 1                        B. HANDAKAS

 2    February.  Could it have been --

 3        A    Yeah.  But you're looking at the -- you're

 4    looking at the redacted names, which are other people.

 5    So those people are not in question.  You're talking

 6    about the names that aren't redacted are the ones that

 7    you -- are of interest to you, in your case.

 8    Everybody else is not of interest to you.  So I don't

 9    understand why you're asking me that question.

10        Q    I was just trying to clarify the exact

11    timeline.  But if it is your position --

12        A    But you're not --

13        Q    -- that --

14        A    I'm sorry.

15        Q    -- 4/12/2018, to --

16        A    But you weren't clarifying it.  You were

17    confusing it because I told you that the period that

18    these workers -- these specific workers like this

19    "Segundo" -- if you see, they're all from April --

20    mid-April- to mid-June of 2018.  They're all in the

21    same dates.  You can look them up.

22        Q    No.  Again, forgive me.  I just wanted to

23    clarify.  So your testimony is --

24        A    But it wasn't -- but you weren't clarifying

25    it.  You were confusing it, and I'm clarifying it.
```

```
                                                  Page 62

                          B. HANDAKAS

 1

 2     Q      Well, I appreciate that.  Thank you.

 3     A      You're very welcome.

 4     Q      Well, I think we're just about done here.

 5   Is there anything else that you can recall?  Any

 6   testimony you gave that you would like to revise at

 7   this point?

 8     A      The only thing I revised was the time North

 9   Star Solutions started, which was probably the day

10   after 6/26 of 2018.  And I added that -- what I added

11   before.  I mean it's already -- already stated on --

12   on the record.

13     Q      Okay.  Thank you.  So that's it?

14     A      That's it.

15     Q      I just want to give you the opportunity.

16              THE REPORTER:  All right.  The time is

17   11:31 a.m.  We're now off the record.

18

19              (Whereupon, at 11:31 a.m., the

20              proceeding was concluded.)

