# EXHIBIT B

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
ALEJANDRO MANUEL ZAPATA OSORIO, ARTURO DEL
RAZO, BRAULIO ROLANDO CASHABAMBA SHANGO,
BYRON SALVADOR BARRERA SANCHEZ, CARLOS E.
SIERRA RODRIGUEZ, EDWIN FABRICIO CASHABAMBA
TUBON, JESUS SIERRA, JUAN SIERRA, RAMON
ROSALES GALVES, RAUL CHAVEZ DIAZ, SEGUNDO
LEANDRO ALULEMA GUANO, SEGUNDO NICOLAS
SIGUENCIA ENCALADA, AND WILDER RODRIGUEZ
INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED,
         Plaintiffs,
    -against-      Case No.
             19-cv-04896-LDH-ST

VECTOR STRUCTURAL PRESERVATION CORP. (D/B/A
VECTOR STRUCTURAL PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR STRATEGY,
INC.) BILL HANDAKAS, BILL HANDAKAS, VASSILIOS
HANDAKAS, AND SERGIO DOE,

         Defendants.
-------------------------------------x
         ZOOM VIDEOCONFERENCE

         February 11, 2022
         11:00 A.M.
    EXAMINATION BEFORE TRIAL of the
Plaintiff, WILDER RODRIGUEZ, taken by the
Defendant in the above-entitled action,
held at the above-stated time and place,
pursuant to Court Order, taken before
Karen Blake, a shorthand reporter and
Notary Public within and for the State of
New York.

## Page 2

APPEARANCES:
CSM LEGAL, P.C.
    Attorneys for Plaintiffs
    60 East 42nd Street, Suite 4510
    New York, New York 10165
BY:  CLELA ERRINGTON, ESQ.


RABINOWITZ GALINA & ROSEN
    Attorneys for Defendants
    94 Willis Avenue, Suite 2
    Mineola, New York 11501
BY:  GAYLE ROSEN, ESQ.


ALSO PRESENT:
ELI NISENOLZ - SPANISH INTERPRETER
EIBER TRANSLATIONS

BILL HANDAKAS




         --o0o0o--

## Page 3

                STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED,
by and among counsel for the respective
parties hereto, that the filing, sealing
and certification of the within deposition
shall be and the same are hereby waived;
    IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to form of
the question, shall be reserved to the
time of the trial;
    IT IS FURTHER STIPULATED AND AGREED
that within the deposition may be signed
before and Notary Public with the same
force and effect as if signed and sworn to
before the Court.

            *   *   *

## Page 4

                PROCEEDINGS

    THE REPORTER: The attorneys
participating in this deposition acknowledge
that I am not physically present in the
deposition room and that I will be reporting
this deposition remotely.
    They further acknowledge that, in lieu
of an oath administered in person, I will
administer the oath remotely.
    The parties and their counsel consent
to this arrangement and waive any objections to
this manner of reporting.

    MS. ROSEN: So agreed.
    MS. ERRINGTON: Agreed.

**Page 5**

1
2  ELI NISENOLZ, the interpreter, having first been
3  duly sworn by the Notary Public, interpreted
4  from English to Spanish and from Spanish to
5  English to the best of his ability, as follows:
6  WILDER RODRIGUEZ, the Plaintiff, having first
7  been duly sworn by the Notary Public, was
8  examined and testified (through the interpreter)
9  as follows:
10 BY THE COURT REPORTER:
11     Q    Please state your full name for the
12 record.
13     A    Wilder Rodriguez.
14     Q    Please state your current address
15 for the record.
16     A    247 Cumberland Street, Brooklyn,
17 New York 12205.
18 EXAMINATION BY:
19 MS. ROSEN:
20     Q    Good morning, Mr. Rodriguez.
21     A    Good morning.
22     Q    Mr. Rodriguez, normally before
23 COVID we would all be in the same room together,
24 and I would be able to see whether you were
25 looking at any papers or a computer or a cell

**Page 6**

1              WILDER RODRIGUEZ
2  phone. I can't do that when we are on zoom like
3  this, but, I'll ask you not to refer to anything
4  unless you let me know you're doing so.
5      A    Okay.
6      Q    That reminds me that I should
7  instruct you that all of your responses need to
8  verbal, yes, no or I don't know or something
9  else. The court reporter can't take down shakes
10 of the head or nods of the head or hand
11 gestures. Do you understand?
12     A    Yes.
13     Q    I'm going to ask since we have the
14 interpreter, even if you understand some English
15 and understand my question that you wait for the
16 interpreter to interpret it into Spanish and I
17 will try to do the same and wait for him to
18 interpret your Spanish response back into
19 English.
20     A    Okay.
21     Q    This is a deposition, have you ever
22 been deposed before today?
23     A    No.
24     Q    Are you under the influence of any
25 alcohol or medication that would affect your

