# EXHIBIT C

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO, ARTURO DEL
RAZO, BRAULIO ROLANDO CASHABAMBA CHANGO, BYRON
SALVADOR BARRERA SANCHEZ, CARLOS E. SIERRA
RODRIGUEZ, EDWIN FABRICIO CASHABAMBA TUBON,
JESUS SIERRA, JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ, SEGUNDO LEANDRO
ALULEMA GUANO, SEGUNDO NICOLAS SIGUENCIA
ENCALADA and WILDER RODRIGUEZ, Individually and
on behalf of others similarly situated,

                              Plaintiffs,

          -against-

VECTOR STRUCTURAL PRESERVATION CORP. (D/B/A
VECTOR STRUCTURAL PRESERVATION), NORTH STAR
STRATEGY, INC (D/B/A NORTH STAR STRATEGY), BILL
HANDAKAS, VASSILIOS HANDAKAS, and SERGIO DOE,
                              Defendants,
-----------------------------------------------X

                    September 13, 2021
                    3:32 p.m.

          EXAMINATION BEFORE TRIAL VIA ZOOM
VIDEOCONFERENCE OF CARLOS E. SIERRA, a Plaintiff
herein, taken pursuant to Order, and held at the
above time and place before Ann Marie Governali, a
court reporter and Notary Public of the State of
New York.

```
 1
 2   A P P E A R A N C E S :
 3   MICHAEL FAILLACE & ASSOCIATES
     Attorneys for Plaintiff
 4           60 East 42nd Street
             Suite 4510
 5           New York, New York 10165
 6   BY:     CLELA A. ERRINGTON, ESQ.
 7
 8
     RABINOWITZ, GALINA & ROSEN
 9   Attorneys for Defendants
             94 Willis Avenue
10           Mineola, New York 11501
11   BY:     GAYLE ROSEN, ESQ.
12
13
14
     ALSO PRESENT:
15
             Bill Handakas
16
17
18
19
20
21
22
23
24
25
```

1

2

3            S T I P U L A T I O N S

4

5            IT IS HEREBY STIPULATED, by and between

6    attorneys for the respective parties hereto, that:

7            All rights provided by the C.P.L.R., and

8    Part 221 of the uniform Rules for the Conduct of

9    Depositions, including the right to object to any

10   question, except as to form, or to move to strike

11   any testimony at this examination is reserved.  The

12   failure to object to any question or move to strike

13   any testimony at this examination shall not be a

14   waiver to make such motion at, and is reserved to

15   the trial of this action.  This deposition may be

16   sworn to by the witness being examined before a

17   Notary Public but the failure to do so or to return

18   the original of this deposition to counsel, shall

19   not be deemed a waiver of the rights provided by

20   Rule 3116 of the C.P.L.R., and shall be controlled

21   thereby.  The filing of the original of this

22   deposition is waived.

23           IT IS FURTHER STIPULATED, that a copy of

24   this examination shall be furnished to the attorney

25   for the witness being examined.

4

1

2

3          P R O C E E D I N G S

4          THE REPORTER:  The attorneys

5      participating in this deposition

6      acknowledge that I am not physically

7      present in the deposition room and that I

8      will be reporting this deposition

9      remotely.

10          They further acknowledge that, in

11      lieu of an oath administered in person, I

12      will administer the oath remotely.

13          The parties and their counsel

14      consent to this arrangement and waive any

15      objections to this manner of reporting.

16      Please indicate your agreement by stating

17      it on the record.

18          MS. ERRINGTON:  I agree.

19          MS. ROSEN:  I agree.

20

21

22

23

24

25

1
2
3   C A R L O S   E.   S I E R R A,
4           Plaintiff, after having first been duly
5           sworn/affirmed by the Notary Public, was
6           examined and testified as follows:
7                   COURT REPORTER:  Would you please
8               state your name, for the record.
9                   THE WITNESS:  Carlos E. Sierra.
10                  COURT REPORTER:  What is your
11              present home address?
12                  THE WITNESS:  8281 160th Street,
13              Jamaica, New York 11432.
14  EXAMINATION BY
15  MS. ROSEN:
16      Q    Good afternoon, Mr. Sierra.  My name is
17  Gayle Rosen.  I represent two of the defendants,
18  Vector and Vassilios Handakas in this matter.
19          I'm here to ask you some questions and
20  get some information from you with respect to some
21  of your prior employment.  I am not here to trick
22  or confuse you, so if you don't understand any
23  question, or you're not sure what I'm asking you,
24  please let me know that.  If you answer, I'm going
25  to assume that you understood my question.

6

1                    CARLOS E. SIERRA

2              You understand that?

3        A    Yes.

4        Q    Have you ever been deposed before?  You

5    know, sat in this type of proceeding, whether on

6    Zoom or in person, and being asked questions?

7        A    No.

8        Q    A couple ground rules.  The court

9    reporter can't take down, especially under these

10   circumstances, nods of the head, or hand gestures.

11   So all of your responses need to be verbal.

12       A    Okay.

13       Q    I'm going to ask you to -- if we were in

14   person, I would be able to see if you were using

15   your phone or a laptop, iPad, anything like that.

16   Because we are not, I am going to instruct you that

17   all answers must be from your memory.  And you're

18   not to look at any documents, your phone, any

19   electronics, or anyone else in the room with you

20   for assistance.

21              Do you understand that?

22       A    Yes.  Okay.

23       Q    Where are you physically located right

24   now?

25       A    I'm in the lawyer's office in Manhattan.

7

1              CARLOS E. SIERRA

2      Q    And who else is in the room with you?

3      A    My lawyer.

4      Q    Anyone else?

5      A    No.

6      Q    Are you under the influence of any

7  alcohol or drugs that would affect your ability to

8  testify here today?

9      A    No.

10      Q    Have you failed to take any medication,

11  which failure might affect your ability to testify

12  here today?

13      A    No.

14      Q    Is English your first language?

15      A    No.

16      Q    And what is your first language?

17      A    Spanish.

18      Q    But you're comfortable listening to and

19  answering questions in English?

20      A    Yes.

21      Q    Were you born in the United States?

22      A    No.

23      Q    How long have you been in the United

24  States?

25      A    I would say, 15 years.

8

1                    CARLOS E. SIERRA

2        Q    And where did you come from?

3        A    Mexico.

4        Q    And what is your date of birth?  For

5    security purposes we can ask the court reporter to

6    leave a blank, and I'll just take it down

7    personally.

8        A    Okay.

9        Q    So your date of birth?

10       A    XX/XX/XXXX.

11       Q    Are you currently employed?

12       A    Yes.

13       Q    By who are you employed?

14       A    You need to know the company name?

15       Q    Please.

16       A    It's called Bikxs, B-I-K-X-S.

17            MS. ROSEN:  I'm sorry, Madam Court

18            Reporter, did you get that?

19            (Requested portion was read back by

20            the court reporter.)

21       Q    What type of business or company is

22    Bikxs, Mr. Sierra?

23       A    It's a rigging company.

24       Q    And how long have you been with them?

25       A    It's been a year now.

9

1                    CARLOS E. SIERRA

2        Q    And what do you do for them?

3        A    I do rigging.

4        Q    And what licenses or certifications, if

5    any, do you have for rigging?

6        A    Well, the ones that we need.  You know,

7    the 32 hours suspended and supported scaffold.  And

8    you know, the site safety training cards.

9        Q    What is your Social Security number?  And

10   again, for security purposes I'll ask the court

11   reporter to only put down the last four digits.

12       A    XX-XX-9696.

13       Q    Thank you.

14            And where is Bikxs located?

15       A    It's in New Jersey.

16       Q    Now, in 2018, were you employed?

17       A    Yes.

18       Q    And by who or what company were you

19   employed at that time?

20       A    It was Vector.

21       Q    And when did you first become employed by

22   Vector?

23       A    It was around June 2018.

24       Q    June of?

25       A    Like June 28, 2018.

1                   CARLOS E. SIERRA

2        Q    Of what year?

3        A    2018.

4        Q    Of 2018?

5        A    Yes.

6        Q    And how did you come to be hired by

7    Vector?

8        A    My dad and my brother work there.

9        Q    Are you familiar with Jesus Sierra?

10       A    Yes.

11       Q    And who is that?

12       A    That's my father.

13       Q    And Juan Sierra?

14       A    Yes, that's my brother.

15       Q    Okay.  And they were working for Vector

16   before June of 2018?

17       A    Yes.

18       Q    Do you know when they started?

19       A    No, I don't know when.

20       Q    So what did either your father or your

21   brother do or say to get you a job with Vector?

22       A    They just -- I needed a job, and they

23   were working there, and so, yeah.

24       Q    And what type of job were you hired for?

25       A    It was, to be honest, it was both for

1              CARLOS E. SIERRA

2    brick and for rigging.