21

22

23

24

25
```

Page 63

1                CERTIFICATE OF DEPOSITION OFFICER

2            I, SHENAY CRAWFORD, the officer before whom the

3    foregoing proceedings were taken, do hereby certify that

4    any witness(es) in the foregoing proceedings, prior to

5    testifying, were duly sworn; that the proceedings were

6    recorded by me and thereafter reduced to typewriting by a

7    qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed by

11   any of the parties to the action in which this was taken;

12   and, further, that I am not a relative or employee of any

13   counsel or attorney employed by the parties hereto, nor

14   financially or otherwise interested in the outcome of this

15   action.

16

17                              SHENAY CRAWFORD

18                     Notary Public in and for the

19                     State of New York and New Jersey

20

21

22

23

24

25

Page 64

1                    CERTIFICATE OF TRANSCRIBER

2             I, CORA SMITH, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14                          CORA SMITH

15

16

17

18

19

20

21

22

23

24

25

Page 65

1  Zapata Osorio, et al. v. Vector Structural Preservation Corp.,

et al.

2  Bill Handakas (#5141049)

3                E R R A T A   S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Bill Handakas                          Date

25

Page 66

1    Zapata Osorio, et al. v. Vector Structural Preservation Corp.,

     et al.

2    Bill Handakas (#5141049)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Bill Handakas, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Bill Handakas                        Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

| & | | |
|---|---|---|
| **&** 3:21 7:20 | | |

**0**

**04896** 1:19

**1**

**1** 5:15
**100** 37:14 39:25
  59:7
**10001** 2:6
**10165-6229** 3:14
**10:04** 2:4 6:21
**1105** 8:18
**1150** 8:18
**11501** 3:23 8:20
**11:15** 52:8
**11:31** 62:17,19
**120** 42:20
**14** 5:9 52:17 54:6
  55:10
**15** 29:12 51:4 52:6
**150** 28:19
**150,000** 42:20
**17** 2:3 6:21
**19** 16:14 20:8
**1:19** 1:18
**1st** 54:7

**2**

**2** 3:22 5:18
**20** 29:12 31:9 51:5
  66:15
**200** 27:15 28:19
**2017** 35:3 37:16
  42:2
**2018** 5:9 33:15,16
  54:8 56:17,24
  60:17 61:20 62:10
**2020** 33:15,16 42:3
**2022** 2:3 6:21
**25487** 63:16

**26421** 64:13

**3**

**30** 29:11 43:15
**31** 54:7
**35** 5:15
**37** 5:18

**4**

**4/12** 58:17
**4/12/2018** 61:15
**40** 8:16 22:4 29:11
  32:15 43:15
**42nd** 3:13
**4510** 3:13

**5**

**5** 52:17
**501** 8:19
**5141049** 2:8 65:2
  66:2
**516** 3:25
**52** 5:7

**6**

**6/20/2018** 54:2
  55:16
**6/22** 56:19,23
**6/22/2018** 58:17
  60:23
**6/23** 56:24
**6/26** 62:10
**6/26/2018** 54:2
**60** 3:13

**7**

**7** 55:10
**739-8222** 3:25

**9**

**9** 5:3
**94** 3:22
**99** 41:14

**a**

**a.m.** 2:4 6:21
  62:17,19
**ability** 11:11,15
  63:9 64:6
**able** 10:23 52:16
**absent** 7:2
**access** 45:11
**accounting** 48:11
  48:12
**accurate** 63:8 64:5
**accurately** 11:8
**acknowledgement**
  66:3
**acknowledgeme...**
  6:6
**acknowledges**
  22:18
**action** 63:11,15
  64:8,11
**activities** 24:13
**actual** 59:10
**adamant** 22:15
**add** 29:8
**added** 62:10,10
**additions** 66:6
**address** 8:12
  21:25 22:2,6,6
  32:14 34:5 52:24
**administer** 6:6
**admit** 43:6
**advance** 28:6
**advisement** 35:18
  38:14
**affect** 11:15
**agencies** 26:22
  27:23
**agency** 27:7
**ago** 13:13 18:13,13
  18:21,22 20:13
  21:12

**agree** 6:23 7:4
**agreed** 45:19,21
  49:12,13 57:21,21
**agreements** 44:12
**ahead** 24:14 55:8
**al** 65:1,1 66:1,1
**alcohol** 11:11
**alejandro** 1:4 3:2
  6:9
**allow** 34:14
**almonte** 18:16
  25:19 32:2 41:13
  41:15 42:10,16
  44:13,23 46:6,9,11
  46:24 48:4,23
**almonte's** 31:24
**alulema** 1:12 3:7
  6:14
**amount** 42:21
**answer** 9:20 10:4
  10:12,15,17,19
  11:3,11,16 12:23
  13:9 18:8 20:20
  21:2 22:11 24:2,3
  30:8,25 32:20
  33:10 34:11 39:12
  51:10 55:23 56:21
**answered** 9:23
  15:19 21:8 36:7
  39:13 59:25 60:2
**answering** 10:13
**answers** 9:21 10:7
  56:8
**anybody** 27:10
  32:16 38:17 42:16
  44:4 52:4
**anymore** 58:12
**anyway** 28:23
  38:9 57:10
**apartment** 34:19

apologize   17:24
  27:6 32:12 33:13
  37:6 41:7 45:16
  46:19 50:25 52:2
appear   53:13
appearing   7:14
appears   53:7
appended   66:7
applicable   7:7
applies   9:16
appreciate   9:6
  34:15 59:2 62:2
appropriate   31:16
approximately
  18:21 20:8
april   37:16 56:16
  56:16 60:24 61:19
  61:20
area   17:25 29:13
  29:23
arrangement
  44:22
arturo   1:5 3:3
  6:10
asked   10:4 14:14
  15:18 36:7 42:5
  46:8 59:25
asking   16:13
  51:13 53:22 61:9
assigned   6:3 23:13
  24:6
assistance   46:9,10
associate   7:17 9:5
associated   50:20
assume   10:5 13:19
  43:3 44:15,21
  47:21 54:17 60:4
  60:7,9
assuming   44:17
  56:22 59:19

attached   5:11
attended   40:22
attention   45:12
attorney   12:14,15
  63:13 64:9
attorneys   7:13
audio   63:7 64:3
august   54:7
authorized   6:5
avenue   3:22
avoid   22:17
awarded   30:11
aware   12:10