**Page 7**

1              WILDER RODRIGUEZ
2  ability to understand my questions?
3      A    No.
4      Q    Have you failed to take any
5  medicine that you normally take which would
6  affect your ability to understand or answer
7  questions.
8      A    No.
9      Q    Where were you born?
10     A    In Guatemala.
11     Q    How long have you been in the
12 United States?
13     A    Twenty years.
14         (The requested portion of the
15     record was read.)
16 CONTINUED EXAMINATION BY:
17 MS. ROSEN:
18     Q    Are you a citizen of the United
19 States?
20     A    No.
21     Q    I'm going to ask you for your birth
22 date, but for security and privacy reasons, I'll
23 ask the reporter to only put the year down.
24     A    '98. I'm sorry, '78.
25     Q    XX/XX/1978 just to confirm?

**Page 8**

1              WILDER RODRIGUEZ
2      A    Yes.
3      Q    Do you have a Social Security
4  number?
5      A    Yes.
6      Q    Again, for security and privacy
7  purposes I'll ask the court reporter to indicate
8  that the witness has answered, but not to put
9  the actual number in the transcript.
10         What is that number?
11     A    XXX-XX-XXXX.
12     Q    Are you currently employed?
13     A    No.
14     Q    When was the last time you were
15 employed?
16     A    A year ago. One year ago.
17     Q    Who was your last employer?
18     A    Valley.
19     Q    What was Valley?
20     A    My boss.
21     Q    That's someone's name?
22     A    Yes, the owner. The owner of the
23 company.
24     Q    What company did he own that you
25 worked for?

```
                                  9
 1            WILDER RODRIGUEZ
 2      A    Box and Bricks. Well, the actual
 3   name of the company I don't remember. I have
 4   the name in those pay stubs, those checks that I
 5   got from them.
 6      Q    What type of work did you do?
 7      A    I work with bricks.
 8      Q    How long did you work for them?
 9      A    Six months.
10      Q    I'm going to ask the court reporter
11   to leave a space in the transcript and your
12   attorney will explain to you how to provide me
13   with the exact name of that company.
14   (Insert) _____
15   CONTINUED EXAMINATION BY:
16   MS. ROSEN:
17      A    Okay. Yes.
18      Q    Who was your employer before
19   Valley, the brick company?
20      A    I don't remember.
21      Q    Were you employed in 2018?
22      A    Yes, but I don't remember the name
23   of that particular company.
24      Q    Do you understand why you're here
25   today?
```

```
                                 10
 1            WILDER RODRIGUEZ
 2      A    Yes.
 3      Q    What is your understanding of why
 4   you're here today?
 5      A    Because I work for a company in
 6   Yonkers and they didn't pay me.
 7      Q    What company was that, that you
 8   worked for in Yonkers that didn't pay you?
 9      A    There's a certain individual by the
10   name of Sergio, the company, he always used to
11   tell us they're going to pay you, they're going
12   to pay you. You're going to get paid, you're
13   going to get paid, but they never did.
14      Q    Just to clarify, you don't know the
15   name of the company that you worked for in
16   Yonkers, is that correct?
17      A    There is a check and that check is
18   in the possession of my counsel, and that check
19   states the name of the company and the address.
20      Q    Does your attorney have one check
21   or more than one check from this company?
22           MS. ERRINGTON: Objection to that.
23      He has no way of knowing that.
24           MS. ROSEN: He has no way of
25      knowing what he gave you?
```

```
                                 11
 1            WILDER RODRIGUEZ
 2           MS. ERRINGTON: He has no way of
 3      knowing what I have. You didn't ask what
 4      he gave me, you asked what I had.
 5   CONTINUED EXAMINATION BY:
 6   MS. ROSEN:
 7      Q    Mr. Rodriguez, did you give your
 8   attorney copies of checks, a check or checks
 9   that you received from this company?
10      A    Yes.
11      Q    Do you remember how many check or
12   checks you gave to your attorney?
13      A    Just one, but in any case she has
14   all the information.
15      Q    Did you only receive one check or
16   did you only give your attorney one check?
17      A    Well, they used to pay us by cash
18   and when they ran out of cash they gave us that
19   check, but that check bounced, it has no funds.
20   But in any case, they owed much more than that
21   amount that we were given.
22      Q    Is the one check that you gave your
23   attorney the only check you ever received while
24   working for this company with Sergio?
25      A    That was the only, only one check
```

```
                                 12
 1            WILDER RODRIGUEZ