3         Q     And who hired you?

4         A     Who hired me was -- I spoke -- well, I

5    was with -- I didn't speak directly to someone to

6    get hired.  They just told me if I needed a job, so

7    I went.  And then, you know, yeah.

8         Q     So where did you first go?  Where did you

9    first report?

10        A     It was a job in Brooklyn.

11        Q     And what type of job or what location in

12   Brooklyn?

13        A     I don't recall exact location, but we

14   were doing a house.  We were doing pointing on a

15   house.

16        Q     Was that a one-family house, or

17   two-family house, or an apartment building, or

18   something else?

19        A     I would say two-family house.

20        Q     Do you remember what part of Brooklyn it

21   was in?

22        A     I don't recall.  I don't recall exact

23   location.

24        Q     And who told you to go to this location

25   in June of 2018?

1                    CARLOS E. SIERRA

2         A     When I first started, my dad.  My dad,

3    he's the one that, you know, told me that that's

4    where they needed to work.

5         Q     And how long were you at this location in

6    Brooklyn?

7         A     I would say two weeks.  I would say about

8    two weeks.

9         Q     And you did pointing the entire time?

10        A     Yeah, and we did some rigging, too.  You

11   know, we had to install the scaffold in ordering to

12   do the pointing.

13        Q     Did you ever come to meet anyone at

14   Vector, aside from your father?

15        A     Did I ever come to meet?  Yes.  I met

16   Bill a few months after in the warehouse.  His

17   warehouse, I guess.

18        Q     I'm sorry, how much after?

19        A     A few months after.  I don't recall

20   exactly how many months.

21        Q     So you were working for Vector a few

22   months before you ever met Mr. Handakas?

23        A     Yes.

24        Q     So you said you were only at this

25   Brooklyn house for two weeks.  Where did you go

1                    CARLOS E. SIERRA

2    after that?

3         A    It was a job, another job in Brooklyn.

4    It was like some block that we had to do.  It was a

5    couple days only.  At the beginning it was side

6    jobs, you know.  Small jobs, I guess you call them.

7         Q    Did you finish at a particular location

8    before moving onto a different location, or were

9    you going back and forth among addresses?

10        A    At the beginning, it was -- we were

11   working in the Brooklyn job pointing.  And then

12   like we had to go to do the block, and then we came

13   back to do pointing.  So that was just at the

14   beginning with that until -- yeah.

15        Q    And you said when you met Bill you were

16   already working for them a few months?

17        A    Yes.  Correct.

18        Q    Did you meet anyone else that you thought

19   was an owner or boss of Vector?

20        A    No.  No, it was -- no.

21        Q    So during that time period, from when you

22   first started to when you met Mr. Handakas, who

23   told you where to go on any given day?

24        A    It was more like a group, you know.  Like

25   my dad, you know, we were -- like me my brother, my

1        CARLOS E. SIERRA

2    dad, we used to go -- we did that job together.  So

3    it was more like, I don't know, I'm guessing he was

4    told where to go.  And we were, like, the whole

5    group just pretty much would go.

6        Q    Who else was part of the group, other

7    than you, your father, and your brother?

8        A    There were two more guys, I think.  I'm

9    not sure.  I think they only worked a couple weeks

10   with Vector and then they left.  But yeah, it was

11   like two more guys, I think.

12       Q    Do you remember their names?

13       A    No.  No.  Not really.

14       Q    Now during those first few months, did

15   you get paid?

16       A    Yes.

17       Q    Who paid you?

18       A    It was cash.  It was an envelope.  So I

19   don't know how -- who brought the cash, you know,

20   to the jobsite, but we got envelopes.  We got cash.

21       Q    And was that weekly, or something else?

22       A    It was weekly.  In the beginning, it was

23   weekly, yes.

24       Q    The beginning of the week?

25       A    No.  No.  It was Friday.  It was on

15

```
 1                    CARLOS E. SIERRA
 2    Friday.  Weekly, yes.
 3         Q    So who would physically hand you the
 4    envelope with cash?
 5         A    They were given to my dad, and he would
 6    give it out to the guys.
 7         Q    And do you know who gave it to your dad?
 8         A    No.  I -- no.
 9         Q    Did you ever, even if you didn't know
10    their name or who they were, did you ever see him
11    being handed the envelopes?
12         A    No.  At the Brooklyn job there was like a
13    foreman, like a supervisor kind of guy that -- at
14    the pointing job, he was, yeah, the supervisor, I
15    would call him, you know.  And but, you know, I
16    don't know who gave the cash to my dad, to be
17    honest.
18         Q    Do you know who the supervisor was; his
19    name, or can you describe him?
20         A    I don't know his name.  No, I mean what
21    can I say?  He was white.
22         Q    Yeah, I was going to say, was he white,
23    was he Hispanic, black?
24         A    He was white, yeah.
25         Q    Do you know if he was Greek?
```

16

1                          CARLOS E. SIERRA

2          A     Do I know if he was Greek?  I don't know.

3     I wouldn't -- I don't know how to...

4          Q     Okay.  Do you know if he spoke English?

5          A     Yeah, he spoke English.  He would speak

6     to us.  He would show us what we had to do, kind

7     of.  It was like a week, I think it was, yeah.

8          Q     So this gentleman would tell you what to

9     do, as well?

10         A     Yeah.  He was -- he was in charge of the

11    blueprints.  He used to look at the blueprints and,

12    like, show us.  And yeah, yeah, he was supervisor.

13    He was only to supervisor, he wasn't a worker, you

14    know.

15         Q     And which jobs did he supervise?  Just

16    the Brooklyn house, or others, as well?

17         A     The Brooklyn house, that's the only time

18    I saw him.

19         Q     So when you moved to the other Brooklyn,

20    the second Brooklyn location, where did the pay

21    come from at that time?

22         A     It was also cash.  Envelope, you know.

23         Q     But you don't know who gave it to your

24    father to give to you?

25         A     No.  That -- it's a good question.  I

1          CARLOS E. SIERRA

2    mean, you know, I don't know who, to be honest.

3          Q    Did the envelope have your name on it?

4          A    Yeah, yeah, it had my name.

5          Q    Handwritten or typewritten?

6          A    Handwritten.  Handwritten, yeah.

7          Q    And how much were you paid?  Was it by

8    the hour, or a lump sum, or something else?

9          A    It was hourly.  By the hour.

10         Q    And how much were you getting paid per

11   hour?

12         A    At that time it was $32 an hour.

13         Q    Now when you say "at that time," does

14   that mean it changed at some point?

15         A    Yeah, at some point it went down to 27.

16   I'm not sure how, to be honest, but yeah, it went

17   down to 27.  But a few months after.  It was for a

18   while, I think.

19         Q    Were you ever paid by check?

20         A    Yeah.  Later on it was by check that we

21   got paid.

22         Q    Okay.  What is later on?  When is that?

23         A    I would say like the beginning of the

24   year.  Like, you know, six months I would say we

25   got paid cash.  And then like the beginning of

1           CARLOS E. SIERRA

2    2019, we were getting paid by check, personal

3    check.

4         Q    And whose checks were those?

5         A    At that time we were in Yonkers on a

6    jobsite.  So whose check was those, you said?

7         Q    Yes.

8         A    It was the checks -- the name was North

9    Star.  That was the checks, the name of the checks.

10        Q    Okay.  Now in January, about January 2019

11   when you started receiving checks from North Star,

12   did you ever receive cash again?

13        A    It was -- trying to remember.  I want to

14   say it was like cash, like half cash, half check.

15   Because it wasn't like the full -- we weren't

16   getting the full amount in checks.

17        Q    And when you say "half cash, half check,"

18   is that each week?

19        A    Yes.

20        Q    And you mentioned a job in Yonkers.  What

21   type of work was that?  Where was it?

22        A    It was in Yonkers, and we were doing

23   brick.  It was a building.  Big building, you know.

24   There were three different buildings, so it was

25   like a big jobsite.  I don't know the exact

19

1                    CARLOS E. SIERRA

2    address.  I don't recall the exact address.

3         Q    Do you know if it was an office building

4    or a residential apartment building, or something

5    else?

6         A    I would say residential building.

7         Q    Were you living at the same address that

8    you gave earlier today, back in 2018 and 2019?

9         A    Yes.

10        Q    How would you get to the different job

11   sites?

12        A    We would drive.  We would drive to, yeah,

13   to Yonkers.

14        Q    Okay.  You have a car?

15        A    No, it was my dad's car.  My brother's

16   car.  You know, we took turns.

17        Q    So the three of you would travel to the

18   job sites together?

19        A    Yeah.

20        Q    Anyone else come with you?

21        A    It was -- during some time we used to

22   pick up a couple guys.  Like one guy, he used to

23   live like around our house, and we used to take

24   him, yeah.