awkward   46:18

**b**

b   1:19,21 3:18 5:5
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1,13 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1
back   38:24 46:12
  48:7 49:17 52:8
backed   59:8,10
background   14:19
bag   51:21,23

barrera   1:7 3:4
  6:11
based   30:15 59:6
basically   14:8 28:2
  57:14,18,23
basis   23:22,25
  37:19 39:10,16
began   5:20
beginning   23:15
behalf   1:15 3:2,9
  3:17 6:16 17:3
believe   27:5 28:21
  38:4 44:13 49:4
  53:9 58:17
benefits   42:25
best   54:20 63:9
  64:5
bible   48:13
bid   30:9
big   40:5
bill   1:22 2:2 3:19
  6:8,19 8:3 14:22
  14:24,25 15:4
  16:7 30:8 65:2,24
  66:2,4,12
bit   16:16 53:4
blackmail   43:14
blackmailed   43:9
  43:11,13
books   48:12
born   15:6
boss   49:18
bottom   53:5 54:22
braulio   1:5 3:3
  6:10
break   10:25 11:4
  52:6
briefly   36:17,18
broad   20:20
brought   25:15
  45:12 57:16

build   30:10
building   34:18,19
  50:22
buildings   51:3
built   34:18
business   6:17,19
  8:14,15 16:17,18
  17:11,18 22:2
  28:13 38:10
businesses   20:3
byron   1:6 3:4 6:11

**c**

c   3:1 4:1 5:13
  31:13
call   23:25 25:2
  27:24 28:18 35:15
  37:22 44:13 49:25
  50:7 54:10
called   8:4
capacity   20:14
caption   14:22
card   60:5
care   32:22
carlos   1:7 3:4 6:11
carries   9:11,13
case   1:17 12:6,8
  12:10 13:18,25
  21:17,22 34:20
  61:7
cases   13:20 16:19
  21:23
cash   42:15,15 43:8
  43:14,16,17,20
  44:24
cashabamba   1:6,9
  3:3,5 6:10,12
cashing   46:2,4,5,8
  46:12,15,22,23
  47:14
cat   51:22

categories 22:20
cause 36:22 48:21
certain 36:12 48:8
certainty 48:3,10
certificate 63:1
64:1
certified 7:4
certify 63:3 64:2
chance 10:19
change 65:4,7,10
65:13,16,19
changes 10:22,23
66:6
chango 1:6 3:4
6:10
charge 29:11,12
chavez 1:11 3:7
6:13
cheap 31:18
check 42:24,25
45:2 46:2,4,5,8,12
46:15,22,23 47:14
48:6
checks 45:19,25
46:4,16,18,19,22
47:2,4,5,18 48:13
chronologically
37:18
circumstances
54:20
civil 12:20 13:7
14:2
claim 28:18 46:13
58:18
claimants 29:19
claiming 42:8
clarify 27:17
45:16 49:21 50:9
50:14 61:10,23
clarifying 61:16
61:24,25

clear 43:23
clearly 59:4
clela 3:11,15 7:17
9:5
clerks 19:10
cm 49:9,21 50:7,8
50:10
collaboration 24:5
column 59:13
come 43:17 46:17
48:7 49:17,25
50:4 51:21 52:8
59:16
comment 10:23
commercial 34:20
common 19:2
communication
50:10
companies 17:21
17:23 26:23 27:2
company 16:15
19:25 20:10,12
25:18 26:3,10,15
26:18 28:19 31:14
32:21 33:3
company's 31:14
complaints 58:15
complete 39:23
66:8
completed 30:16
completely 10:12
compliance 32:17
concern 6:22
concluded 62:20
confirm 43:18
56:11
confusing 61:17
61:25
confusion 22:17
connection 33:17
33:19

consider 31:4
constantinos
15:25
constantly 43:9,10
constitute 7:11
construction
17:19,21,22 18:11
18:17 19:24 26:22
27:4 30:3,10 33:7
33:24 34:2 35:8
35:11,23 36:3
40:21 49:22 50:15
51:7
cont'd 4:1
contact 40:9,15
41:14,15,18
contacted 46:8
contacts 41:12
continue 39:21
55:7 57:2
continued 28:14
28:20
contract 5:15
24:10 27:20,21
30:22 34:22 35:13
35:22 37:2,4
39:23 50:15
contracted 26:15
27:19 33:25 35:25
49:9 50:16
contractor 35:5,7
contractors 17:25
18:3 31:10 42:18
contracts 17:20
41:22
control 24:13,13
24:16 29:4
controlled 24:16
32:24
cooperation 23:19

cora 64:2,14
corp 1:19 3:18 5:8
6:17 16:12 52:24
53:15 65:1 66:1
correct 10:19,21
22:5 23:5,6 26:12
37:17 43:25 44:8
47:15,16 49:22,23
50:12,13 53:2,3
54:3,4 56:20
58:19 66:8
corrections 66:6
correctly 24:21
35:4
counsel 8:23 52:7
57:5,9 63:10,13
64:6,9
couple 18:10
26:20 36:11 43:5
course 10:10
15:23 21:17 29:4
34:15 35:24 44:10
court 1:1 9:12,22
10:14
cover 22:21
covered 47:2
covid 18:24
crawford 2:7 6:3
63:2,17
csm 3:12,15 4:3
7:17 9:5
currently 15:8
16:23 17:6,7
cursor 59:14
customary 23:17
cuts 54:11,12
cv 1:18

| d |
|---|
| d 1:19,21 3:18 5:1
5:13,13 8:10 |

**daily** 23:21 24:13
  38:19
**date** 2:3 35:2 38:5
  60:25 65:24 66:12
**dates** 61:21
**day** 23:25,25
  24:14 39:10,10,16
  39:16 45:23 47:23
  56:23 60:8,8 62:9
  66:15
**days** 28:6 37:20
  48:22
**deal** 28:8
**dealing** 18:15
**deals** 44:11
**dealt** 27:22
**decide** 30:22
**decision** 51:18,20
  51:20
**decisions** 17:3,10
**declare** 66:4
**deemed** 66:6
**defendant** 14:2
**defendants** 1:24
  3:17 7:20
**definitely** 38:6,7
**del** 1:5 3:3 6:10
**delayed** 42:12
**deli** 22:22
**demanded** 42:14
**demanding** 43:20
**demonstrated**
  48:17
**department** 20:23
  21:6,9
**deponent** 66:3
**deposed** 11:20
  12:3
**deposition** 2:1 6:8
  7:9 10:16,21
  12:12,13,16 63:1

**depositions** 29:19
**description** 5:6,14
**designing** 41:8
**details** 43:4
**determined** 29:5
**development** 34:9
**diaz** 1:11 3:7 6:14
**different** 31:4,4
  32:8
**digital** 63:7 64:3
**direct** 23:21
**directly** 23:4 33:6
  35:22 36:4
**discuss** 12:12 38:5
  38:11,14
**discussions** 29:10
**dishonest** 9:14
**dismissed** 21:17
  21:23
**distinction** 19:20
  19:22
**district** 1:1,2
**document** 52:17
  52:18 53:8
**documents** 12:17
  12:18
**doe** 1:23 6:20
**doing** 6:17,19 9:10
  31:13,14,15 54:19
**doubt** 31:16
**drugs** 11:10
**drunk** 48:24 49:16
**due** 6:22
**duly** 8:4 63:5
**duties** 23:11

**e**

**e** 1:7 3:1,1,4 4:1,1
  5:1,5,13,13,13,13