 2   we got from them. And again, we were supposed
 3   to get more money, more cash on the account of
 4   our job.
 5      Q    Was the Yonkers' job the only job
 6   you worked at for this company?
 7      A    Yes.
 8      Q    How long did you work at this
 9   Yonkers project for?
10      A    Two months.
11      Q    How many days a week did you go to
12   this project over two months?
13      A    We had the normal schedule from 7
14   to 3:30. Because there was some raining days in
15   between, we didn't work on rainy days. I'm not
16   able to establish how many days a week.
17      Q    Unless it rained did you work
18   Mondays.
19      A    Yes.
20      Q    Unless it rained did you work
21   Tuesdays?
22      A    If it was rain we didn't work.
23      Q    I understand.
24           If it didn't rain, did you work on
25   Monday, Tuesday, Wednesday, Thursday, Friday?
```

```
                                                    13
 1              WILDER RODRIGUEZ
 2      A    Yes.
 3      Q    Did you ever work on a Saturday or
 4   a Sunday?
 5      A    No.
 6      Q    Did you ever start before 7 a.m.?
 7      A    No, we got there at 7 a.m..
 8      Q    Did you ever stay later than
 9   3:30p.m.
10      A    No.
11      Q    What months and year was this?
12      A    I don't remember, but, my Counsel
13   has all that information in her records.
14      Q    I don't want you to tell me
15   anything you told your attorney, but, did you
16   provide any information that said what months
17   you worked?
18           MS. ROSEN: Mr. Interpreter, what
19      was that.
20      A    It was in the year.
21           THE INTERPRETER: I didn't finish
22      his answer.
23   CONTINUED EXAMINATION BY:
24   MS. ROSEN:
25      Q    What year was it?
```

```
                                                    14
 1              WILDER RODRIGUEZ
 2      A    It's been since then approximately
 3   four years, but I can't remember the precise
 4   date.
 5      Q    Do you remember the months?
 6      A    No.
 7      Q    Do you remember whether it was cold
 8   or hot?
 9      A    Cold.
10      Q    How did you get this job?
11      A    Well, it was Sergio who told us it
12   was a lot of jobs available and they needed
13   brick installers.
14      Q    How did you know Sergio?
15      A    Well, he's a Spanish guy, of
16   Spanish decent and he has a lot of friends.
17      Q    How do you know Sergio? With all
18   due respect, you don't know every Spanish person
19   in Brooklyn or Queens and New York City.
20           I'm Jewish and I'm assuming the
21   interpreter is Jewish from looking behind him,
22   and we didn't know each other before today.
23           How did you know him?
24           Telling me you're both Spanish
25   doesn't answer that question.
```

```
                                                    15
 1              WILDER RODRIGUEZ
 2      A    He was a person in charge at that
 3   Yonkers job site and I was just passing by and I
 4   asked him, do you have any available jobs? And
 5   he said, yes, I do. There's a lot of work to do
 6   in this building and we need brick installers.
 7   So I said, well, I'm available. So I said,
 8   okay, and I started to work.
 9      Q    Where did you live at the time you
10   were working at this job?
11      A    247 Cumberland Street, Brooklyn,
12   New York 11205.
13      Q    How long have you been at that
14   address?
15      A    Twenty years.
16      Q    What were you doing in Yonkers when
17   you passed by this job site?
18           What brought you to Yonkers when
19   you passed by the job site and asked Sergio for
20   a job?
21      A    All I did was go to visit a
22   relative of mine, that's all.
23      Q    Who is the relative that you
24   visited?
25      A    Well, I had a lot of friends, Jesus
```

```
                                                    16
 1              WILDER RODRIGUEZ
 2   and his sons were there and I do have the year
 3   or the date of that time that I worked there,
 4   06/26/2019. Jesus De La Sierra, Juan De La
 5   Sierra and Ramon Jose Morales.
 6           [The requested portion of the
 7      record was read back.]
 8   CONTINUED EXAMINATION BY:
 9   MS. ROSEN:
10      Q    You went to visit these gentlemen
11   at the project or at their home or somewhere
12   else?
13      A    It was a family visit.
14      Q    You're related to these four
15   gentlemen?
16      A    No, just friends. Co-workers. We
17   worked at the same building.
18      Q    The Yonkers building?
19      A    Yes.
20      Q    Did you know them before you worked
21   at the Yonkers building?
22      A    No, no. That's where we met in
23   Yonkers.
24      Q    My original question was, what were
25   you doing in Yonkers and you told me you went to
```