25        Q    Who was that?

1                    CARLOS E. SIERRA

2        A    I don't recall his name.  I don't know.

3        Q    How close or far from the address that

4    you live at do your father and brother live?

5        A    We live in the same house.

6        Q    You're altogether.  Okay.

7        A    Yeah.

8        Q    So did you have a time that you were

9    supposed to be at the projects by?

10       A    Yeah, we start at 7:00 in the morning.

11       Q    So what time would you leave Queens?

12       A    I would say 5:30.

13       Q    And did you make any stops along the way

14   for coffee, breakfast, cigarettes, anything like

15   that?

16       A    No.  No.

17       Q    And if you left at 5:30 you got to the

18   Brooklyn site by 7:00?

19       A    Yonkers.  This one was Yonkers.

20       Q    No, I'm sorry.  I'm going back to the

21   beginning now, to Brooklyn.

22       A    Okay.  So, no.  Well, I was talking about

23   the Yonkers, you know, we used to pickup a guy.  In

24   Brooklyn we used to just drive, you know, only us.

25       Q    Okay.

21

1                          CARLOS E. SIERRA

2          A     Yeah.

3          Q     And what time would you leave to go to

4     the Brooklyn site?

5          A     6:00.  I would say 6:00.

6          Q     And then you got to the site about 7:00?

7          A     No, we got there like 6:45, 6:40.

8          Q     And when would you start work?

9          A     7:00.  We started work at 7:00.

10         Q     And what time did you finish each day?

11         A     In Brooklyn job, it was 3:30.  It was

12    just eight hours.

13         Q     And did you get a break in the mornings?

14         A     It was lunch break, and probably coffee

15    break, like, you know.

16         Q     How long was your lunch break?

17         A     Thirty minutes lunch break.

18         Q     And how long was the coffee break?

19         A     Fifteen minutes.

20         Q     Okay.  And was the coffee break in the

21    morning, or in the afternoon?

22         A     In the morning.

23         Q     And did you bring coffee, or a snack, or

24    was there a deli, or food truck nearby?

25         A     We used to bring, you know, just water

22

1                        CARLOS E. SIERRA

2    and coffee or something.

3         Q    And did you bring lunch, as well?

4         A    Lunch, we used to go buy at a deli.

5         Q    Was there any variation from that, when

6    you worked on the first Brooklyn house, in terms of

7    those hours?

8         A    No.  No.  No.

9         Q    And that was for two weeks, you said,

10   correct?

11        A    About two weeks.  I don't recall exact

12   time, you know.  Timeframe.

13        Q    And was that Monday through Friday, or

14   something else?

15        A    It was Monday to Friday, yeah.

16        Q    When you were on that first house in

17   Brooklyn, did you ever work Saturdays or Sundays?

18        A    No.  Not that I recall, no.

19        Q    Did you ever work evenings?

20        A    No.  On the Brooklyn job, no.

21        Q    Now what about the second Brooklyn job?

22        A    It was -- no.  No evening.  Only regular

23   hours.

24        Q    No Saturdays or Sundays?

25        A    No.

23

1                          CARLOS E. SIERRA

2       Q     And was it also 7:00 to 3:30?

3       A     Yes.

4       Q     Do you remember what the next job you

5   went to was?

6       A     Brooklyn.  It has to be Yonkers.  That

7   was the next job.

8       Q     So from June of 2018 to January of 2019

9   you were at those two Brooklyn locations?

10      A     No.  No.  It wasn't that long.  It was --

11  the Brooklyn and the other one was just a couple of

12  weeks.

13      Q     Okay.  So do you remember where else you

14  were before Yonkers?

15      A     No.  I think it was only those three jobs

16  that I worked at.

17      Q     Two homes in Brooklyn, and the Yonkers --

18      A     Yeah.

19      Q     -- apartment building?

20      A     Yes.

21      Q     Now tell me about the first time you met

22  Bill.  Where was this, and -- where and when was

23  this, I should say?

24      A     It was in Yon -- no, it wasn't Yonkers.

25  It was in Long Island.  The warehouse was on Long

24

1           CARLOS E. SIERRA

2   Island, yes.  And we met -- it was his warehouse.

3   I don't know how you want to call it.  Warehouse,

4   yard, office.  And we went -- one day actually it

5   was just one day we just went to move equipment

6   around.  You know, fix equipment, I guess.  Yeah.

7        Q    Okay.  And you were moving equipment

8   around at the yard or warehouse?

9        A    Yes.  Correct.

10       Q    And he was there, or someone introduced

11  you, or what happened?

12       A    He was there, yes.  In his office he was

13  there.  He was telling us what to move around, and

14  yeah, yeah.

15       Q    And what did -- aside from telling you

16  what to move around, did he say anything else to

17  you?

18       A    No.  It was just pretty much, you know,

19  what to do and, yeah.

20       Q    Did he talk to you about either of the

21  Brooklyn projects?

22       A    Did he talk?  No.  Not that I recall.

23       Q    Did he talk to you about any other

24  projects, either Yonkers, or anything else coming

25  up?

25

1                    CARLOS E. SIERRA

2        A    No.  No, we didn't talk much, you know.

3    We just saw him.  He just told us what to do.  He

4    was in his office, and -- yeah.

5        Q    And how long were you there for?

6        A    I don't recall exact hours.  Probably

7    full days work, maybe.

8        Q    I'm sorry?

9        A    Probably a full day of work.  It was

10   just, you know, I think it was raining or

11   something, that's why we, you know, we went.

12       Q    Was that the only time you ever met Bill?

13       A    Meet?  Well meet, yes.  But also in

14   Yonkers jobsite he used to, you know, stop by and

15   we used to see him, you know, walking around and

16   stuff.  You know, speaking to the foreman.  But

17   personally met, yes, it was the only time.

18       Q    And who was the foreman at Yonkers?

19       A    Yonkers, it was this guy.  I forgot his

20   name.  What was his name?  I can't remember his

21   name.  It's going to come back to me, but...

22   Sergio.  Sergio.

23       Q    Did you ever work Saturdays or Sunday in

24   Yonkers?

25       A    Yes.  A couple times Saturdays, yes.

26

                        CARLOS E. SIERRA

1

2      Q    How many times is a couple?

3      A    I don't recall exactly how many times.

4  It was just a couple times we needed to finish some

5  stuff, or they wanted us to work Saturday.

6      Q    Did you ever work nights in Yonkers?

7      A    There was some.  There was some days.

8  You know, something happened.  There was an

9  accident or something whatever, and we were

10  supposed to be -- he told us to come in and, you

11  know, secure some scaffolds that were hanging and

12  stuff.  So yeah, that was a time that we worked the

13  nights.

14      Q    Who is the "he" that told you to -- that

15  you had to work nights?

16      A    At that time it was Bill told my dad, you

17  know, because it was always the same thing.  You

18  know, Bill would text.  And we used to -- it was at

19  that time that we went to work nights.

20      Q    How do you know Bill told your dad; were

21  you there, did you hear it, or something else?

22      A    No, I wasn't there.

23      Q    Your dad told you that Bill said to work

24  nights?

25      A    I don't recall the specific, you know,

27

1          CARLOS E. SIERRA

2    how it happened. I just know that we had to go and

3    they were expecting us to get there, so everyone

4    knew we were coming, you know.

5          Q    And were you paid for the Saturdays?

6          A    Yeah, for regular time, yeah. Obviously

7    toward the end, that's the main problem, but yeah,

8    we got paid.

9          Q    What was the main problem towards the

10   end?

11         A    Well, we didn't get paid the last two

12   weeks. That's the whole, what we're fighting

13   about.

14         Q    So the last two weeks that you worked you

15   were not paid at all?

16         A    Right.

17         Q    Do you know who signed the checks that

18   you received from North Star?

19         A    No, I don't know who.

20         Q    Aside from the names you've given me

21   already, do you recall anyone that you worked with

22   at any of the project?

23         A    No. No.

24         Q    Now, did you work for a full year, from

25   June of 2018 to June of 2019?

28

1                          CARLOS E. SIERRA

2        A    Yeah.  Yeah.

3        Q    Do you know the name Sal or Salvador

4    Almonte?

5        A    Do I know the name Salvador?  No.  He --

6    no.

7        Q    You don't know who that is?

8        A    Not really, no.

9        Q    Well, not really is --

10       A    Well, no.  I don't know who Salvador is.

11       Q    You don't know who that is?

12       A    No, we never...

13       Q    Your claim in this lawsuit is for two

14   weeks of pay?

15       A    Yes.

16       Q    And what location or locations were you

17   working at for those two weeks?

18       A    Yonkers.

19       Q    It was Yonkers.  Okay.  And how much were

20   you making at Yonkers?

21       A    I don't recall exactly when it was, but,

22   you know, it was from 32 to 27.  But towards the

23   end it was, you know, 27.