  6:11 8:17,17 65:3
  65:3,3

**earlier** 10:17 22:6
  36:6 42:4
**easier** 45:6
**east** 3:13
**edwin** 1:8 3:5 6:12
**eight** 57:24
**either** 44:25 45:18
**elementary** 52:2
**emmanuel** 36:15
  36:21
**employ** 36:9 60:15
**employed** 15:8
  28:19 63:10,13
  64:7,9
**employee** 15:13,20
  24:20 29:19 59:22
  63:12 64:9
**employees** 17:14
  17:15,16 18:10,18
  18:19 19:6,9 22:8
  22:12,13,15,16,17
  22:20,23 23:4,5
  25:23 26:16 29:2
  32:23 39:9
**employer** 17:17
  21:20
**employment** 25:22
  25:23,25 26:6
  44:7,12 58:11
**encalada** 1:13 3:8
  6:15
**encounter** 25:10
  25:12
**ended** 55:8
**engaged** 18:14
**english** 11:18 15:2
  31:22
**ensuring** 32:17
**entail** 23:16 40:11
**enter** 17:20

**entire** 39:17
**entities** 13:20
  30:13 60:14
**equipment** 51:7
**errington** 3:11 5:3
  7:16,17 9:3,5 13:2
  14:17 16:10 17:7
  17:8 20:6,21
  22:14,24 23:2
  30:21 33:19,23
  35:15,21 36:8
  37:22 38:3,11,16
  39:2,6,7 47:12
  52:5,11,13 54:13
  54:15,19,21
**errors** 10:21
**es** 63:4
**esquire** 3:11,20
**essence** 23:9
**estimate** 11:22
**et** 65:1,1 66:1,1
**event** 25:14
**eventually** 50:23
**everybody** 9:16
  60:14,23 61:8
**evident** 30:2
**evidentiary** 7:8
**exact** 14:13 35:2
  61:10
**exactly** 17:23 21:3
  25:16 37:19 43:3
**examination** 5:2
  9:2
**examined** 8:6
**example** 18:2
**exhibit** 5:7 52:15
  52:19
**exhibits** 5:11
**experience** 51:6
**expertise** 31:24

| **explain** 40:18 50:17 | **follow** 47:9,10 | **gcs** 14:9 | **h** |
|---|---|---|---|

**explain** 40:18
  50:17

**f**

**fabricio** 1:8 3:5
  6:12
**fact** 24:3 31:2
  47:17
**facts** 12:8 59:6,7
**failed** 11:14
**faintly** 45:24
**fair** 31:17,18
**fall** 22:20
**familiar** 17:24
  24:17 29:23 40:18
  41:6 52:18,21
**family** 39:19
**father** 16:3,3,22
**february** 37:15
  61:2
**federal** 32:17
**felix** 51:22
**fidel** 4:3
**fifty** 11:23 45:5,6
**filed** 13:6,11,13
**filing** 32:23
**financially** 63:14
  64:10
**find** 10:21 31:23
**finding** 31:20
**fine** 14:18 28:25
  40:3 52:3,9 56:6
  57:6
**finish** 10:11,13
**firing** 29:2
**first** 8:4 9:7,9
  11:18 25:10,12
  32:21 43:21
**five** 18:13,13,21
  18:22 19:3 27:11
  42:4 57:24

**follow** 47:9,10
**follows** 8:6
**force** 24:6
**forces** 27:13
**foregoing** 63:3,4
  64:4 66:5
**foreman** 36:9
**forget** 35:20 42:18
**forgive** 41:6 51:24
  61:22
**form** 12:21 13:8
  17:5 18:7 19:7
  20:5,18,25 22:10
  30:7,24 32:19
  33:9 34:10,25
  39:11 47:7 51:9
**forty** 11:23
**forward** 16:16
**found** 9:14 31:7
  43:7 57:19
**four** 12:4 13:13
  57:24
**frame** 20:4 21:11
  33:11,12 58:16
**friday** 28:9,9
  47:22 48:16,20,24
  48:24 49:13,14
**frivolous** 28:18
**front** 9:12 22:23
**full** 10:14,15 14:23
**fully** 11:8
**funds** 45:20
**further** 55:19
  58:25 63:12 64:8

**g**

**galina** 3:21 7:20
**galvez** 1:10 3:6
  6:13
**gayle** 3:20 7:19
**gc** 23:19 24:5,12

**gcs** 14:9
**general** 9:8 17:25
  18:3 29:14 35:5,7
**generate** 29:22
**generated** 30:19
**gentleman** 39:14
**give** 8:15 9:7 10:19
  18:4 21:25 23:18
  24:14 29:24 33:11
  43:13,13 62:15
**given** 21:19 29:8
  45:19 54:20 66:9
**gives** 56:17
**go** 14:23 29:3 52:7
  52:16 55:8 56:7
  57:6 58:9 60:23
**going** 9:7,21 10:5
  16:15,16 23:14
  28:23 35:20 43:8
  52:14 53:4 56:3,7
  57:10 58:11,12
**good** 6:2 7:16 9:4
  31:15 49:20
**gotten** 17:12
**great** 58:23
**grosen** 3:24
**guano** 1:12 3:7
  6:14
**guarantee** 48:2,15
**guess** 10:6 14:6,8
  42:3 59:18
**guild** 22:13
**guy** 22:22 43:6
  46:14
**guys** 42:14,23
  43:15 48:23,24
  49:25 55:23 57:21
  58:5 60:19

**h**

**h** 5:5 8:10 65:3
**hand** 7:25 48:13
**handakas** 1:22,22
  2:2 3:19,19 6:1,8
  6:20,20 7:1,20,24
  8:1,3,10 9:1,4
  10:1 11:1 12:1
  13:1 14:1,22,23
  15:1,4,4,8,25 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1,14
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1,14
  52:18 53:1 54:1
  55:1 56:1 57:1
  58:1,24 59:1 60:1
  61:1 62:1 65:2,24
  66:2,4,12
**handle** 57:18
**handled** 49:18
**handy** 31:25
**happen** 24:8
**happened** 57:14
  59:20 60:7,9
**hard** 31:22
**he'll** 49:14
**head** 26:19
**headache** 31:20
**hear** 16:5,22 31:12
  39:5 40:2 59:6
**heard** 42:24 44:18

**hearing** 7:22
**held** 15:10 32:25
**hereto** 63:13 64:10
  66:7
**hiccups** 48:19
**hide** 57:8
**high** 45:5
**hire** 19:5,12 23:3
  30:13 33:6 36:4
**hired** 24:8 25:14
  43:25 44:2,3,7
**hiring** 19:14 43:19
**history** 18:9
**hmm** 8:13 9:23
**home** 32:8,9
**honest** 58:13
**honored** 46:2,11
  47:5,19
**hopefully** 52:15
**hoping** 10:24
**hour** 43:15
**hours** 32:24 57:12
  59:13,19 60:6,9
**hudson** 5:16 35:12
**hundred** 45:5
**hurt** 49:6

**i**

**identification**
  52:20
**identify** 7:14
**ignorance** 41:7
**imagine** 42:21
**immediately** 46:21
**impair** 11:11
**implied** 47:25,25
**implies** 15:19
**implying** 26:3
  32:11 33:2
**impossible** 42:15
**inaccurate** 10:18

**incident** 45:24
**including** 23:4
  30:17
**incomplete** 10:18
**indefinitely** 53:16
**independent** 33:3
**individual** 25:8
**individually** 1:14
  3:9 6:15