17

WILDER RODRIGUEZ
visit friends and family and gave me these four names.
    Q   Who were you visiting in Yonkers?
    A   Well, I went to visit a family member, a relative, but the names I gave you are of those of co-workers that I worked with in Yonkers.
    Q   Who was the family members that you went to visit?
    A   It was an uncle of mine.
    Q   What was your uncle's name?
    A   Pedro.
    Q   What is Pedro's last name?
    A   Rodriguez.
    Q   How far away from the Yonkers project did Uncle Pedro live?
    A   Close. Very close. I have no idea, but we were just passing by.
    Q   Were you passing by walking or driving or something else?
    A   Walking.
    Q   And you were walking with your uncle or someone else?
    A   No, just by myself.

18

WILDER RODRIGUEZ
    Q   So you went to visit your uncle, you're walking by the job site and you stopped and asked Sergio if they need anymore help, correct?
    A   Yes.
    Q   He tells you yes and you start right then or you come back another day or something else?
    A   Yes.
    Q   That wasn't a yes or no question.
    Did you start the same day that you met Sergio?
    A   No, on a different day.
    Q   Did you talk to Sergio about what your pay was going to be?
    A   Yes.
    Q   What was the pay?
    A   He told me that they were going to pay $35 per hour in cash.
    Q   How long after that day did the start?
    A   The following day.
    Q   How did you get from your home in Brooklyn to the project in Yonkers?

19

WILDER RODRIGUEZ
    Do you have a car or did you take the subway or something else?
    A   By car.
    Q   Did you travel with anyone?
    A   No, just me.
    Q   A few minutes ago when you were giving me the names of some of your co-workers you mentioned a date, June 26, 2019.
    What is that date?
    A   That was the year when I worked for that company in Yonkers.
    Q   Did you look at something, paperwork or your phone or anything else that helped you remember June 26, 2019?
    A   Yes, I do have pictures when we used to sign.
    Q   And you were looking at those pictures that helped you remember the date?
    A   Yes, there in my phone.
    Q   I'm going to call for the production of those photos that you were looking at and again, I'm going to remind you if during the course of this deposition you look at anything, you need to tell me that you looked at

20

WILDER RODRIGUEZ
something and that's what's refreshing your recollection.
    MS. ERRINGTON: I believe those photos were actually already produced, you should have those.
    MS. ROSEN: Okay. To the extent they weren't.
    MS. ERRINGTON: I will look again obviously. I believe you already have them.
    MS. ROSEN: Okay.
CONTINUED EXAMINATION BY:
MS. ROSEN:
    Q   Do you recall how many weeks you worked at the project?
    A   I don't remember that well enough, but I did work for them.
    Q   Were you ever paid at all?
    A   Well, yes, they paid a little amount. A small amount. They always paid a small amount, but that's the way they paid us.
    Q   What is a small amount?
    What would you receive?
    A   I don't remember the amount. But,

**Page 21**

WILDER RODRIGUEZ

they used to pay us for a certain time and then they ran out of cash, and they kept on promising we will pay you, the whole amount we owe you, we will pay you.

Q That raises a lot of questions. How much did you expect to get paid per week?

A I don't remember.

Q So you don't remember how much you were expecting to get paid and you don't remember how much you actually got paid, is that correct?

A We were supposed to get $35 per week and we just got half of that. $35 per hour and we just got half of that amount and they kept on telling us, you'll get the rest, the remaining next week. And we agreed to stop working because we didn't have the means to pay for the transportation to the job site.

Q Now you're saying you got half every week, is that correct?

A Not half. They gave us something.

Q Who would you give you this money.

A Sergio.

**Page 22**

WILDER RODRIGUEZ

Q It was on Fridays?

A It was no specific day for that payment. On occasions it was on Friday, it could be on a Tuesday or even on a Wednesday as well.