24       Q    Did you ever supervise anyone at any of

25   the project sites?

29

CARLOS E. SIERRA

1

2          A     Supervise, no.

3          Q     Did you ever tell other employees what to

4     do or where to go?

5          A     No.  We were -- we used to rig, you know,

6     so we knew what to do.  And we had helpers that

7     helped around.  But yeah, Sergio was the one that

8     told us what to do, you know, the foreman.

9          Q     Did you ever have to sign in at any of

10    the projects, like a logbook or a calendar?

11         A     Yeah, the beginning of the shift we used

12    to, like, make sure, see who's at work.  Raise your

13    hand if you're here, you know, in the mornings.

14         Q     But did you ever sign anything written?

15         A     We know Sergio used to take the, you

16    know, to see who is, you know, at work.

17         Q     And that was at the Yonkers project?

18         A     Yes.

19         Q     Did you keep any notes, a calendar,

20    anything that showed where you were on a given day?

21    What location you were working at on a given day?

22         A     Since it was weekly, not really.

23    Because, you know, at the end of the week, you

24    know, you know how many hours you worked and stuff.

25    So, yeah.

30

1                        CARLOS E. SIERRA

2        Q    Aside from that one day when you went to

3   the warehouse yard and met Bill, did you ever go to

4   any office on any other occasion?

5        A    No.

6        Q    I'm going to state a couple different

7   addresses and ask you if you're familiar with them.

8   A project known as Garveys?

9        A    Garveys, no.

10       Q    597 Henry Street?

11       A    I don't know.

12       Q    277 Mott Street?

13       A    I don't recall, off the top of my head.

14       Q    540 Fulton Street?

15       A    No.

16       Q    Did you ever work in Queens or Long

17  Island, aside from the one day at the warehouse?

18       A    Actually not that I -- you're talking

19  about Queens.  There was one time that we went to a

20  job in Queens, and LIC, Long Island City.  It was

21  for a rigging job, too.  You know, we got sent

22  there with another guy, another foreman.  Yeah.  I

23  don't recall exactly when it was.  But, yeah.

24       Q    And how long were you there?

25       A    I want to say two days.

1                    CARLOS E. SIERRA

2        Q    Now I'm going to ask you a series of

3   names, and I want to know if you know them, and if

4   you know them, how you know them.

5             Alejandro Manuel Zapata Osorio?

6        A    Sounds familiar.

7        Q    Arturo Del Razo?  And forgive my

8   non-Hispanic pronunciation.

9        A    That guy sounds familiar.  Probably the

10  guys that we worked with, I think.

11       Q    I'm sorry?

12       A    Yes.  Probably we worked with them, I

13  think.  I'm not, you know, I'm not sure exactly.

14       Q    Braulio Rolando Cashabamba?

15       A    Yes.

16       Q    Do you know him?

17       A    Yes, probably one of the guys we worked

18  with, you know.

19       Q    Well, probably, but -- I don't want

20  probably, I just want to know whether you know them

21  or not.

22       A    Well, I don't recall.  I'm not really

23  good with names.  So I really don't recall.  You

24  know.  You can tell me a name, I can forget it in a

25  few seconds because I'm not good with names.

32

1                    CARLOS E. SIERRA

2        Q    Okay.  Do you ever use a second last name

3    of Rodriguez?

4        A    Sierra Rodriguez.  I have two last names,

5    yeah.

6        Q    And what about a Wilder Rodriguez, is

7    that a relative of yours?

8        A    No.

9                 MS. ROSEN:  We're going to take five

10               minutes and I'll be back.

11               (A brief recess was taken.)

12               MR. ROSEN:  Mr. Sierra, if I could

13               ask you to just make sure you're speaking

14               into the microphone.  I know the court

15               reporter has great hearing, but I don't,

16               and I've been missing a couple of things

17               here and there, so...

18               MS. ERRINGTON:  I can turn the

19               sensitivity up, if you'd like.

20               MS. ROSEN:  Okay, yeah.  If you

21               think it's mechanical, that would be

22               great.

23               MS. ERRINGTON:  There should be a

24               way for me to do that.  Hold on one

25               second.

1                    CARLOS E. SIERRA

2              (A brief pause was taken.)

3       Q    Mr. Sierra, are you ready to continue for

4    a little bit?

5       A    Yes.

6       Q    Okay.  Ramon Rosales Galvez?

7       A    What about him?

8       Q    Do you know that name?

9       A    No.

10      Q    Do you have any of the files before you,

11   any of the court documents?

12      A    Do I have?  No.

13      Q    In front of you.  No?  Okay.

14           What about Jose Abaddo?

15      A    I don't recall the name.

16      Q    Jose Visnay?

17      A    No.

18      Q    David Cuevas?

19      A    Cuevas sounds familiar.

20      Q    But you don't know which job or -- or do

21   you, you know, which job or who he is.

22      A    No, I don't.

23      Q    Mr. Sierra, did you ever fill out any

24   forms before you began work?

25      A    No.

1                    CARLOS E. SIERRA

2        Q    When you started working for Brikxs, is

3   it Brikxs?

4        A    Bikxs.

5        Q    Bikxs.  Did you fill out a W-4 then?

6        A    Yeah.

7        Q    But you didn't fill out one when you

8   started working for Vector?

9        A    No.

10       Q    Do you know what an I9 is?

11       A    No.

12       Q    Do you know if you filled out anything

13  else when you started working for Bikxs, other than

14  a W-4?

15       A    W-4, and you know, other information.

16  You know, my name and everything.

17       Q    Did you ever fill out like an information

18  form for Vector?

19       A    No.

20       Q    Do you know if your dad did?

21       A    I don't know.

22       Q    Do you know if your brother did?

23       A    I don't know.

24       Q    Do you know that your dad and your

25  brother's names appear on Vector's records, but

1                    CARLOS E. SIERRA

2    yours doesn't?

3         A    Did I know that, you said?

4         Q    Yes.

5         A    No, I didn't know.

6         Q    When you weren't paid those last two

7    weeks, did you tell anyone?

8         A    Yes.  Sergio, my foreman.

9         Q    Anybody else?

10        A    No.  He's in charge.

11        Q    And what did Sergio say to you, or do?

12        A    He, you know, he's a foreman.  So I guess

13   he would speak to the boss and, you know, tell them

14   that everyone is missing money, weeks.  Checks, you

15   know.

16        Q    Did you hear him do that?

17        A    Yes.  There was one time that we heard

18   him, you know, talking on the phone.

19        Q    Okay.  And do you know who he was talking

20   to?

21        A    Yeah.  Yes.

22        Q    Who was he talking to?

23        A    He was talking to Bill.

24        Q    How do you know that?

25        A    Well, at that time he showed us, like he

36

1                    CARLOS E. SIERRA

2    showed his phone, you know, and the contact was

3    called Bill.

4         Q    So Sergio was on the phone at a jobsite,

5    all the men were around him, and he went and showed

6    everyone his cell phone so that the contact --

7    everyone could see the contact name?

8         A    Yeah.  So, yeah, yes.

9         Q    Okay.  And that was at what location?

10        A    Yonkers.

11        Q    Did anybody take a picture of Sergio's

12   cell phone showing Bill Vector, that that's who he

13   was talking to at the time?

14        A    I don't know.

15        Q    Was anyone able to hear Bill's voice or

16   the voice on the other end?

17        A    Yeah.

18        Q    You heard it?

19        A    It was on speaker, yeah.  It was on

20   speaker, so yeah.

21        Q    And you were able to identify it, the

22   voice?

23        A    I mean, yeah.

24        Q    Do you know if your Social Security

25   number is for identification, or working purposes,

1                    CARLOS E. SIERRA

2    or something else?

3         A     Yes, it's for working.

4         Q     Did you ever receive a 1099 from Vector

5    or North Star?

6         A     No.

7         Q     Did you ever receive a W-2 from Vector or

8    North Star?

9         A     No.

10        Q     Do you know if your father ever received

11   a 1099 or W-2 from Vector?

12        A     I don't know.

13        Q     What about your brother?

14        A     I don't know if he did.

15        Q     And what about from North Star?

16        A     I don't know.

17        Q     Do you know an Angel Quijada?

18        A     I don't recall.  I don't know.

19        Q     Did you ever go to New York State

20   Department of Labor to say you weren't getting

21   paid?

22        A     No.

23        Q     Did you ever report it to anyone other

24   than Sergio?

25        A     Yes.

38

1                    CARLOS E. SIERRA

2        Q    Who else?

3        A    Well, at the Yonkers job we went to the

4    office, the field office to, you know, just to,

5    yeah, to tell them.

6        Q    And was the field office in the building,

7    or was it a trailer outside, or something else?

8        A    It was in the building.

9        Q    And you said Yonkers had multiple

10   buildings.  Do you remember what building it was

11   in?