**industry** 49:2
  51:21,25 52:3
  60:14
**influence** 11:10
**inspector** 21:9
**instructions** 9:8
**insufficient** 45:20
**insurance** 21:20
**intended** 7:6
**interest** 15:16
  16:23 28:11 61:7
  61:8
**interested** 63:14
  64:11
**interpreted** 15:2
**introduced** 31:8
  58:3
**investigated** 20:15
**investigation**
  20:23 21:6,14
**investigations**
  21:5
**invoices** 5:18
  21:21 25:8 37:18
  37:23
**involved** 44:14
  60:10
**involvement** 23:24
**irrelevant** 46:13
**issue** 43:4
**issues** 49:5

**items** 60:10

**j**

**j** 55:10,17
**jersey** 6:7 63:19
**jesus** 1:9 3:6 6:12
  53:6 54:22,25
**job** 2:8 15:10
  23:22 28:5 36:25
  40:15,17,19 41:20
  56:23 58:8
**jobs** 18:6 26:22
**jobsite** 25:15 36:2
  36:5,10 37:3,8,13
  38:18 39:9,16,24
  40:14 45:13 49:7
  50:19 60:19
**jobsites** 29:6
**john** 55:17
**juan** 1:10 3:6 6:13
  55:10
**judge** 9:12
**june** 56:17 60:25
  61:20
**jurisdiction** 33:4

**k**

**k** 8:10
**keep** 25:25 43:8
  57:21
**kept** 26:5
**kind** 17:18 34:18
  51:6
**knew** 11:25 12:2
**know** 10:3,8,18
  11:2,23 14:11,21
  15:21 16:7,25
  19:10,10,12 20:19
  21:3,19 22:21
  24:2,23,24,25 25:3
  25:3,4,4,17 26:5
  27:2,10,22 28:3,18

29:15,16,17,18
31:8,10,11,12,13
31:15,19 36:20,24
37:4 39:20 40:12
41:16,17 42:10,13
42:14 43:3,7,17,21
44:3,4,14,17 45:11
46:7,19 47:3,17
48:2,10,11,11
50:14,22 51:13,16
51:22 54:3,25
55:2,3,13,15,22
55:24 56:5,8,11,14
57:3 60:5
**knowledge** 37:12
  38:17 39:8,15
  46:17 51:25 59:17
  63:9 64:6
**knows** 29:20

**l**

**l** 8:10,17,17
**labor** 18:18 20:24
  21:9 27:13 37:20
  42:6 58:4
**laborer** 29:11
**laborers** 28:4
**language** 11:18
**late** 48:19
**law** 9:12 26:8
**laws** 7:8 32:18
**lawsuit** 12:20 13:7
  13:14,16,24 14:2,9
**layover** 60:20,21
**ldh** 1:19
**leandro** 1:11 3:7
  6:14
**leave** 60:8
**leaving** 36:25
**left** 30:18,20 36:12
  39:18,18,19,21
  52:25 53:5 54:22

57:18

**legal** 3:12 4:3 7:17
9:6 14:25

**legal.com** 3:15

**lemachache** 56:12

**level** 50:2

**lie** 57:11

**line** 50:9 65:4,7,10
65:13,16,19

**list** 25:7,8

**listed** 14:21 57:16

**listening** 41:5,11

**little** 16:16 18:24
19:8 39:22,22
43:23 48:18 50:18
53:4

**lluilema** 56:12

**locate** 46:9

**located** 34:2

**location** 2:5

**long** 10:25 16:11
28:5

**longer** 39:22

**look** 24:14 25:3,5
61:21

**looked** 38:3

**looking** 61:3,4

**lot** 42:23

**lots** 22:21

**lozano** 4:3

**m**

**m** 5:13

**machines** 60:6

**main** 34:3,4,6

**maintain** 25:21
26:13

**maintained** 26:14

**maintains** 26:11

**making** 17:2

**manage** 17:14
36:10

**managed** 20:3,9

**manager** 15:11
17:13 19:5 20:9
20:15,17 23:13
25:17 35:8,11,23
40:21 49:22

**managers** 19:11
23:5

**manner** 7:9

**manpower** 30:23
31:2

**manuel** 1:4 3:2 6:9

**march** 2:3 6:20
37:16 54:7

**marked** 52:19

**markup** 29:9

**mason** 29:10
51:17

**masonry** 50:17,20
50:21

**masons** 28:3 33:6

**matter** 6:9 57:9

**mean** 14:5,13
17:22,23 21:3,7
22:20 23:10 25:5
25:13,25 30:2
31:7 37:4,17
43:12,22,22 45:22
51:12 57:8 62:11

**meaning** 45:14

**means** 7:10 40:12
43:16

**medication** 11:14

**meet** 32:2,5,13
39:19 45:3

**meeting** 40:15,17
40:19,20

**meetings** 40:24
41:3

**memory** 12:5

**men** 27:15,16
28:15 31:20,22
43:19 46:14

**mentioned** 26:21
42:4 47:21 50:3
53:10,11 59:22

**meridian** 5:16
35:12

**met** 18:15,23

**method** 60:6

**mid** 56:16,17
61:20,20

**mineola** 3:23 8:17
22:4 32:15

**minute** 52:6

**misconduct** 20:16

**misunderstanding**
27:6

**mm** 9:23

**moment** 34:12

**monday** 28:10
49:17

**money** 13:21
29:25 30:19 40:7
45:4,7 46:14,15,25
47:14

**month** 30:15
36:19

**months** 12:4 28:21

**morning** 6:2 7:16
9:4 11:12

**move** 9:8 10:13

**moving** 11:7

**multiple** 22:20

**mutiny** 42:24

**n**

**n** 3:1 4:1 5:1,13
8:10

**name** 6:2 7:16 8:8
8:9 9:5 14:23,25
15:2,24 20:12

24:24 25:6,9,19
26:17 34:7,9,12
35:5,9 36:14,14,15
36:16 39:14 53:5
55:3,10,14,20,25
57:15 60:3

**named** 24:17,23

**names** 15:3 25:8
26:23 53:12 56:25
61:4,6

**nature** 21:13
40:17

**necessary** 66:6

**need** 10:25 27:24
49:24 50:4 51:7

**needed** 18:19 28:5
48:22 57:19 60:19

**needs** 24:14 50:10

**neither** 44:6 63:10
64:6

**never** 15:20 24:19
26:25 29:10,16,21
32:9 44:18,18,19

**new** 1:2 2:6 3:14
6:6,7 8:17 15:7
17:12 22:4 34:3
63:19,19

**nickname** 14:24

**nicolas** 1:12 3:8
6:14

**night** 48:25 49:16

**nine** 57:24

**nodded** 9:23

**normal** 60:13

**north** 1:20,21 5:19
6:18,19 18:16
24:21 25:18 26:24
27:5,7,19 28:2,11
28:12,20,25 30:13
30:18,22 31:9,12
33:4 37:2,7,12

38:17 39:9 41:13
42:5 43:25 44:3,3
44:5,9,11,24 45:25
46:24 47:15 48:11
49:9 50:11 56:18
56:21 58:3,8
60:12 62:8
**notary** 2:7 6:5
63:18 66:13,19
**noted** 66:7
**notes** 52:7
**notice** 28:6
**number** 21:23
59:16
**numbers** 14:14
31:17
**ny** 2:6 3:14,23

**o**

**o** 5:13 8:10,17
**oaths** 6:6
**object** 32:10
**objection** 7:2,23
12:21 13:8 17:5
18:7 19:7 20:5,18
20:25 22:10 30:4
30:7,24 32:19
33:9 34:10,25
39:11 47:7 51:9
**obvious** 44:21
**obviously** 31:10
**occasionally** 23:3
**offer** 57:3
**office** 22:12 25:24
27:23 32:6,7,8,12