Q Are there any weeks that you're claiming you didn't get paid anything?

A Yes.

Q How many?

A Two to three. I don't remember that very well.

Q Who did you consider your boss at the project? Who told you what to do and where to go within the building or the site?

A The person in charge was Sergio.

Q Did you ever meet anyone else that you would call in charge other than Sergio?

A No. Sergio used to make the call to the boss, to the owner and he was told where we had to go.

Q How do you know Sergio would make calls to the boss?

A He used to make phone calls. He

**Page 23**

WILDER RODRIGUEZ

even made those calls in relation to our need of getting paid.

Q How do you know this? Did you hear the phone calls?

A He used to call. Well, on occasions that big boss used come to the job site with the money and the envelopes and used to hand them out to Sergio and Sergio paid us, but again, it was not a full payment.

Q Who was the big boss?

A Supposedly he was the owner of the company.

Q Do you know his name?

A No. I just know that Sergio was the person in charge.

Q Can you describe what the big boss looked like?

A I don't remember. I didn't see him. He didn't get to the job site.

Q How many men worked for Sergio at this project?

A Twenty. Around twenty individuals.

Q Did you ever have to sign-in to the project like a log or a record book that you

**Page 24**

WILDER RODRIGUEZ

were there for the day?

A Yes.

Q Where was that book or paper located?

A At the shanty.

Q Would you report to the shanty everyday before starting work?

A Yes, and that's where we signed the paper.

Q Did you sign out as well? Did you sign when you were leaving the project?

A No.

Q Was there anyone in the shanty when you went to sign in?

A Yes, Sergio?

Q So he would be there when everyone would sign-in and everyone would go to the site to start work?

A Yes.

Q Did you ever see Sergio get the money that he paid the twenty or so workers with?

A Well, yes. We used to get the

```
                                              25
 1            WILDER RODRIGUEZ
 2   envelopes and we used to check inside the
 3   envelope and the money that we was supposed to
 4   get was not there.
 5         THE INTERPRETER: He didn't get the
 6      question, counsel.
 7   CONTINUED EXAMINATION BY:
 8   MS. ROSEN:
 9      Q    Did you ever see where Sergio got
10   to envelopes from?
11      A    Well, supposedly it was the owner
12   of the company who was the one who was supposed
13   to bring those envelopes, but he never got to
14   the job site. It was Sergio that went somewhere
15   to pick them up.
16      Q    Did you ever go to an office of the
17   company other than the shanty or the job site
18   itself?
19      A    Yes. There was an office right
20   there next to the shanty, and we went to the
21   office once and we told them we wouldn't work
22   anymore, and they knew the owner of the company.
23      Q    Who was in this office?
24      A    Supposedly it was the inspectors,
25   the persons that were in charge of the building
```

```
                                              26
 1            WILDER RODRIGUEZ
 2   who used to inspect and look at what was doing
 3   in the building.
 4      Q    Are there any names on the office
 5   building or the office door?
 6      A    Yes, but I don't remember which
 7   name it was.
 8      Q    Did you get the names of anyone
 9   that you spoke to that was inside this office?
10      A    No.
11      Q    Do you know a David Cuevas?
12      A    It seems to me he was one of the
13   individuals at that office, but I don't
14   remember.
15      Q    Do you know anyone by the name of
16   Angel Quijada, Q-U-I-J-A-D-A?
17      A    No. I didn't know anyone by that
18   name, but when we actually went to that office,
19   they told us they were paying our company and
20   they didn't understand why the company didn't
21   pay us.
22      Q    What about John Palmer?
23      A    No, I don't know who that is.
24   Well, I could have very well have met them, but
25   I don't remember the names.
```

```
                                              27
 1            WILDER RODRIGUEZ
 2      Q    I understand. I'm asking if he
 3   remember the names. If he knows who these
 4   people are?
 5      A    No.
 6      Q    What about Jose Visnay,
 7   V-I-S-N-A-Y, obviously I'm spelling it in
 8   English?
 9      A    No. I don't know.
10      Q    How about Jose Abato, A-B-A-T-O?
11      A    No.
12      Q    What about Alejandro Manuel Zapata
13   Osorio?
14      A    No.
15      Q    Arturo Del Razo?
16      A    Del Razo, I don't know.
17      Q    What about Braulio Rolando
18   Cashabamba Chango?
19      A    Oh yes, those guys work with me.
20      Q    When you say those guys, what do
21   you mean? That was one person.
22      A    It was another, Flavio that used to
23   work there.
24      Q    What about Braulio Rolando
25   Cashabamba Chango reminds you of Flavio?
```

```
                                              28
 1            WILDER RODRIGUEZ
 2      A    I got confused.
 3         MS. ROSEN: I need two, three
 4      minutes. Let's take a quick restroom
 5      water break.
 6         [A short recess was taken.]
 7         MS. ROSEN: Back on the record.
 8   CONTINUED EXAMINATION BY:
 9   MS. ROSEN:
10         [The two-page document was hereby
11      marked as Defendant's Exhibit A for
12      identification, as of this date.]
13   CONTINUED EXAMINATION BY:
14   MS. ROSEN:
15      Q    Mr. Rodriguez, I'm showing you what
16   we marked Defendant's Exhibit A to this
17   deposition. I'll ask you to take a look at
18   what's on your screen.
19      A    Yes.
20      Q    Is this the check that you
21   testified about earlier?
22      A    Yes.
23      Q    Do you know who North Star
24   Strategy, Inc was or is?
25         THE INTERPRETER: Repeating the
```