12       A    No, I don't.

13       Q    Was it an apartment, or office within one

14   of the buildings?

15       A    Yes.

16       Q    And do you remember what floor it was on?

17       A    Second floor.  They usually go on the

18   second floor.

19       Q    And did the door identify it as the field

20   office verses someone's apartment?

21       A    Yes.

22       Q    And what did it say on the door?

23       A    Field office.

24       Q    Did it say Vector?

25       A    No.

```
 1                      CARLOS E. SIERRA
 2        Q     Did it say North Star?
 3        A     No.
 4        Q     Did it say anything other than field
 5   office?
 6        A     It was a field office for the jobsite for
 7   the big development, you know.  I'm not sure what
 8   the name was.
 9        Q     So not just for the workers you were
10   working with, it was other trades, as well?
11        A     Right.
12        Q     Okay.  So who did you report it to in the
13   field office?
14        A     Probably the supervisor.
15        Q     Well, I mean not probably.  You're saying
16   you went in to report it.  Who did you speak to?
17        A     To the supervisors.  I don't know their
18   names or anything.  It was just the guys in the
19   office, you know.
20        Q     No, I don't know, that's why I'm asking.
21        A     Yeah, well...
22        Q     Did they have names or shirts, you know,
23   with a company name on it, or plaques on their desk
24   saying who they were or who they worked for?
25        A     Yes, they had a safety vest.
```

40

1                        CARLOS E. SIERRA

2        Q     Okay.  Did the safety vest say what

3   company they were with?

4        A     Yes.

5        Q     Okay.  What did it say?

6        A     I don't recall the name of the company.

7        Q     And was the name on the front of the

8   vest, like over the breast, or was it on the back,

9   or something else?

10       A     On the front.

11       Q     How many supervisors were in vests that

12  you reported it to?

13       A     Two.  There were two.  Two guys.

14       Q     But you don't remember the company and

15  you don't know their names?

16       A     No, I don't.

17       Q     Did they ask you to write anything?

18       A     No.

19       Q     Did they say anything in response to

20  saying you hadn't been paid?

21       A     Yes.

22       Q     What did they say?

23       A     They said they would try to find out why.

24       Q     Okay.  And did they ever get back to you?

25       A     No.

41

1                     CARLOS E. SIERRA

2        Q     Now, you were paid on Friday or Mondays

3    at the Yonkers site?

4        A     Fridays.

5        Q     So when did you first complain, and it

6    was only the last two weeks that you were there,

7    correct?

8        A     Yes.

9        Q     That you weren't paid.  So when did you

10   first complain to Serigo; that Friday when you

11   left, or the following Monday, or something else?

12       A     I would say the Friday that we didn't get

13   paid.

14       Q     Normally when would you get paid, on a

15   Friday, like at what time?

16       A     The end of the day.

17       Q     And when did you report it to the

18   supervisors in the field office?

19       A     Don't recall exact date.

20       Q     And then you came back Monday and worked

21   another Monday to Friday?

22       A     Right.

23       Q     And what happened when you didn't get

24   paid on that Friday?

25       A     That's when we left.

42

1                          CARLOS E. SIERRA

2          Q     Okay.  And when you say "we," who are you

3     referring to?

4          A     Everyone.  You know, all the guys.

5          Q     How many were in your crew, at that

6     point?

7          A     I don't recall the exact number.

8          Q     Your dad didn't go back?

9          A     No.

10         Q     And your brother didn't go back?

11         A     No.

12         Q     And but you don't know anybody else's

13    name?

14         A     No.

15         Q     And you don't know how many.  Was it 5,

16    10, 20, 100?

17         A     I don't recall the exact number, no.

18         Q     Forgive me if I asked this already, but

19    did you ever see -- at the Yonkers project, did you

20    ever see who handed Sergio the envelopes to pass

21    out?

22         A     No.

23         Q     It was Sergio that passed it out to you,

24    though?

25         A     Yes.

43

1                    CARLOS E. SIERRA

2        Q    Did he come to the jobsite with envelopes

3    on Friday mornings, do you know, or did he get them

4    during the day?

5        A    He would get them during the day.

6        Q    Would he leave to get them, or would

7    someone come to give them to him?

8        A    I don't know.

9        Q    Did you keep copies of your paychecks

10   from North Star?

11       A    No.

12       Q    Did you cash your checks from North Star,

13   or deposit them, or something else?

14       A    I cashed them, some of them, and some of

15   them I deposit them.

16                   (Continued on the following page to

17                   include the Jurat.)

18

19

20

21

22

23

24

25

44

1                    CARLOS E. SIERRA
2              MS. ROSEN:  I'm going to call for
3         the production of proof of the ones that
4         you deposited.  Either bank account
5         statements, redacted of course to just
6         show the North Star deposits.
7              And with that, I have nothing else.
8         Thank you for your time, Mr. Sierra.
9              THE WITNESS:  Thank you.
10             (Time Noted:  4:40 p.m.)
11
12
13        _____
14                  Carlos E. Sierra
15
16
17
18   Subscribed and sworn to before me
     this day   , 2021.
19
20   _____
          (NOTARY PUBLIC)
21
22              *      *      *      *
23
24
25

1

2                     I N D E X

3   WITNESS:          EXAMINATION BY:        PAGES:

4   Carlos E. Sierra     Ms. Rosen            5-44

5

6

7           D O C U M E N T S   R E Q U E S T E D

8   DESCRIPTION:                            PAGES:

9   Deposit statement                          44

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

46

1

2                    C E R T I F I C A T E

3

4          I, ANN MARIE GOVERNALI, a shorthand

5    reporter and Notary Public within and for

6    the State of New York, do hereby certify: That

7    the witness whose testimony is hereinbefore set

8    forth, was duly sworn by me, and that such

9    testimony is a true record of the testimony given

10   by such witness.

11

12         I further certify that I am not related

13   to any of the parties by blood or marriage, and

14   that I am in no way interested in the outcome of

15   this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set

18   my hand this 13th day of September, 2021.

19

20

21   _____

                 Ann Marie Governali

22

23

24

25

**A**
Abaddo 33:14
ability 7:7,11
able 6:14 36:15,21
accident 26:9
account 44:4
acknowledge 4:6
  4:10
action 3:15
address 5:11 19:2,2
  19:7 20:3
addresses 13:9 30:7
administer 4:12
administered 4:11
affect 7:7,11
afternoon 5:16
  21:21
against- 1:10
agree 4:18,19
agreement 4:16
alcohol 7:7
Alejandro 1:4 31:5
Almonte 28:4
altogether 20:6
ALULEMA 1:7
amount 18:16
Angel 37:17
Ann 1:23 46:4,21
answer 5:24
answering 7:19
answers 6:17
anybody 35:9
  36:11 42:12
apartment 11:17
  19:4 23:19 38:13
  38:20
appear 34:25
arrangement 4:14
Arturo 1:4 31:7
aside 12:14 24:15
  27:20 30:2,17
asked 6:6 42:18
asking 5:23 39:20
assistance 6:20
ASSOCIATES 2:3
assume 5:25
attorney 3:24

attorneys 2:3,9 3:6
  4:4
Avenue 2:9

**B**
B-I-K-X-S 8:16
back 8:19 13:9,13
  19:8 20:20 25:21
  32:10 40:8,24
  41:20 42:8,10
bank 44:4
BARRERA 1:5
began 33:24
beginning 13:5,10
  13:14 14:22,24
  17:23,25 20:21
  29:11
behalf 1:8
big 18:23,25 39:7
Bikxs 8:16,22 9:14
  34:4,5,13
Bill 1:12 2:15 12:16
  13:15 23:22 25:12
  26:16,18,20,23
  30:3 35:23 36:3
  36:12
Bill's 36:15
birth 8:4,9
bit 33:4
black 15:23
blank 8:6
block 13:4,12
blood 46:13
blueprints 16:11,11
born 7:21
boss 13:19 35:13
Braulio 1:5 31:14
break 21:13,14,15
  21:16,17,18,20
breakfast 20:14
breast 40:8
brick 11:2 18:23
brief 32:11 33:2
Brikxs 34:2,3
bring 21:23,25 22:3
Brooklyn 11:10,12
  11:20 12:6,25
  13:3,11 15:12

16:16,17,19,20
  20:18,21,24 21:4
  21:11 22:6,17,20
  22:21 23:6,9,11
  23:17 24:21
brother 10:8,14,21
  13:25 14:7 20:4
  34:22 37:13 42:10
brother's 19:15
  34:25
brought 14:19
building 11:17
  18:23,23 19:3,4,6
  23:19 38:6,8,10
buildings 18:24
  38:10,14
business 8:21
buy 22:4
BYRON 1:5