**officer** 6:3 63:1,2
**oh** 16:9 25:13 39:6
59:11
**okay** 8:9,14,16
9:19 22:24 35:19
39:6 45:17 56:6
57:7 59:11 62:13

**once** 40:11,13,14
40:14 42:9 45:3
60:22
**ones** 23:20 61:6
**operated** 22:3
28:7
**operational** 16:18
16:19
**opine** 58:24
**opportunity** 62:15
**osorio** 1:4 3:3 6:9
65:1 66:1
**outcome** 12:10
63:14 64:11
**outside** 6:24
**overseas** 39:19
**owe** 13:20 40:7
**owned** 20:3
**owner** 15:21 17:9
25:17
**owners** 14:10
**ownership** 15:16
16:23

**p**

**p** 3:1,1 4:1,1
**page** 5:2,6,14
52:17,17 54:5
55:9,10 65:4,7,10
65:13,16,19
**pages** 5:9 54:6
**paid** 13:21 14:9,11
21:16 28:11,12,12
28:14,22 30:15
32:4 39:25 42:8
42:10,11,18 43:8
43:15,15 45:13,15
45:18,21,22,23
46:5,12,16,20,21
46:23,25 47:14,22
48:3,8,16,19,20,23
57:22 58:14,15,19

58:19
**pandemic** 6:22
**paper** 59:8,10,12
**paralegal** 4:3
**part** 54:4
**participant** 6:23
41:4
**participate** 21:4
43:18
**participated** 20:23
21:4
**participating**
44:18
**parties** 6:23 7:3
13:14,16 63:11,13
64:7,10
**parts** 30:10
**party** 49:9
**passed** 16:3
**passing** 17:9
**pay** 28:8,9 29:5,9
30:16 40:6 44:23
46:4 48:4 49:15
**payday** 45:19,22
**paying** 49:12,14
**payment** 44:25
**payments** 42:11
42:21 45:5 46:11
**payroll** 5:7 26:10
26:13,15,16,17,20
32:21 42:21 52:25
53:10,13,14 57:17
58:16
**pc** 3:12 4:3
**penalties** 9:13
**pending** 11:3
**people** 19:12 26:6
27:25 28:19 29:6
29:16 40:6,7 43:9
43:19 47:22 50:4
56:9 57:16,19

61:4,5
**percent** 37:14
39:25 41:14 59:7
**perfect** 25:3 58:13
**perfectly** 11:6
14:18 28:25
**perform** 18:5,19
23:10,22 24:9,11
30:12,14 34:2,22
36:2
**performing** 17:12
17:19
**period** 56:16
61:17
**permitted** 7:6
**person** 17:2 24:17
32:3
**person's** 15:24
**personal** 16:13
**personally** 19:14
**personnel** 23:20
23:21 31:16 40:21
**persons** 53:13
**phasing** 36:22,22
**physical** 6:25
**pick** 58:6
**picture** 55:25
**place** 46:2,4,5,8,12
46:15,22,23 47:14
**plaintiff** 12:19
13:7,12
**plaintiffs** 1:16 3:2
7:18
**plans** 23:18
**please** 7:14,24 8:7
8:11 10:3,11,18
35:16 43:23
**plus** 27:10 45:4
**point** 10:16 33:22
34:13 36:12 62:7

| | | | |
|---|---|---|---|
| **policies** 21:20 | **proceeding** 2:5 6:4 | 13:10 15:18 20:20 | 26:23 31:6 34:5,6 |
| **poolios** 36:15 | 7:5 62:20 64:4 | 29:7 35:20 37:10 | 34:7,9,13,13,14 |
| **poor** 43:6 | **proceedings** 63:3 | 38:21 47:4,11 | 35:2,3 36:6,18,19 |
| **port** 52:24 | 63:4,5,8 64:5 | 51:11 61:5,9 | 41:21 57:15 59:19 |
| **position** 44:6 | **produced** 7:5 | **questions** 10:7 | 60:10 62:5 |
| 58:20,23 59:2,5 | 37:24 38:2 | 11:12,16 14:15 | **receive** 46:14 48:6 |
| 60:19 61:11 | **production** 35:16 | 16:13 21:8 52:2 | **received** 46:15 |
| **possible** 24:12 | 37:23 38:4 | 58:25 | **recognize** 29:20 |
| 55:15 | **project** 5:17,21 | **quickly** 9:9 | **recollection** 27:8 |
| **precise** 19:9 | 19:11,19 23:5,13 | **quote** 15:2 | **record** 6:4,7 7:2 |
| **predominantly** | 23:14,15,23 24:7 | **r** | 7:15 8:8 38:15 |
| 36:13 | 27:11 28:16 30:11 | | 44:16 52:12 56:7 |
| **prepare** 12:16 | 30:12 33:25 34:5 | **r** 3:1 4:1 5:13 8:17 | 57:6,17 62:12,17 |
| **prepared** 64:3 | 36:25 39:17,21 | 65:3,3 | 63:9 64:5 |
| **presence** 6:25 | 40:10,20 41:9,23 | **rabinowitz** 3:21 | **recorded** 7:9 63:6 |
| **present** 4:2 38:18 | 57:18,20 | 7:19 | **recording** 60:6 |
| 39:15 | **projects** 27:12 | **raise** 7:24 | 63:8 64:3 |
| **presented** 46:22 | 30:10 41:19,23 | **ramon** 1:10 3:6 | **records** 8:12 25:22 |
| **preservation** 1:18 | 42:5 | 6:13 55:20 | 25:23 26:2,6,11,14 |
| 1:20 3:18,19 5:8 | **prompt** 57:9 | **randglaw.net** 3:24 | 45:10 |
| 6:17,18 15:12,14 | **proof** 21:18,19 | **rare** 18:11 | **redacted** 57:17 |
| 15:17,22 16:12 | **proper** 38:9 | **rates** 29:5 | 61:4,6 |
| 52:24 53:14 65:1 | **provide** 18:18 | **raul** 1:11 3:7 6:13 | **reduced** 63:6 |
| 66:1 | 26:15 30:23 37:3 | **razo** 1:5 3:3 6:10 | **refer** 16:15 |
| **pretty** 17:11 45:5 | 42:5,6,15 51:12,15 | **read** 38:24 55:2 | **referring** 56:25 |
| 46:10 | **provided** 25:7 | 66:5 | **reflecting** 5:18 |
| **previous** 15:18 | 27:12,15 38:10 | **reading** 55:3,14 | **regard** 22:8 |
| 17:9 18:12 56:20 | 45:9 46:9 | **realize** 10:17 | **regards** 41:19 |
| **previously** 26:21 | **provider** 18:17 | **really** 14:15 16:18 | **register** 5:7 53:2 |
| 37:9 43:24 | 27:4 | 16:24 17:10 21:12 | 53:11,13 |
| **prior** 63:4 | **providing** 37:20 | 23:21 25:13 26:11 | **regular** 40:9,11,12 |
| **probably** 11:25 | 42:20 58:4 | 42:12 46:3,3 | **reimbursed** 46:25 |
| 12:4 13:13 59:20 | **public** 2:7 6:23 | 51:11,17 58:14 | **related** 63:10 64:7 |
| 62:9 | 63:18 66:19 | **reason** 11:7 13:23 | **relation** 16:2 |
| **problem** 40:4,5,8 | **punch** 60:5 | 13:24 27:10 28:21 | **relative** 63:12 64:9 |
| 48:21 49:2,6,8,10 | **put** 14:15 38:7 | 31:15 42:12 46:7 | **relevant** 28:17 |
| 49:10,11 | 48:13 52:14 | 48:5,18 65:6,9,12 | **remember** 10:8 |
| **problems** 42:7 | **q** | 65:15,18,21 | 11:24 24:21 25:14 |
| **procedural** 7:7 | **qualified** 63:7 | **recall** 12:9 13:4,5 | 25:15 31:6 33:22 |