## Page 29

```
 1                WILDER RODRIGUEZ
 2     question for the witness.
 3         A   I don't know where that company
 4     was, but that's the check that he gave me.
 5         Q   Are you familiar with a company by
 6     the name of Vector?
 7         A   No. The truth is, I don't know.
 8         Q   Just turning your attention back to
 9     the exhibit on the screen for a moment, do you
10     know whose signature that is on the check?
11         A   I don't know.
12             MS. ROSEN:  Thank you,
13     Mr. Rodriguez. I have nothing else for
14     today.
15     (Whereupon, at 12:37 P.M., the examination was
16     concluded.)
17
18
19
20
21
22
23
24
25
```

## Page 30

```
 1                WILDER RODRIGUEZ
 2              A C K N O W L E D G E M E N T
 3     STATE OF NEW YORK )
 4                         :ss
 5     COUNTY OF NASSAU    )
 6
 7         I, WILDER RODRIGUEZ, hereby certify
 8     that I have read the transcript of my
 9     testimony taken under oath in my
10     deposition of; that the transcript is a
11     true, complete and correct record of my
12     testimony, and that the answers on the
13     record as given by me are true and
14     correct.
15
16
17
                   WILDER RODRIGUEZ
18
19
20     SUBSCRIBED AND SWORN TO
       BEFORE ME THIS      DAY
21     OF         , 2022.
22
       NOTARY PUBLIC
23
24             --oo0oo--
25
```

## Page 31

```
 1                WILDER RODRIGUEZ
 2                    I N D E X
 3     WITNESS          EXAMINED BY         PAGE
 4     W. RODRIGUEZ     MS. ROSEN             5
 5
 6
 7
 8
 9
10             --oo0oo--
11
12
13
14
15             E X H I B I T S
16     DEFENDANT'S      DESCRIPTION         PAGE
17     Exhibit A        document             28
18
19
20
21
22
23
24             --oo0oo--
25
```

## Page 32

```
 1                WILDER RODRIGUEZ
 2            INFORMATION TO BE SUPPLIED
 3     DESCRIPTION                         PAGE
 4     1. Name of company employed by.       9
 5     2. Production of the photos the plaintiff was
        looking at during the deposition.   19
 6
 7
 8
 9
10             --oo0oo--
11
12
13
14
15            MARKED FOR A RULING
16     PAGE        LINE
17     NONE
18
19
20
21
22
23
24             --oo0oo--
25
```

```
                                          33
 1              WILDER RODRIGUEZ
 2              CERTIFICATE
 3      STATE OF NEW YORK )
                          ) ss.:
 4      COUNTY OF NASSAU  )
 5              I, KAREN BLAKE, a Notary Public
 6      within and for the State of New York, do hereby
 7      certify that WILDER RODRIGUEZ, the witness, whose
 8      deposition is hereinbefore set forth, was duly
 9      sworn by me and that such deposition is a true
10      record of the testimony given by the witness.
11              I further certify that I am not
12      related to any of the parties to this action by
13      blood or marriage; and that I am in no way
14      interested in the outcome of this matter.
15              IN WITNESS WHEREOF, I have hereunto
16      set my hand this 25th day of February, 2022.
17
18              _____
                   KAREN BLAKE
19
20
21
22
23
24
25
```