**C**
C 2:2 4:3 5:3 45:7
  46:2,2
C.P.L.R 3:7,20
calendar 29:10,19
call 13:6 15:15 24:3
  44:2
called 8:16 36:3
car 19:14,15,16
cards 9:8
Carlos 1:5,21 5:9
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1,14 45:4
cash 14:18,19,20
  15:4,16 16:22
  17:25 18:12,14,14
  18:17 43:12

Cashabamba 1:5,6
  31:14
cashed 43:14
cell 36:6,12
certifications 9:4
certify 46:6,12
changed 17:14
CHANGO 1:5
charge 16:10 35:10
CHAVEZ 1:7
check 17:19,20
  18:2,3,6,14,17
checks 18:4,8,9,9
  18:11,16 27:17
  35:14 43:12
cigarettes 20:14
circumstances 6:10
City 30:20
claim 28:13
CLELA 2:6
close 20:3
coffee 20:14 21:14
  21:18,20,23 22:2
come 8:2 10:6
  12:13,15 16:21
  19:20 25:21 26:10
  43:2,7
comfortable 7:18
coming 24:24 27:4
company 8:14,21
  8:23 9:18 39:23
  40:3,6,14
complain 41:5,10
Conduct 3:8
confuse 5:22
consent 4:14
contact 36:2,6,7
continue 33:3
Continued 43:16
controlled 3:20
copies 43:9
copy 3:23
CORP 1:11
correct 13:17 22:10
  24:9 41:7
counsel 3:18 4:13
couple 6:8 13:5
  14:9 19:22 23:11

25:25 26:2,4 30:6
  32:16
course 44:5
court 1:3,24 5:7,10
  6:8 8:5,17,20 9:10
  32:14 33:11
crew 42:5
Cuevas 33:18,19
currently 8:11

**D**
D 4:3 45:2,7,7
D/B/A 1:11,12
dad 10:8 12:2,2
  13:25 14:2 15:5,7
  15:16 26:16,20,23
  34:20,24 42:8
dad's 19:15
date 8:4,9 41:19
David 33:18
day 13:23 21:10
  24:4,5 25:9 29:20
  29:21 30:2,17
  41:16 43:4,5
  44:18 46:18
days 13:5 25:7 26:7
  30:25
deemed 3:19
defendants 1:14
  2:9 5:17
Del 1:4 31:7
deli 21:24 22:4
Department 37:20
deposed 6:4
deposit 43:13,15
  45:9
deposited 44:4
deposition 3:15,18
  3:22 4:5,7,8
Depositions 3:9
deposits 44:6
describe 15:19
DESCRIPTION
  45:8
desk 39:23
development 39:7
DIAZ 1:7
different 13:8

18:24 19:10 30:6
igits 9:11
directly 11:5
**DISTRICT** 1:3,3
documents 6:18
 33:11
**DOE** 1:13
doing 11:14,14
 18:22
door 38:19,22
drive 19:12,12
 20:24
drugs 7:7
duly 5:4 46:8

**E**

**E** 1:5,21 2:2,2 4:3,3
 5:3,3,9 6:1 7:1
 8:1 9:1 10:1 11:1
 12:1 13:1 14:1
 15:1 16:1 17:1
 18:1 19:1 20:1
 21:1 22:1 23:1
 24:1 25:1 26:1
 27:1 28:1 29:1
 30:1 31:1 32:1
 33:1 34:1 35:1
 36:1 37:1 38:1
 39:1 40:1 41:1
 42:1 43:1 44:1,14
 45:2,4,7,7,7,7
 46:2,2
earlier 19:8
East 2:4
**EDWIN** 1:6
eight 21:12
either 10:20 24:20
 24:24 44:4
electronics 6:19
else's 42:12
employed 8:11,13
 9:16,19,21
employees 29:3
employment 5:21
**ENCALADA** 1:8
**English** 7:14,19
 16:4,5
entire 12:9

envelope 14:18
 15:4 16:22 17:3
envelopes 14:20
 15:11 42:20 43:2
equipment 24:5,6,7
**ERRINGTON** 2:6
 4:18 32:18,23
especially 6:9
**ESQ** 2:6,11
evening 22:22
evenings 22:19
exact 11:13,22
 18:25 19:2 22:11
 25:6 41:19 42:7
 42:17
exactly 12:20 26:3
 28:21 30:23 31:13
examination 1:20
 3:11,13,24 5:14
 45:3
examined 3:16,25
 5:6
expecting 27:3

**F**

**F** 46:2
**FABRICIO** 1:6
failed 7:10
**FAILLACE** 2:3
failure 3:12,17 7:11
familiar 10:9 30:7
 31:6,9 33:19
far 20:3
father 10:12,20
 12:14 14:7 16:24
 20:4 37:10
field 38:4,6,19,23
 39:4,6,13 41:18
Fifteen 21:19
fighting 27:12
files 33:10
filing 3:21
fill 33:23 34:5,7,17
filled 34:12
find 40:23
finish 13:7 21:10
 26:4
first 5:4 7:14,16

9:21 11:8,9 12:2
 13:22 14:14 22:6
 22:16 23:21 41:5
 41:10
five 32:9
fix 24:6
floor 38:16,17,18
following 41:11
 43:16
follows 5:6
food 21:24
foreman 15:13
 25:16,18 29:8
 30:22 35:8,12
forget 31:24
forgive 31:7 42:18
forgot 25:19
form 3:10 34:18
forms 33:24
forth 13:9 46:8
four 9:11
**Friday** 14:25 15:2
 22:13,15 41:2,10
 41:12,15,21,24
 43:3
**Fridays** 41:4
front 33:13 40:7,10
full 18:15,16 25:7,9
 27:24
**Fulton** 30:14
furnished 3:24
further 3:23 4:10
 46:12

**G**

**G** 4:3
**GALINA** 2:8
**Galvez** 1:7 33:6
**Garveys** 30:8,9
**Gayle** 2:11 5:17
gentleman 16:8
gestures 6:10
getting 17:10 18:2
 18:16 37:20
give 15:6 16:24
 43:7
given 13:23 15:5
 27:20 29:20,21

46:9
go 11:8,24 12:25
 13:12,23 14:2,4,5
 21:3 22:4 27:2
 29:4 30:3 37:19
 38:17 42:8,10
going 5:24 6:13,16
 13:9 15:22 20:20
 25:21 30:6 31:2
 32:9 44:2
good 5:16 16:25
 31:23,25
**Governali** 1:23
 46:4,21
great 32:15,22
**Greek** 15:25 16:2
ground 6:8
group 13:24 14:5,6
**GUANO** 1:7
guess 12:17 13:6
 24:6 35:12
guessing 14:3
guy 15:13 19:22
 20:23 25:19 30:22
 31:9
guys 14:8,11 15:6
 19:22 31:10,17
 39:18 40:13 42:4

**H**

half 18:14,14,17,17
hand 6:10 15:3
 29:13 46:18
**Handakas** 1:13,13
 2:15 5:18 12:22
 13:22
handed 15:11
 42:20
**Handwritten** 17:5
 17:6,6
hanging 26:11
happened 24:11
 26:8 27:2 41:23
head 6:10 30:13
hear 26:21 35:16
 36:15
heard 35:17 36:18
hearing 32:15

held 1:22
helped 29:7
helpers 29:6
**Henry** 30:10
hereinbefore 46:7
hereto 3:6
hereunto 46:17
hired 10:6,24 11:3
 11:4,6
**Hispanic** 15:23
**Hold** 32:24
home 5:11
homes 23:17
honest 10:25 15:17
 17:2,16
hour 17:8,9,11,12
hourly 17:9
hours 9:7 21:12
 22:7,23 25:6
 29:24
house 11:14,15,16
 11:17,19 12:25
 16:16,17 19:23
 20:5 22:6,16

**I**

**I9** 34:10
identification
 36:25
identify 36:21
 38:19
include 43:17
including 3:9
indicate 4:16
**Individually** 1:8
influence 7:6
information 5:20
 34:15,17
install 12:11
instruct 6:16
interested 46:14
introduced 24:10
**iPad** 6:15
**Island** 23:25 24:2
 30:17,20

**J**

**Jamaica** 5:13

January 18:10,10
  23:8
Jersey 9:15
Jesus 1:6 10:9
job 10:21,22,24
  11:6,10,11 13:3,3
  13:11 14:2 15:12
  15:14 18:20 19:10
  19:18 21:11 22:20
  22:21 23:4,7
  30:20,21 33:20,21
  38:3
jobs 13:6,6 16:15
  23:15
jobsite 14:20 18:6
  18:25 25:14 36:4
  39:6 43:2
Jose 33:14,16
Juan 1:6 10:13
June 9:23,24,25
  10:16 11:25 23:8
  27:25,25
Jurat 43:17