| **proceed** 8:23 | **question** 9:21 10:2 | 13:6,11,17,18 | 34:16 37:14 39:18 |
| | 10:4,11,13,15 11:3 | 14:13 20:13 21:11 | 39:20 43:4 45:24 |
| | | 21:13 25:9 26:19 | |

55:16 56:2,4,21
57:4 60:2
**remote**  2:5
**remotely**  6:24
7:14 9:10
**repeated**  38:24
**rephrase**  10:3
22:25 26:12 37:6
**reported**  2:7
**reporter**  6:2 7:22
8:7,11,20,22 9:22
10:14 57:12 62:16
**reporting**  57:13
59:18
**represent**  7:18
**reputation**  31:11
**request**  44:23
**required**  26:9
66:13
**residential**  34:19
**respective**  17:17
**response**  17:4
38:23 41:25 50:6
58:21
**responsibilities**
43:3
**responsibility**
58:4
**responsible**  17:2
23:7 29:2 32:16
32:22 33:3
**return**  47:23
**returned**  45:20
47:24,24
**revenue**  29:23
**review**  10:20
12:17,18 23:18
**reviewed**  38:8
**revise**  62:6
**revised**  62:8

**right**  7:24 9:17,22
13:4,17 14:20
33:25 34:7,12,16
52:5,8,11,15,22
54:7 58:23 62:16
**rodriguez**  1:8,14
3:5,9 6:12,15
55:11,17
**rolando**  1:5 3:3
6:10
**role**  12:6 17:13
19:14 40:23 41:2
**rosales**  1:10 3:6
6:13 55:20
**roselle**  8:16 22:4
32:15
**rosen**  3:20,21 7:19
7:19,20 8:14,19
12:21,23 13:8
14:6 16:7 17:5
18:7 19:7 20:5,18
20:25 22:10,19
30:4,6,24 32:10,19
33:9,17 34:10,25
35:17 36:7 37:25
38:12,13,20,24
39:4,11 47:7,10
51:9 52:10 54:11
59:25
**rules**  7:8
**run**  42:7
**rundown**  29:24
**running**  41:9

**s**

**s**  3:1 4:1 5:5,13,13
8:10,10,10,10,17
65:3
**safety**  6:23
**sal**  18:16 25:14,17
25:19 29:8 31:8
41:13,15 44:13,23

**sal's**  28:19
**salary**  32:24
**salvador**  1:6 3:4
6:11
**sanchez**  1:7 3:4
6:11
**saturday**  48:22,25
49:16,25 50:4,11
**saturdays**  49:15
**save**  16:16 57:11
57:12
**saved**  31:19
**saw**  25:7 44:19
48:14
**saying**  22:5 26:7
44:15
**says**  52:22,23,25
54:7 55:12 59:13
**scaffolding**  50:17
**screen**  52:15 53:5
54:11,12,23
**scroll**  53:4,25
55:19
**se**  52:21
**searching**  31:20
**second**  9:20 59:21
**secretary**  22:22
**secured**  57:25
58:7
**see**  16:14 45:8
48:12,12 52:16,17
53:5 54:6,9,18,22
55:9,10,19 56:15
57:23 59:14 61:19
**seeing**  60:25
**seek**  60:12
**seen**  25:6 29:16
**segundo**  1:11,12
3:7,8 6:14,14
56:12 61:19

**self**  30:2
**send**  27:25 28:4
**sending**  37:13
**sense**  31:3 49:15
**separate**  33:3
**sergio**  1:23 6:20
24:18,23,25 25:10
39:14,15,21 40:9
41:13
**sergio's**  41:16
**serves**  12:5
**services**  34:2,22
35:25 36:3
**set**  44:7
**settled**  45:4
**seven**  19:3 57:24
**share**  52:14
**shenay**  2:7 6:3
63:2,17
**show**  28:10 37:19
48:16,25 49:8
**showed**  49:5 55:25
**showing**  54:17
55:24
**shows**  53:17,19,23
54:2 58:14
**sierra**  1:7,9,10 3:5
3:6,6 6:11,13,13
53:6 54:22,25
55:10,17
**sign**  60:7
**signature**  63:16
64:13
**significant**  25:14
**siguencia**  1:13 3:8
6:15
**similar**  21:15,18
**similarly**  1:15
3:10 6:16
**sir**  9:18

site 34:2,23 35:6
sites 18:11 37:11
sitting 41:4
situated 1:15 3:10
  6:16
six 27:11 42:4
  57:24
skills 63:9 64:6
sleep 49:17
smith 64:2,14
smoothly 52:16
solution 19:24
  26:2,25 27:4,22
solutions 5:19
  18:16 24:22 25:18
  27:5,7,20,23 28:20
  29:2 30:14,18,23
  31:9 37:3,7 38:18
  41:13 42:6 43:25
  45:25 46:24 58:3
  58:8 62:9
somebody 27:24
  31:23 57:20 60:21
  60:22
sorry 13:10,15
  16:5,8,21 18:20
  19:21,22 25:2,9
  26:20 28:23,24
  30:5 34:21 38:20
  40:2,25 51:14
  54:15,19 55:5,6,15
  55:18,24 56:13
  61:14
sort 9:8 20:16
  44:21
southern 1:2
spanish 31:23
speak 31:22,23
speaking 22:17
specific 20:22 28:4
  30:10 33:24 61:18

specifically 50:16
specificity 50:18
specifics 42:13
specs 23:18
speculate 10:7
spell 8:7
spoke 42:10
spring 60:16
st 1:19
staff 18:17 25:24
  26:22
staffing 18:17
  19:24 26:2,22,25
  27:4,7,21,23
standard 51:21
  52:4
standards 51:25
star 1:20,21 5:19
  6:18,19 18:16
  24:21 25:18 26:24
  27:5,7,19 28:3,12
  28:12,20,25 30:13
  30:18,22 31:9
  33:4 37:3,7,12
  38:18 41:13 42:5
  43:25 44:4,5,9,11
  44:24 45:25 46:24
  47:15 49:9 50:12
  56:18,21 58:3,8
  60:13 62:9
star's 31:13 39:9
  48:11
start 13:23
started 18:15
  37:20 56:18,22
  62:9
state 8:7,11 32:17
  63:19
stated 14:22 20:7
  23:3 37:9 43:24
  47:13 62:11

states 1:1
stating 44:16 59:4
status 16:25
stenographic 7:10
stipulation 7:11
stop 58:11
stopped 55:8
stories 51:4
strategy 1:20,21
  6:18,19
street 3:13 8:17,17
  22:4,22 32:15
  34:3,4,7
structural 1:18,19
  3:17,18 5:8 6:17
  6:18 15:11,13,17
  15:22 16:11 52:23
  53:14 65:1 66:1
subcontract 18:6
subcontractor
  21:16 57:15 58:2
  58:6 60:12
subcontractors
  18:2,4,13 19:24
  26:2 27:3 30:14
  60:15
subject 18:11
submitted 21:21
  37:18
subscribed 66:14
subsequent 47:18
successful 30:11
suggested 49:13
  49:14
suit 13:7,12
suite 3:13,22
sum 47:4
summer 27:14
sunday 49:17
super 58:10 59:18
  59:22,22

supervisals 19:10
supervise 17:14
  22:9 24:4,4
supervising 23:7
  23:11,12
supervision 23:9
  23:16 24:2
supervisionary
  24:5
supervisor 23:10
  23:13 24:6,8
  36:10
supervisors 19:11
  19:13,14,15,23,23
  24:12 36:11
supervisory 23:5
  23:20,21 39:9
supervy 23:25,25
supplied 60:4
suppliers 14:10
  30:17
supply 37:7 51:19