K
keep 29:19 43:9
kind 15:13 16:6
knew 27:4 29:6
know 5:24 6:5 8:14
  9:6,8 10:18,19
  11:7 12:3,11 13:6
  13:24,25 14:3,19
  14:19 15:7,9,15
  15:15,16,18,20,25
  16:2,2,3,4,14,22
  16:23 17:2,2,24
  18:23,25 19:3,16
  20:2,23,24 21:15
  21:25 22:12 24:3
  24:6,18 25:2,10
  25:11,14,15,16
  26:8,11,17,18,20
  26:25 27:2,4,17
  27:19 28:3,5,7,10
  28:11,22,23 29:5
  29:8,13,15,16,16
  29:23,24,24 30:11
  30:21 31:3,3,4,4

31:13,16,18,20,20
  31:24 32:14 33:8
  33:20,21 34:10,12
  34:15,16,20,21,22
  34:23,24 35:3,5
  35:12,13,15,18,19
  35:24 36:2,14,24
  37:10,12,14,16,17
  37:18 38:4 39:7
  39:17,19,20,22
  40:15 42:4,12,15
  43:3,8
known 30:8

L
L 3:3 5:3
Labor 37:20
language 7:14,16
laptop 6:15
lawsuit 28:13
lawyer 7:3
lawyer's 6:25
LEANDRO 1:7
leave 8:6 20:11
  21:3 43:6
left 14:10 20:17
  41:11,25
LIC 30:20
licenses 9:4
lieu 4:11
listening 7:18
little 33:4
live 19:23 20:4,4,5
living 19:7
located 6:23 9:14
location 11:11,13
  11:23,24 12:5
  13:7,8 16:20
  28:16 29:21 36:9
locations 23:9
  28:16
logbook 29:10
long 7:23 8:24 12:5
  21:16,18 23:10,25
  23:25 25:5 30:16
  30:20,24
look 6:18 16:11
lump 17:8

lunch 21:14,16,17
  22:3,4

M
M 45:7
Madam 8:17
main 27:7,9
making 28:20
Manhattan 6:25
manner 4:15
Manuel 1:4 31:5
Marie 1:23 46:4,21
marriage 46:13
matter 5:18 46:15
mean 15:20 17:2,14
  36:23 39:15
mechanical 32:21
medication 7:10
meet 12:13,15
  13:18 25:13,13
memory 6:17
men 36:5
mentioned 18:20
met 12:15,22 13:15
  13:22 23:21 24:2
  25:12,17 30:3
Mexico 8:3
MICHAEL 2:3
microphone 32:14
Mineola 2:10
minutes 21:17,19
  32:10
missing 32:16
  35:14
Monday 22:13,15
  41:11,20,21
Mondays 41:2
money 35:14
months 12:16,19
  12:20,22 13:16
  14:14 17:17,24
morning 20:10
  21:21,22
mornings 21:13
  29:13 43:3
motion 3:14
Mott 30:12
move 3:10,12 24:5

24:13,16
moved 16:19
moving 13:8 24:7
multiple 38:9

N
N 2:2 3:3 4:3 45:2,7
name 5:8,16 8:14
  15:10,19,20 17:3
  17:4 18:8,9 20:2
  25:20,20,21 28:3
  28:5 31:24 32:2
  33:8,15 34:16
  36:7 39:8,23 40:6
  40:7 42:13
names 14:12 27:20
  31:3,23,25 32:4
  34:25 39:18,22
  40:15
nearby 21:24
need 6:11 8:14 9:6
needed 10:22 11:6
  12:4 26:4
never 28:12
New 1:3,25 2:5,5
  2:10 5:13 9:15
  37:19 46:6
NICOLAS 1:7
nights 26:6,13,15
  26:19,24
nods 6:10
non-Hispanic 31:8
Normally 41:14
North 1:12,12 18:8
  18:11 27:18 37:5
  37:8,15 39:2
  43:10,12 44:6
Notary 1:24 3:17
  5:5 44:20 46:5
Noted 44:10
notes 29:19
number 9:9 36:25
  42:7,17

O
O 3:3 4:3 5:3 45:7
oath 4:11,12
object 3:9,12

objections 4:15
Obviously 27:6
occasion 30:4
office 6:25 19:3
  24:4,12 25:4 30:4
  38:4,4,6,13,20,23
  39:5,6,13,19
  41:18
Okay 6:12,22 8:8
  10:15 16:4 17:22
  18:10 19:14 20:6
  20:22,25 21:20
  23:13 24:7 28:19
  32:2,20 33:6,13
  35:19 36:9 39:12
  40:2,5,24 42:2
one-family 11:16
ones 9:6 44:3
Order 1:22
ordering 12:11
original 3:18,21
Osorio 1:4 31:5
outcome 46:14
outside 38:7
owner 13:19

P
P 2:2,2 3:3 4:3
p.m 1:18 44:10
page 43:16
PAGES 45:3,8
paid 14:15,17 17:7
  17:10,19,21,25
  18:2 27:5,8,11,15
  35:6 37:21 40:20
  41:2,9,13,14,24
part 3:8 11:20 14:6
participating 4:5
particular 13:7
parties 3:6 4:13
  46:13
pass 42:20
passed 42:23
pause 33:2
pay 16:20 28:14
paychecks 43:9
period 13:21
person 4:11 6:6,14

personal 18:2
ersonally 8:7
  25:17
phone 6:15,18
  35:18 36:2,4,6,12
physically 4:6 6:23
  15:3
pick 19:22
pickup 20:23
picture 36:11
place 1:23
Plaintiff 1:21 2:3
  5:4
Plaintiffs 1:9
plaques 39:23
please 4:16 5:7,24
  8:15
point 17:14,15 42:6
pointing 11:14 12:9
  12:12 13:11,13
  15:14
portion 8:19
present 2:14 4:7
  5:11
PRESERVATION
  1:11,12
pretty 14:5 24:18
prior 5:21
probably 21:14
  25:6,9 31:9,12,17
  31:19,20 39:14,15
problem 27:7,9
proceeding 6:5
production 44:3
project 27:22 28:25
  29:17 30:8 42:19
projects 20:9 24:21
  24:24 29:10
pronunciation 31:8
proof 44:3
provided 3:7,19
Public 1:24 3:17
  5:5 44:20 46:5
purposes 8:5 9:10
  36:25
pursuant 1:22
put 9:11

Q
Queens 20:11
  30:16,19,20
question 3:10,12
  5:23,25 16:25
questions 5:19 6:6
  7:19
Quijada 37:17

R
R 2:2 4:3 5:3,3,3
  45:7 46:2
RABINOWITZ
  2:8
raining 25:10
Raise 29:12
Ramon 1:6 33:6
RAUL 1:7
Razo 1:5 31:7
read 8:19
ready 33:3
really 14:13 28:8,9
  29:22 31:22,23
recall 11:13,22,22
  12:19 19:2 20:2
  22:11,18 24:22
  25:6 26:3,25
  27:21 28:21 30:13
  30:23 31:22,23
  33:15 37:18 40:6
  41:19 42:7,17
receive 18:12 37:4
  37:7
received 27:18
  37:10
receiving 18:11
recess 32:11
record 4:17 5:8
  46:9
records 34:25
redacted 44:5
referring 42:3
regular 22:22 27:6
related 46:12
relative 32:7
remember 11:20
  14:12 18:13 23:4
  23:13 25:20 38:10

38:16 40:14
remotely 4:9,12
report 11:9 37:23
  39:12,16 41:17
reported 40:12
reporter 1:24 4:4
  5:7,10 6:9 8:5,18
  8:20 9:11 32:15
  46:5
reporting 4:8,15
represent 5:17
Requested 8:19
reserved 3:11,14
residential 19:4,6
respect 5:20
respective 3:6
response 40:19
responses 6:11
return 3:17
rig 29:5
rigging 8:23 9:3,5
  11:2 12:10 30:21
right 3:9 6:23
  27:16 39:11 41:22
rights 3:7,19
Rodriguez 1:6,8
  32:3,4,6
Rolando 1:5 31:14
room 4:7 6:19 7:2
Rosales 1:6 33:6
Rosen 2:8,11 4:19
  5:15,17 8:17 32:9
  32:12,20 44:2
  45:4
Rule 3:20
rules 3:8 6:8

S
S 2:2 3:3,3 4:3 5:3,3
  45:7,7
safety 9:8 39:25
  40:2
Sal 28:3
Salvador 1:5 28:3,5
  28:10
SANCHEZ 1:5
sat 6:5
Saturday 26:5