supplying 5:20
sure 9:18 16:24
  21:10 28:11,13
  33:16,21 34:6
  37:17 44:14 52:10
swear 6:24 7:23
sworn 7:3 8:4 9:9
  63:5 66:14
system 49:20

**t**

t 5:5,13,13 65:3,3
take 6:4,5 10:25
  11:3,14,15 19:13
  35:17 38:13 40:23
  52:6 57:20
taken 6:9 63:3,11
  64:8
talk 52:7 57:5

**talking** 22:12
  39:14 61:5
**tall** 50:22
**tangent** 28:24
**tell** 8:5 9:9 15:24
  20:12 26:17 27:24
  34:14 47:20 50:10
  50:11 57:10,11
  58:9
**temporary** 27:23
**ten** 21:12 28:3,4
  57:24 58:18
**tens** 60:21
**terms** 44:7
**testified** 8:6
**testify** 11:8
**testifying** 9:12
  63:5
**testimony** 12:13
  61:23 62:6 66:8
**thank** 7:22 8:11,22
  16:6 25:21 52:11
  62:2,13
**thanks** 16:9
**thing** 23:12 27:3
  31:19 60:13 62:8
**things** 22:21 32:11
**think** 14:3,14 19:2
  37:16 39:13 46:16
  51:5 56:5 62:4
**thirty** 11:23
**thought** 14:15
**thousand** 45:6
  56:23
**three** 24:14 28:5
  32:14 51:2 57:24
**thursday** 2:3
**time** 2:4 7:13 9:6
  12:3 13:6,11
  16:16 20:4 21:11
  27:12 28:17 33:11

33:12,14 36:21
  39:18 41:23 45:3
  49:8 53:16,22
  56:18,25 58:7,16
  59:21 60:20 62:8
  62:16
**timeclocks** 60:5
**timeline** 61:11
**times** 11:22 13:3
  14:4 18:10 27:14
  32:14 43:5
**timing** 18:25
**title** 41:16
**today** 9:6 10:3,5
  10:24 11:8 12:16
**today's** 10:20
  12:12
**told** 13:19 36:6,24
  46:10 58:10,10
  60:18 61:17
**tools** 51:6,12,16,16
  51:19,22,23
**top** 13:4 26:19
  52:23,25 54:7
**total** 29:4 47:4
  57:25
**trail** 59:12
**transcribe** 10:14
**transcriber** 64:1
**transcript** 7:5
  10:20,22,22 64:3,4
  66:5,8
**transcriptionist**
  63:7
**trial** 10:23
**trimester** 54:16,17
**trouble** 27:17
**true** 46:3 59:7
  63:8 64:4 66:8
**truth** 8:5,5,6 9:10
  57:9,10

**truthful** 21:22
**truthfully** 11:8
**trying** 61:10
**tubon** 1:9 3:5 6:12
**turn** 33:24
**twenty** 20:13
**twice** 40:12 42:9
**two** 14:10 18:23
  36:19 49:5 51:4
  56:23,24 57:12,24
**type** 19:9 50:16
  51:8,16 53:8 60:6
**types** 50:18
**typewriting** 63:6

**u**

**u** 5:13,13
**u.s.a.** 15:7
**uh** 9:23,23
**ultimately** 46:20
  46:21
**unacceptable**
  43:16
**understand** 7:4
  9:14,24 10:2 11:4
  20:2,14 21:25
  22:24 42:17 47:3
  47:8 50:2 51:11
  51:24 53:18 56:3
  56:7 58:20,25
  59:11 60:24 61:9
**understanding**
  24:20 29:14 53:12
  56:17
**understood** 10:5
  12:19 13:22 15:3
  16:21 29:22 37:2
  41:12
**unintelligible** 17:4
  38:22 41:25 50:6
  58:21

**united** 1:1
**unquote** 15:2
**use** 27:3,4,10 31:3
  37:6,10 51:7
**uses** 7:6
**usually** 11:15
  14:10 23:17,17
  29:10 60:14

**v**

**v** 1:17 8:10 65:1
  66:1
**vassilios** 1:22 3:19
  6:20 8:9 14:23,25
  15:4
**vector** 1:18,19
  3:17,18 5:8,16,18
  6:16,18 7:21
  15:11,13,16,21
  16:11,16,17,23
  17:3,13,15,16,18
  17:20 18:5,9 19:5
  19:12,16 20:2,7
  21:18 22:2,9,16,18
  22:21,23 23:4
  24:9,18,19,20
  25:6,21,24 26:13
  26:16 27:8 29:22
  29:24 30:19 32:16
  33:18,20,25 35:22
  35:25 36:4,9 37:2
  37:6 39:23 41:22
  44:7,23 49:11
  52:23 53:14 58:14
  58:15 59:23 60:14
  65:1 66:1
**vector's** 58:16
**vendor** 31:4,5
**vendors** 30:17
**verbal** 9:22
**verified** 37:17

**veritext** 6:4
**vested** 28:11
**videoconference**
 2:1 3:11,20 4:4
**visited** 40:14
**vs** 6:16

**w**

**wage** 32:17
**wait** 10:11,12
**waiting** 29:7
**want** 10:6 24:15
 27:16,17 33:24
 40:7 42:25,25
 43:2,2 44:13 49:7
 49:21 50:14 62:15
**wanted** 26:5 43:15
 57:22 61:22
**washington** 52:25
**way** 10:14 24:11
 24:12 26:10 29:17
 29:18 31:8 38:9
 45:10 55:3,16
**we've** 21:19 37:24
 38:10
**week** 28:9,13,14
 28:15 32:4 40:11
 40:12,13,14,15
 42:20 45:3,4,9
**weekly** 32:24
 37:19 40:20 48:6
**weeks** 42:17,19
 57:23,25 58:18
 60:16,21
**weight** 9:11
**weird** 34:7
**welcome** 62:3
**went** 47:15 50:23
**whatever's** 30:18
**whoever's** 23:11
**wilder** 1:13 3:8
 6:15

**willfully** 9:14
**willis** 3:22
**wire** 45:4,6
**wiring** 45:2
**witness** 6:24 7:3,4
 7:23 8:4,9,13,16
 8:21 12:7,24 14:7
 16:9 20:19 30:5,9
 33:21 35:19 37:24
 38:6,22 47:9 52:9
 54:12,14,16 63:4
**witnessed** 31:21
**women** 27:15,16
**words** 43:20 59:12
**work** 16:11 17:12
 17:12,16,19,25
 18:4,4,5,19 21:18
 22:8,21,23 23:4,8
 23:14 24:15,19
 25:5 26:6 28:10
 28:20 30:15,16
 31:13,15 36:5,10
 37:3 43:14 47:23
 48:7,16,22,25
 49:18 50:10,15,16
 50:18,20 51:8,13
 57:22 58:9,12
**worked** 15:11
 17:15 19:15,23
 20:7 21:16 22:16
 22:18 24:18,21
 25:23 28:2 29:21
 41:18 45:14 58:5
 58:6
**worker** 51:7
**workers** 5:20
 21:15 33:7 36:4
 37:7,13 42:8
 43:24 45:12 47:13
 60:11,15 61:18,18

**working** 23:11
 24:9 27:12 28:14
 29:6 42:19 44:4,9
 44:10,11,20 56:16
 57:22
**works** 14:12
**writing** 27:20
 35:13
**written** 7:11
**wrong** 29:3

**x**

**x** 5:1,5

**y**

**yeah** 14:7 19:8
 22:19 25:5 30:9
 32:10 41:8 53:21
 53:24 59:5 61:3
**year** 45:15
**years** 13:13 16:14
 18:12,13,13,21,22
 18:24 20:8,13
 21:12 26:20
**yonkers** 5:17,21
 34:3,4 38:19
 39:10,16,24 40:10
 41:20,24 45:13
 50:19,25 51:3
 56:22
**york** 1:2 2:6 3:14
 6:6 8:17 15:7 22:4
 34:3 63:19

**z**

**zapata** 1:4 3:2 6:9
 65:1 66:1
**zoom** 6:4,21 9:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.