Saturdays 22:17,24
  25:23,25 27:5
saw 16:18 25:3
saying 39:15,24
  40:20
scaffold 9:7 12:11
scaffolds 26:11
second 16:20 22:21
  32:2,25 38:17,18
seconds 31:25
secure 26:11
security 8:5 9:9,10
  36:24
see 6:14 15:10
  25:15 29:12,16
  36:7 42:19,20
SEGUNDO 1:7,7
sensitivity 32:19
sent 30:21
September 1:17
  46:18
Sergio 1:13 25:22
  25:22 29:7,15
  35:8,11 36:4
  37:24 42:20,23
Sergio's 36:11
series 31:2
Serigo 41:10
set 46:7,17
shift 29:11
shirts 39:22
shorthand 46:4
show 16:6,12 44:6
showed 29:20
  35:25 36:2,5
showing 36:12
side 13:5
Sierra 1:5,6,6,21
  5:9,16 6:1 7:1 8:1
  8:22 9:1 10:1,9,13
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1,4,12 33:1,3

33:23 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1,8
  44:14 45:4
sign 29:9,14
signed 27:17
SIGUENCIA 1:7
similarly 1:8
site 9:8 20:18 21:4
  21:6 41:3
sites 19:11,18 28:25
situated 1:8
six 17:24
Small 13:6
snack 21:23
Social 9:9 36:24
someone's 38:20
sorry 8:17 12:18
  20:20 25:8 31:11
sounds 31:6,9
  33:19
SOUTHERN 1:3
Spanish 7:17
speak 11:5 16:5
  35:13 39:16
speaker 36:19,20
speaking 25:16
  32:13
specific 26:25
spoke 11:4 16:4,5
Star 1:12,12 18:9
  18:11 27:18 37:5
  37:8,15 39:2
  43:10,12 44:6
start 20:10 21:8
started 10:18 12:2
  13:22 18:11 21:9
  34:2,8,13
state 1:24 5:8 30:6
  37:19 46:6
statement 45:9
statements 44:5
States 1:3 7:21,24
stating 4:16
STIPULATED 3:5
  3:23
stop 25:14

stops 20:13
TRATEGY 1:12
  1:12
Street 2:4 5:12
  30:10,12,14
strike 3:10,12
STRUCTURAL
  1:11,12
stuff 25:16 26:5,12
  29:24
Subscribed 44:18
Suite 2:4
sum 17:8
Sunday 25:23
Sundays 22:17,24
supervise 16:15
  28:24 29:2
supervisor 15:13
  15:14,18 16:12,13
  39:14
supervisors 39:17
  40:11 41:18
supported 9:7
upposed 20:9
  26:10
sure 5:23 14:9
  17:16 29:12 31:13
  32:13 39:7
suspended 9:7
sworn 3:16 44:18
  46:8
sworn/affirmed 5:5

T
T 3:3,3 45:7,7 46:2
  46:2
take 6:9 7:10 8:6
  19:23 29:15 32:9
  36:11
taken 1:22 32:11
  33:2
talk 24:20,22,23
  25:2
talking 20:22 30:18
  35:18,19,22,23
  36:13
ell 16:8 23:21 29:3
  31:24 35:7,13

38:5
telling 24:13,15
terms 22:6
testified 5:6
testify 7:8,11
testimony 3:11,13
  46:7,9,9
text 26:18
Thank 9:13 44:8,9
thing 26:17
things 32:16
think 14:8,9,11
  16:7 17:18 23:15
  25:10 31:10,13
  32:21
Thirty 21:17
thought 13:18
three 18:24 19:17
  23:15
time 1:23 9:19 12:9
  13:21 16:17,21
  17:12,13 18:5
  19:21 20:8,11
  21:3,10 22:12
  23:21 25:12,17
  26:12,16,19 27:6
  30:19 35:17,25
  36:13 41:15 44:8
  44:10
Timeframe 22:12
times 25:25 26:2,3
  26:4
today 7:8,12 19:8
told 11:6,24 12:3
  13:23 14:4 25:3
  26:10,14,16,20,23
  29:8
top 30:13
trades 39:10
trailer 38:7
training 9:8
travel 19:17
trial 1:20 3:15
trick 5:21
truck 21:24
true 46:9
try 40:23
trying 18:13

TUBON 1:6
turn 32:18
turns 19:16
two 5:17 12:7,8,25
  14:8,11 22:9,11
  23:9,17 27:11,14
  28:13,17 30:25
  32:4 35:6 40:13
  40:13,13 41:6
two-family 11:17
  11:19
type 6:5 8:21 10:24
  11:11 18:21
typewritten 17:5

U
U 3:3 45:7,7
understand 5:22
  6:2,21
understood 5:25
uniform 3:8
United 1:3 7:21,23
use 32:2
usually 38:17

V
variation 22:5
Vassilios 1:13 5:18
Vector 1:11,12 5:18
  9:20,22 10:7,15
  10:21 12:14,21
  13:19 14:10 34:8
  34:18 36:12 37:4
  37:7,11 38:24
Vector's 34:25
verbal 6:11
verses 38:20
vest 39:25 40:2,8
vests 40:11
VIDEOCONFE...
  1:21
Visnay 33:16
voice 36:15,16,22

W
W-2 37:7,11
W-4 34:5,14,15
waive 4:14

waived 3:22
waiver 3:14,19
walking 25:15
want 18:13 24:3
  30:25 31:3,19,20
wanted 26:5
warehouse 12:16
  12:17 23:25 24:2
  24:3,8 30:3,17
wasn't 16:13 18:15
  23:10,24 26:22
water 21:25
way 20:13 32:24
  46:14
we're 27:12 32:9
week 14:24 16:7
  18:18 29:23
weekly 14:21,22,23
  15:2 29:22
weeks 12:7,8,25
  14:9 22:9,11
  23:12 27:12,14
  28:14,17 35:7,14
  41:6
went 11:7 17:15,16
  23:5 24:4,5 25:11
  26:19 30:2,19
  36:5 38:3 39:16
weren't 18:15 35:6
  37:20 41:9
WHEREOF 46:17
white 15:21,22,24
Wilder 1:8 32:6
Willis 2:9
witness 3:16,25 5:9
  5:12 44:9 45:3
  46:7,10,17
work 10:8 12:4
  18:21 21:8,9
  22:17,19 25:7,9
  25:23 26:5,6,15
  26:19,23 27:24
  29:12,16 30:16
  33:24
worked 14:9 22:6
  23:16 26:12 27:14
  27:21 29:24 31:10
  31:12,17 39:24

41:20
worker 16:13
workers 39:9
working 10:15,23
  12:21 13:11,16
  28:17 29:21 34:2
  34:8,13 36:25
  37:3 39:10
wouldn't 16:3
write 40:17
written 29:14

X
X 1:4,15 45:2
XX-XX-9696 9:12
XX/XX/XXXX
  8:10

Y
yard 24:4,8 30:3
yeah 10:23 11:7
  12:10 13:14 14:10
  15:14,22,24 16:5
  16:7,10,12,12
  17:4,4,6,15,16,20
  19:12,19,24 20:7
  20:10 21:2 22:15
  23:18 24:6,14,14
  24:19 25:4 26:12
  27:6,6,7 28:2,2
  29:7,11,25 30:22
  30:23 32:5,20
  34:6 35:21 36:8,8
  36:17,19,20,23
  38:5 39:21
year 8:25 10:2
  17:24 27:24
years 7:25
Yon 23:24
Yonkers 18:5,20,22
  19:13 20:19,19,23
  23:6,14,17,24
  24:24 25:14,18,19
  25:24 26:6 28:18
  28:19,20 29:17
  36:10 38:3,9 41:3
  42:19
York 1:3,25 2:5,5

2:10 5:13 37:19
46:6

___ **Z** ___

**Zapata** 1:4 31:5
**Zoom** 1:20 6:6

___ **0** ___

___ **1** ___

**10** 42:16
**100** 42:16
**10165** 2:5
**1099** 37:4,11
**11432** 5:13
**11501** 2:10
**13** 1:17
**13th** 46:18
**15** 7:25
**160th** 5:12

___ **2** ___

**20** 42:16
**2018** 9:16,23,25
  10:3,4,16 11:25
  19:8 23:8 27:25
**2019** 18:2,10 19:8
  23:8 27:25
**2021** 1:17 44:18
  46:18
**221** 3:8
**27** 17:15,17 28:22
  28:23
**277** 30:12
**28** 9:25

___ **3** ___

**3:30** 21:11 23:2
**3:32** 1:18
**3116** 3:20
**32** 9:7 17:12 28:22

___ **4** ___

**4:40** 44:10
**42nd** 2:4
**44** 45:9
**4510** 2:4

___ **5** ___

**5** 42:15
**5-44** 45:4
**5:30** 20:12,17
**540** 30:14
**597** 30:10

___ **6** ___

**6:00** 21:5,5
**6:40** 21:7
**6:45** 21:7
**60** 2:4

___ **7** ___

**7:00** 20:10,18 21:6
  21:9,9 23:2

___ **8** ___

**8281** 5:12

___ **9** ___

**94** 2:9