# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,
ARTURO DEL RAZO, BRAULIO ROLANDO
CASHABAMBA CHANGO, BYRON
SALVADOR BARRERA SANCHEZ,
CARLOS E. SIERRA RODRIGUEZ, EDWIN
FABRICIO CASHABAMBA TUBON, JESUS
SIERRA, JUAN SIERRA, RAMON
ROSALES GALVEZ, RAUL CHAVEZ DIAZ,
SEGUNDO LEANDRO ALULEMA GUANO,
SEGUNDO NICOLAS SIGUENCIA
ENCALADA, and WILDER RODRIGUEZ
individually and on behalf of
others similarly situated,

                    Plaintiffs,

                                        Docket No.
          - against -                   19-cv-04896-LDH-ST

VECTOR STRUCTURAL PRESERVATION
CORP. (D/B/A VECTOR STRUCTURAL
PRESERVATION), NORTH STAR
STRATEGY, INC. (D/B/A NORTH STAR
STRATEGY, INC.), BILL HANDAKAS,
BILL HANDAKAS, VASSILIOS
HANDAKAS, and SERGIO DOE

                    Defendants.
-------------------------------------------X
            Held via Zoom videoconference

            March 11, 2022
            2:00 p.m.
            DEPOSITION of OMAR DELRAZO, Plaintiff,
taken by Defendant, pursuant to Federal Rules of
Civil Procedure, and Notice, held at the above-noted
time and place, before Kyra Kustin, a Stenotype
Reporter and Notary Public within and for the State
of New York.

COPY

2

1
2    A P P E A R A N C E S:
3
4        CSM LEGAL, P.C.
                 Attorneys for Plaintiffs
5                60 E. 42nd Street, Suite 4510
                 New York, New York  10165
6
         BY:  CLELA ERRINGTON, ESQ.
7
8
         RABINOWITZ, GALINA & ROSEN
9                Attorneys for Defendants
                 94 Willis Avenue, Suite 2
10               Mineola, New York  11501
11       BY:  DANIEL RABINOWITZ, ESQ.
12
13
     A L S O    P R E S E N T:
14
                 MARIA GUTIERREZ - Eiber Translations
15
16
17
18
19
20
21
22
23
24
25

3

1

2          F E D E R A L    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     between the attorneys for the respective parties

6     herein, that the sealing, filing and certification

7     of the within deposition be waived;

8          IT IS FURTHER STIPULATED AND AGREED that all

9     objections, except as to form, are reserved to the

10    time of trial;

11         IT IS FURTHER STIPULATED AND AGREED that the

12    transcript of this deposition may be signed before

13    any Notary Public, with the same force and effect as

14    if signed before a clerk or Judge of the Court;

15         IT IS FURTHER STIPULATED AND AGREED that all

16    rights provided to all parties by the F.R.C.P.

17    cannot be deemed waived, and the appropriate

18    sections of the F.R.C.P. shall be controlling with

19    respect thereto.

20

21                        oo0oo

22

23

24

25

4

```
 1                    OMAR DELRAZO
 2    M A R I A   G U T I E R R E Z,
 3              The Spanish Interpreter herein, was
 4    duly sworn to interpret the questions from
 5    English into Spanish and the answers from Spanish
 6    into English, to the best of her ability:
 7    O M A R   D E L R A Z O,
 8              Plaintiff, having first been duly sworn
 9    through the Interpreter, was examined and
10    testified as follows:
11                   THE REPORTER:  State your name for
12              the record.
13                   THE WITNESS:  Omar Delrazo.
14                   THE REPORTER:  State your address
15              for the record.
16                   THE WITNESS:  150 37th, Union
17              City, New Jersey, 07087.
18                   THE REPORTER:  The attorneys
19              participating in this deposition
20              acknowledge that I am not physically
21              present in the deposition room, and
22              that I will be reporting this
23              deposition remotely.  They further
24              acknowledge that, in lieu of an oath
25              administered in person, I have
```

5

<pre>
 1                    OMAR DELRAZO
 2           administered the oath remotely.
 3                The parties and their counsel
 4           consent to this arrangement and waive
 5           any objections to this manner of
 6           reporting.  Please indicate your
 7           agreement by stating your name and your
 8           agreement on the record.
 9                MR. RABINOWITZ:  Daniel
10           Rabinowitz, I agree.
11                MS. ERRINGTON:  Clela Errington,
12           and I agree.
13     EXAMINATION
14     BY MR. RABINOWITZ:
15        Q   Good afternoon, Mr. Delrazo.  My name
16     is Dan Rabinowitz.  I am an attorney for
17     defendants in this matter, and before we get
18     started, I just want to go over a few ground
19     rules.
20        A   Yes.  That's fine.
21        Q   First, as you see, we have an
22     interpreter here today.  So even if you
23     understand some English, please let me finish
24     asking my questions, and the interpreter will
25     interpret the question.  And after you hear the
</pre>

6

1                    OMAR DELRAZO

2    question from the interpreter, you can respond.

3    Okay?

4         A    Okay.  That's fine.

5         Q    Okay.  Just so we have a clear record,

6    only one person speaks at a time, and when you're

7    answering questions, please say yes or no or some

8    other verbal response.  Do not nod your head or

9    anything like that in response to my questions.

10   Okay?

11        A    Okay.  That's fine.

12        Q    And I don't think we'll be here for so

13   long today, but if you need a break at any point,

14   let me know, and we can take one.  The only thing

15   that I ask is that if I've just asked a question,

16   please give a response to that question, and we

17   can take a break after that.

18        A    Yes.  That's fine.

19        Q    Okay.  So first, are you under the

20   influence of any alcohol, drugs, or other

21   medication today that could influence your

22   testimony?

23        A    No.

24        Q    Okay.  Have you failed to take any

25   medication today that you normally take that

7

1                          OMAR DELRAZO

2      could affect your ability to understand and

3      answer my questions?

4           A    No.

5           Q    Okay.  Great.  Have you ever -- today

6      we're here for a deposition.  Have you ever been

7      deposed before?

8           A    No.

9           Q    Okay.  What is your birthday?

10                    MR. RABINOWITZ:  We'll only put

11               the year on the record.

12          A    XX/XX of '83.

13          Q    Okay.  Where were you born?

14          A    In Mexico.

15          Q    Okay.  How long have you lived in the

16     United States for?

17          A    For about 17 years, more or less.

18     Since about 2004.

19          Q    Okay.  Are you a U.S. citizen?

20          A    No.

21          Q    Okay.  So that means you don't have a

22     social security number?

23          A    No.  I don't have one.

24          Q    Okay.  Are you currently employed?

25          A    Yes.

8

1                          OMAR DELRAZO

2        Q    Okay.  Who is your current employer?

3        A    His name is Rudolpho, he's the foreman.

4   I don't recall -- he's a contractor, but I don't

5   recall the name of the owner of the company.

6        Q    Okay.  Do you know the name of the

7   company itself?

8        A    I've been at that company for a short

9   amount of time, so I do not recall the name of

10  that company.

11       Q    Okay.  I just want to leave a space in

12  the record, then, to provide that name later.

13       A    Yes.  That's fine.

14                  (REQUESTED INFORMATION:

15       _____

16       _____

17       _____

18       _____

19       _____

20       _____  )

21       Q    What kind of work do you do for this

22  company?

23       A    Laying brick.

24       Q    And how long have you worked there for?

25       A    I've been at this company only for 20

9

1                          OMAR DELRAZO
2      days or one month.  It's new.
3           Q     Is it fair to say you started working
4      there in February of 2022?
5           A     Yes.  More or less.
6           Q     And where did you work before that?
7           A     Jem Construction.
8           Q     How do you spell that?  Is that G-e-m?
9      Do you know?
10          A     Uh-huh.
11          Q     So is it J-e-m?
12          A     Yes.
13          Q     Okay.  And when did you -- how long did
14     you work there for?
15          A     One year.
16          Q     Okay.  And what kind of work did you do
17     there?
18          A     Block.  Putting down blocks or laying
19     bricks.  Same.
20          Q     Okay.  And where did you work before
21     that?
22          A     HDK.
23          Q     Okay.  Did you also lay bricks there?
24          A     Yes.  Also.
25          Q     Okay.  And do you remember when you

1                    OMAR DELRAZO

2    started working there?

3         A    At Jem?

4         Q    Yes.

5         A    I believe I started there at the

6    beginning of 2020.

7         Q    Okay.  What about HDK?  Do you know

8    when you started working there?

9         A    Like, in -- well, perhaps between 2019

10   and 2020.  So 2019 to 2020.

11        Q    Okay.  And where did you work before

12   that?

13        A    I don't recall, being that I've worked

14   at a few companies.

15        Q    Okay.  So you don't remember anywhere

16   you worked before HDK.

17        A    The name of the company is called

18   Central.  Central.

19        Q    Okay.  Were you also a bricklayer

20   there?

21        A    Yes.  Also.

22        Q    Okay.  Do you know why we're here

23   today?

24        A    Yes.

25        Q    Okay.  Do you know the company you

11

1                          OMAR DELRAZO

2    worked for that is the reason that we're here

3    today?

4         A    Vector Construction.

5         Q    Okay.  When did you start working for

6    Vector?

7         A    I worked there for about two seasons

8    between September to December.  Then I went back

9    in May, and then I left in June.

10        Q    Okay.  In what years did you work there

11   September through December?

12        A    2018.

13        Q    Okay.  And you went back there, was it

14   May to June 2019?

15        A    Uh-huh.  Yes.

16        Q    Okay.  And how did you get your job

17   with Vector?

18        A    Through a friend that worked there.

19        Q    Okay.  What was this friend's name?

20        A    Ramon Rosales.

21        Q    Can you spell that please, the last

22   name.

23        A    R-o-s-a-l-e-s.

24        Q    Thank you.  How did you know this

25   person?

12

1                           OMAR DELRAZO

2          A     At construction jobs.

3          Q     Do you remember when you met him?

4          A     2010.

5          Q     Okay.  And how did he -- how did he

6     tell you about the job?

7          A     He asked me if I needed work because

8     they were looking for people to work over there

9     at Vector Construction.

10         Q     Okay.  And where did you live when you

11    were working for Vector construction?

12         A     In Queens.

13         Q     Okay.  Do you still live in Queens?

14         A     No.

15         Q     All right.  I guess, where do you live

16    now?

17         A     150 37th Street.

18         Q     Okay.  And what was your address when

19    you were working for Vector Construction?

20         A     9809 34th.

21         Q     That's in Queens?

22         A     Yeah.  Corona, Queens.

23         Q     Thank you.  So after you got the job,

24    how long was it before you started working?

25         A     What do you mean?  I don't understand

13

1                          OMAR DELRAZO

2    the question.

3         Q     So after Ramon told you about the job

4    at Vector, when did you start working there?

5         A     You mean when I left Vector and started

6    again?  Or...

7         Q     No.  When you first started working for

8    Vector, how long was it between when you were

9    told of the job and when you started working at

10   Vector?

11        A     After I found out about Vector?

12        Q     Yes.

13        A     About a month.

14              INTERPRETER:  Hold on.

15        A     About a month later.  That's when I

16   started working again.

17        Q     So I'm talking about the first time you

18   started working for Vector.

19        A     The first time was September to

20   December.

21        Q     Okay.  And when did Ramon tell you

22   about the job?

23        A     The first time was in September.

24        Q     Okay.  Where did you work when you

25   worked for Vector?  What was your job site?

14

1                      OMAR DELRAZO

2        A     In Yonkers.

3        Q     Do you remember the specific address?

4        A     No.  I don't recall.

5        Q     And how did you get to the job every

6    day?

7        A     By train, and then by bus.

8        Q     Okay.  Did you travel with anyone?

9        A     No.

10       Q     Okay.  Did you work at any other sites

11   for Vector besides the Yonkers site?

12       A     No.

13       Q     All right.  So you worked at the

14   Yonkers site from September to December 2018, and

15   May and June 2019?

16       A     Yes.

17       Q     Okay.  And what tools did you use when

18   you worked for Vector?

19       A     I used the leveler, the hammer, the

20   measurer, the line, the harness, the belt, the

21   ladder to get up to the scaffold, the helmet and

22   all of that.

23       Q     Okay.  And did you provide your own

24   tools?  Or did Vector provide them to you?

25       A     No.  We would buy everything ourselves.

1                    OMAR DELRAZO

2         Q    Okay.  So when you worked at the

3    Yonkers construction project, what were your

4    hours?

5         A    Excuse me?  What was what?

6         Q    All right.  When you worked at the

7    Yonkers site, what hour did you start in the

8    morning?

9         A    From 7 in the morning to 6:30 in the

10   evening.

11        Q    Okay.  Did you have any lunch breaks?

12        A    So in the morning for the coffee break,

13   it would be about a 15-minute break at 10 a.m.,

14   and then at 12 we would take about 30 minutes to

15   eat our food.

16        Q    Okay.  And did you take those breaks

17   every day?

18        A    Yes.

19        Q    Okay.  Were those the only breaks you

20   took every day?

21        A    Yes.

22        Q    And what days of the week did you work?

23        A    Monday through Friday, and sometimes

24   Saturdays, as well.

25        Q    How often would you work on Saturdays?

16

1                     OMAR DELRAZO

2     Like, how many Saturdays per month would you

3     work?

4          A     Two to three, and then I wouldn't go.

5          Q     Okay.  So you're saying you worked two

6     to three Saturdays every month?

7          A     Two Saturdays because I wouldn't go

8     every Saturday.

9          Q     Okay.  And did you ever work on Sunday?

10         A     No.

11         Q     Okay.  Did you work if it was raining

12    out?

13         A     No.  No.

14         Q     What about if it snowed?  Would you

15    have worked?

16         A     No.

17         Q     Okay.  Did you ever work on holidays?

18    Like, let's say, Christmas?

19         A     No.

20         Q     Okay.  And how many hours would you

21    work on Saturdays when you worked on Saturdays?

22         A     From 8 to 3:30.

23         Q     Okay.  And how many weeks did you work

24    at the Yonkers project for?

25         A     Weeks?  Or months?

1                    OMAR DELRAZO

2        Q    Let's do months.

3        A    Three months.

4        Q    Okay.

5        A    And the second time, three months.

6        Q    So you worked at the Yonkers project

7   from September to December 2018 and May to June

8   of 2019?

9        A    Yes.

10       Q    Okay.  Were you paid when you worked

11  for Vector?

12       A    At the beginning, the first time that I

13  went there, yes.  But the second time when I came

14  back at that point, no.

15       Q    So you were paid in September through

16  December 2018 and not paid in May through June

17  2019.

18       A    Exactly.

19       Q    Okay.  And what were you told your pay

20  was going to be for September through December

21  2018?

22       A    What was that?  I didn't hear the

23  question very well.

24       Q    How much money were you told you were

25  going to be paid from September through December

18

1                          OMAR DELRAZO

2     2018?

3          A     They would pay me $35 per hour.

4          Q     And you were paid that for all hours

5     that you worked from September through December

6     2018?

7          A     Yes.

8          Q     Okay.  And for May through June 2019,

9     what were you told your pay was supposed to be?

10         A     The same.

11         Q     Okay.  And who told you that your pay

12    was going to be $35 per hour?

13         A     Sergio, the foreman.

14         Q     Okay.  Was Sergio your boss for the

15    project?

16         A     Well, the one that was in charge.  Yes.

17         Q     Okay.  Was anyone in charge of Sergio?

18         A     Bill, the owner of the company.  He's

19    the only one that directly had contact with

20    Sergio.

21         Q     You said Bill?

22         A     Yes.

23         Q     Okay.  Did you ever meet Bill?

24         A     No.  He never went -- everything -- all

25    the basis of everything that we did was through

19

1                         OMAR DELRAZO

2     Sergio.

3         Q     Then how did you know Bill was Sergio's

4     boss?

5         A     Because Sergio would tell us.

6         Q     Okay.  And when you were paid in

7     September through December 2018, how often were

8     you paid?  Were you paid weekly?  Biweekly?

9     Something else?

10        A     Weekly.

11        Q     Weekly.  Okay.  Were you paid by cash

12    or check?

13        A     Cash.

14        Q     Okay.  Were you ever paid by check?

15        A     Yes.  When they would do that, it would

16    be via personal check.

17        Q     And was there a company name on that

18    check?

19        A     I don't recall.  It's been over two

20    years, so I don't recall very well.

21        Q     Okay.  Do you remember if there was a

22    personal name on that check?  Maybe Sergio's

23    name?  Or Bill's name?  Or something like that?

24        A     No.  I don't recall.

25        Q     Okay.  And you were never paid for May

20

1                    OMAR DELRAZO

2    through June 2019; correct?

3        A    They would pay us, but not the amount

4    that they were supposed to pay us.  They would

5    be, like, we'll pay the other part of it the

6    following week, and then they would start

7    accumulating and then they never paid us for the

8    amount that we were owed.

9        Q    Okay.  So how much were you supposed to

10   be paid from May through June 2019?

11       A    For the five days during the week,

12   eight hours a day, would be 1500.

13       Q    Okay.  And did they ever tell you what

14   you were supposed to be paid on weekends?

15              INTERPRETER:  Hold on one second.

16              I think he said 1400.  Can I verify

17              that with him?  I just want to make

18              sure.

19              MR. RABINOWITZ:  Yes, please.

20              INTERPRETER:  Because I think I

21              said the wrong thing.  So it was 1400.

22              My apologies.

23              MR. RABINOWITZ:  Not a problem.

24       Q    Who told you that you were supposed to

25   be paid $1400 a week?

1                       OMAR DELRAZO

2           A     Sergio.

3           Q     Okay.  And do you remember what days or

4      weeks you weren't paid for in May through June

5      2019?

6           A     It would be every week, they wouldn't

7      pay us completely.

8           Q     Okay.  Do you remember how much less

9      than you were told to be paid you were actually

10     paid?

11                       INTERPRETER:  One second.

12          A     So it would be anywhere between

13     $800-900, and then they'd always say we'll pay

14     the rest of it the following week -- the next

15     week.  So they kept saying that, so we got tired

16     of it.  We decided it was best that we leave,

17     start a lawsuit because it's a heavy type of job.

18     You're risking your life, and you're not getting

19     paid.

20          Q     Okay.  And do you remember how you were

21     paid for May through June 2019?  Was it cash?  Or

22     check?

23          A     So sometimes they would pay us in cash,

24     but when they would pay us in check, there would

25     be no funds, so it would bounce.  And they

22

1           OMAR DELRAZO

2    already knew us at the cashier -- the

3    check-cashing place.  They wouldn't accept for

4    the checks to be changed because they already

5    knew about that company.

6          Q    Did those checks have a company name on

7    them?

8          A    I really didn't take a look at that or

9    pay attention to that.  I really don't recall.

10         Q    Do you remember who signed the checks?

11         A    No.

12         Q    Do you have any of the checks in your

13   possession?

14         A    I gave them to my lawyer here at the

15   lawyer's office, Michael Fallisha [phonetic].

16   But I just gave him two that they wouldn't

17   exchange for me.

18              MR. RABINOWITZ:  Okay.  Just to

19         the extent they haven't been produced

20         yet, we're going to call for production

21         of those checks.

22              MS.  ERRINGTON:  They have --

23              (Technical disruption.)

24              MR. RABINOWITZ:  They have been

25         produced, you said?  I'm sorry.  I

23

```
1                    OMAR DELRAZO
2              can't hear you very well.
3                   MS. ERRINGTON:  Yes.  These have
4              been produced, I believe, twice.
5                   MR. RABINOWITZ:  Okay.  Great.
6              Thank you.
7         Q    All right.  So when you got to the job
8    every day, where you would you report to?
9         A    With Sergio -- to the sign-in sheet
10   with Sergio.
11        Q    Okay.  Where was that?
12        A    In the basement.
13        Q    The basement of what?
14        A    Of the Vector job in Yonkers.
15        Q    Okay.  Was that the basement of a
16   building?  Or the basement of a trailer?
17   Something like that?
18        A    The basement of the building that we
19   were building.
20        Q    And Sergio was there every day when you
21   signed in?
22        A    Yes.
23        Q    Okay.  Was anyone else there when you
24   would sign in every day?
25        A    What was that?  I didn't understand.
```

24

1                    OMAR DELRAZO

2        Q    Was there anyone else in the basement

3    when you would sign in every day, besides Sergio?

4        A    Well, all of my coworkers.

5        Q    Okay.  And did you sign out every day

6    when you left?

7        A    No.  Sergio would be the one in charge

8    of signing out at the end of the day.

9        Q    Okay.  So would you tell him when you

10   were leaving, and he would sign you out in the

11   book every day?

12       A    No.  Because all of us already knew our

13   time to leave for the end day was 6:30.  So he

14   would just sign for it.

15       Q    And when you would get paid, what

16   physical location were you paid at?

17       A    Right there at the -- in the basement.

18       Q    Okay.  So -- and how did that happen?

19   Did Sergio just directly hand you a check or the

20   cash?

21       A    Yes.  He'd give us -- hand us the

22   check.  And then he said the other amount, you'll

23   get next week, and Bill will be the ones to give

24   it to you.

25       Q    Okay.  And so you're saying he said

25

OMAR DELRAZO

1
2    Bill -- I'm sorry.  Withdrawn.
3              What work did you do for Vector?
4        A    I would lay brick in suspended
5    scaffolds.
6        Q    Did you do any other work for Vector?
7        A    No.  Just laying brick.
8        Q    Okay.  And who did you work with at the
9    Yonkers job?
10       A    They'd always change the different
11   coworkers, but it was right there within the same
12   place.
13       Q    Do you remember the names of these
14   coworkers?
15             INTERPRETER:  He said -- the first
16             name.  I couldn't hear them, but I'll
17             get that from him in a second.  He
18             said:
19       A    Juan, Ramon, Carlos, and Miner
20   [phonetic].  And there was a lot of other
21   coworkers there.
22             INTERPRETER:  Can I get the first
23             name?  I didn't hear him clearly.
24             MR. RABINOWITZ:  Yes.
25       A    Lucio.

26

1                    OMAR DELRAZO

2                INTERPRETER:  So Lucio.

3       Q    Okay.  And did Sergio direct your work

4   every day?

5       A    Yes.

6       Q    Did anyone else ever tell you what to

7   do at the Yonkers job?

8       A    No.  Sergio would be the only one to

9   tell us you're going to work on that specific

10  scaffold, on that specific wall.

11      Q    Did you ever supervise anyone at the

12  Yonkers job?

13      A    No.  No.  No.  No.  I was only a

14  worker.

15      Q    Did anyone ever come to you for any

16  reason for direction for the Yonkers job?

17      A    No.

18      Q    All right.  Did you ever keep a log of

19  your hours that you worked for Vector?

20      A    No.  Sergio was in charge of that.

21      Q    So you didn't have a diary of hours or

22  a calendar of hours?

23      A    No.  Because we would sign in and then

24  Sergio would be in charge of the hours.

25      Q    All right.  And did you ever keep a log

1               OMAR DELRAZO

2    of how much you were paid for -- when you were

3    working for Vector?

4        A    No.  We would sign in the entrance,

5    then they would write it down.  And, if anything,

6    I would tell Sergio -- he'll be, like, you'll get

7    this amount, and -- but it would be less than the

8    amount we were supposed to get.  And this

9    happened every eight days.  So we all figured it

10   was better to leave and find a lawyer because

11   they'd tell us the same thing every eight days,

12   and it wasn't fair.

13       Q    Did you ever go to Vector's

14   headquarters?

15       A    Not me.  No.

16       Q    Did you ever see any corporate

17   documents from Vector, such as their bylaws or

18   articles of incorporation?

19                 INTERPRETER:  Did you say bylaws

20            or incorporation?  I couldn't hear you

21            clearly.

22                 MR. RABINOWITZ:  Bylaws or

23            articles of incorporation.

24                 INTERPRETER:  Bylaws and articles

25            of incorporation?

28

                        OMAR DELRAZO

1                        MR. RABINOWITZ:  Yeah.

2                        INTERPRETER:  Okay.  Sorry.  I

3              just want to make sure I got that.

4       A      No.  Never.

5       Q      Do you know where Vector's headquarters

6    was?

7       A      No.  I did not know.

8       Q      Okay.  And do you know anyone who

9    worked in Vector's headquarters?

10      A      No.

11      Q      Okay.  I'm going to ask if you know a

12   series of names.  So for each name, first let me

13   know if you know them.  And if you do know any of

14   these people, I'm going to ask further questions.

15   Okay?

16      A      That's fine.

17      Q      Okay.  Do you know Alejandro Manuel

18   Zapata Osorio?

19      A      I don't recall everyone's name.

20      Q      What about Braulio Rolando Cashabamba

21   Chango?

22      A      Yeah.  Braulio.  Yeah.

23      Q      How do you know him?

24      A      Who?  Braulio?

1                         OMAR DELRAZO

2        Q    Yes.

3        A    He worked there.

4        Q    Did you know him before you started to

5    work for Vector?

6        A    No.  I got to know them all at work.

7        Q    Did you work directly with Braulio?

8        A    No.

9        Q    Okay.  So you were not part of the same

10   team.

11       A    No.  We'd always work with Sergio.

12   We'd get directions from Sergio.

13       Q    All right.  So did you ever work as

14   part of a team at Vector?  Or you did everything

15   individually?

16       A    Uh-huh.

17       Q    Okay.  Did you ever go to or from the

18   job site with anyone?  Or did you go to Yonkers

19   by yourself every day?

20       A    No.  I'd go and I'd come back alone.

21       Q    Okay.  Do you know Byron Salvador

22   Barrera Sanchez?

23       A    Like I told you before, I don't recall

24   everyone's name.

25       Q    Okay.  What about Carlos Sierra

1                    OMAR DELRAZO

2    Rodriguez?

3         A    I do know Carlos, his brother, and his

4    father very well.

5         Q    How do you know them?

6         A    From many years ago working in

7    construction.

8         Q    Okay.  So you kept in touch with him

9    over many years, and you got to know his family.

10   Is that fair to say?

11        A    Not his entire family, but I would get

12   along very well with Carlos, Juan, and his

13   father.

14        Q    So you would see them the outside of

15   work?

16        A    Sometimes.

17        Q    Okay.  What about Edwin Fabricio

18   Cashabamba Tubon?

19        A    I don't recall very well the names of

20   the rest.

21        Q    What about Jesus Sierra?

22        A    That's Juan and Carlos's father.  Yes.

23        Q    Okay.  So that means you know Juan

24   Sierra, right?

25        A    Yes.

1                        OMAR DELRAZO

2        Q     Okay.  What about Ramon Rosales Galvez?

3        A     He's the one that recommended that job

4    to me.

5        Q     And how long did you know him for

6    before you started working at Vector?

7        A     About eight years.

8        Q     And what about Raul Chavez Diaz?

9        A     Yes.  I also know that man.

10       Q     Did you meet him at the Yonkers job?

11   Or did you meet him before that?

12       A     No.  At the Yonkers job.

13       Q     Okay.  What about Segundo Leandro

14   Alulema Guano?

15       A     I did know him at work.  Same.

16       Q     And did you know him before you started

17   working for Vector?

18       A     No.

19       Q     Okay.  What about Segundo Nicolas

20   Siguencia Encalada?

21       A     Same thing.  At the job.

22       Q     Okay.

23       A     But I did not know them beforehand.

24       Q     And what about Wilder Rodriguez?

25       A     Same thing.  There at the job.

```
 1                      OMAR DELRAZO
 2        Q    Okay.  Before you started working for
 3   Vector, did you have to fill out any forms?
 4        A    No.  I didn't have to fill anything
 5   out.
 6        Q    Okay.  So you didn't fill out an
 7   I-9 form?
 8        A    They never asked you for anything
 9   there.  They didn't care.  They didn't ask you
10   for licenses of any kind or for you to, you know,
11   give them anything like that.  There were people
12   that didn't have the scaffolding suspension
13   credits that they needed by law.  They would
14   never even ask those people for that.
15        Q    Okay.  And did you receive any form
16   from Vector such as a wage form?  A W-2 form?
17        A    No.  Nothing.
18        Q    Okay.  Do you know an Angel Cuihado
19   [phonetic].
20        A    No.
21        Q    What about David Cuevas.
22        A    Perhaps they're coworkers, but I don't
23   recall them.
24        Q    All right.  So right now you have no
25   recollection of him -- of working with him.
```

33

1                          OMAR DELRAZO

2          A     Perhaps, yes, but there's a lot of

3     times that you know the people that you work with

4     by nicknames, so...

5          Q     So you're not sure.  You might know

6     him, and you might not know him.

7          A     Exactly.

8          Q     What about John Palmer?

9          A     Same.  No.

10         Q     Okay.  What about Jose Viesnef

11    [phonetic]?

12         A     No.  No.  I don't recall him.

13         Q     And what about Jose Abato?

14         A     No.

15         Q     Okay.  And you did know Bill Handakas,

16    right?

17         A     No.

18         Q     Okay.  And when did you first report

19    that you were not being paid all the wages that

20    you were supposed to be paid?

21                    INTERPRETER:  I'm just going to

22                    repeat the question.

23         A     Well, I sold Sergio -- we all got

24    together and told Sergio we're not going to work

25    here anymore.  We're all going to leave because

34

1                    OMAR DELRAZO

2    it's not fair.  You're not paying us the right

3    amount.  So one week they'd tell us you'll get

4    paid the next week, the rest of it, but every

5    week we'd have to stop because they weren't

6    paying us the money.

7         Q    Okay.  When did you first talk to

8    Sergio about this?

9         A    It wasn't just me.  It was all of us

10   that said something to him, but I no longer

11   recall because so many years have already passed.

12        Q    Okay.  And what happened when you

13   talked to Sergio?  What did he do?

14        A    Sergio would tell us just keep working.

15   Don't worry about it.  Bill's going to pay you

16   next week.  Just keep working.  But the same

17   thing would happen every single week, and they

18   wouldn't pay us.

19             MR. RABINOWITZ:  All right.  Can

20             we take a ten-minute break?  I want to

21             check my notes to see if we have

22             anything further we need to talk about.

23        A    Okay.  That's fine.

24             (A recess was taken at 2:48 p.m.)

25        Q    I just have a few more questions, and

35

OMAR DELRAZO

1

2    then we'll be done for today.

3        A    Yes.  That's fine.

4        Q    Have you ever been -- have you ever

5    went by any other name other than Arturo Delrazo?

6        A    Omar.

7        Q    So would that be Omar Delrazo?

8        A    My full name is Omar Delrazo, but the

9    majority of the people know me as Arturo Delrazo.

10       Q    Okay.  And when you signed in at Vector

11   every day, what name did you put on the sign-in

12   sheet?

13       A    I don't recall if I would write down

14   Omar or Arturo.

15       Q    So it could have been either one?

16       A    Yes.

17       Q    Okay.  And when the checks were -- when

18   you got checks, what name was on them?  Arturo?

19   Or Omar?

20       A    I don't recall.

21       Q    Have you ever heard of a company called

22   North Star Strategy, Inc.?

23       A    No.

24       Q    So you never worked for North Star

25   Strategy, Inc.?

36

1                         OMAR DELRAZO

2         A     No.

3                   MR. RABINOWITZ:   One second.   All

4           right.   That's all I have for today.

5               (TIME NOTED:   3:02 p.m.)

6

7                         _____

8                         OMAR DELRAZO

9

10   Subscribed and sworn to

11   Before me this _____ day

12   Of _____, 2022.

13   _____

14       NOTARY PUBLIC

15

16

17

18

19

20

21

22

23

24

25

37

1                          OMAR DELRAZO

2                             INDEX

3    WITNESS            EXAMINATION BY              PAGE

     O. Delrazo        Mr. Rabinowitz              5

4

5                            REQUESTS

6    DESCRIPTION                                    PAGE

     Request for company name of current employer. 8

7

     Request for copy of checks.                   22

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

38

```
 1                    OMAR DELRAZO
 2                    CERTIFICATION
 3    STATE OF NEW YORK    )
                           )    SS
 4    COUNTY OF SUFFOLK
 5
 6          I, KYRA KUSTIN, a stenotype reporter
 7    and Notary Public within and for the State of New
 8    York, do hereby certify;
 9          That the witness whose Examination
10    Before Trial is hereinbefore set forth was duly
11    sworn by me;
12          That such Examination Before Trial is a
13    true and accurate record of the testimony given
14    by said witness.
15          I further certify that I am not related
16    to any of the parties to this action by blood or
17    marriage, and that I am in no way interested in
18    the outcome of this matter.
19          IN WITNESS WHEREOF, I have hereunto set
20    my hand this 25th day of March, 2022.
21
22          _____
                   KYRA KUSTIN
23
24
25
```

**A**

.m 15:13
Abato 33:13
ability 4:6 7:2
above-noted 1:22
accept 22:3
accumulating 20:7
accurate 38:13
acknowledge 4:20
4:24
action 38:16
address 4:14 12:18
14:3
administered 4:25
5:2
affect 7:2
afternoon 5:15
ago 30:6
agree 5:10,12
AGREED 3:4,8,11
3:15
agreement 5:7,8
alcohol 6:20
Alejandro 1:3
28:18
Alulema 1:7 31:14
amount 8:9 20:3,8
24:22 27:7,8 34:3
Angel 32:18
answer 7:3
answering 6:7
answers 4:5
anymore 33:25
apologies 20:22
appropriate 3:17
arrangement 5:4
articles 27:18,23,24
Arturo 1:4 35:5,9
35:14,18
asked 6:15 12:7
32:8
asking 5:24
attention 22:9
attorney 5:16
attorneys 2:4,9 3:5
4:18
Avenue 2:9

**B**

back 11:8,13 17:14
29:20
Barrera 1:5 29:22
basement 23:12,13
23:15,16,18 24:2
24:17
basis 18:25
beginning 10:6
17:12
behalf 1:9
believe 10:5 23:4
belt 14:20
best 4:6 21:16
better 27:10
Bill 1:14,15 18:18
18:21,23 19:3
24:23 25:2 33:15
Bill's 19:23 34:15
birthday 7:9
Biweekly 19:8
Block 9:18
blocks 9:18
blood 38:16
book 24:11
born 7:13
boss 18:14 19:4
bounce 21:25
Braulio 1:4 28:21
28:23,25 29:7
break 6:13,17
15:12,13 34:20
breaks 15:11,16,19
brick 8:23 25:4,7
bricklayer 10:19
bricks 9:19,23
brother 30:3
building 23:16,18
23:19
bus 14:7
buy 14:25
bylaws 27:17,19,22
27:24
Byron 1:4 29:21

**C**

C 2:2
calendar 26:22

call 22:20
called 10:17 35:21
care 32:9
Carlos 1:5 25:19
29:25 30:3,12
Carlos's 30:22
cash 19:11,13 21:21
21:23 24:20
Cashabamba 1:4,6
28:21 30:18
cashier 22:2
Central 10:18,18
certification 3:6
38:2
certify 38:8,15
change 25:10
changed 22:4
Chango 1:4 28:22
charge 18:16,17
24:7 26:20,24
Chavez 1:7 31:8
check 19:12,14,16
19:18,22 21:22,24
24:19,22 34:21
check-cashing 22:3
checks 22:4,6,10,12
22:21 35:17,18
37:7
Christmas 16:18
citizen 7:19
City 4:17
Civil 1:22
clear 6:5
clearly 25:23 27:21
Clela 2:6 5:11
clerk 3:14
coffee 15:12
come 26:15 29:20
companies 10:14
company 8:5,7,8,10
8:22,25 10:17,25
18:18 19:17 22:5
22:6 35:21 37:6
completely 21:7
consent 5:4
construction 9:7
11:4 12:2,9,11,19
15:3 30:7

contact 18:19
contractor 8:4
controlling 3:18
copy 37:7
Corona 12:22
CORP 1:13
corporate 27:16
correct 20:2
counsel 5:3
COUNTY 38:4
Court 1:2 3:14
coworkers 24:4
25:11,14,21 32:22
credits 32:13
CSM 2:4
Cuevas 32:21
Cuihado 32:18
current 8:2 37:6
currently 7:24

**D**

D 3:2 4:7
D/B/A 1:13,14
Dan 5:16
Daniel 2:11 5:9
David 32:21
day 14:6 15:17,20
20:12 23:8,20,24
24:3,5,8,11,13
26:4 29:19 35:11
36:11 38:20
days 9:2 15:22
20:11 21:3 27:9
27:11
December 11:8,11
13:20 14:14 17:7
17:16,20,25 18:5
19:7
decided 21:16
deemed 3:17
Defendant 1:21
defendants 1:16
2:9 5:17
DEL 1:4
Delrazo 1:20 4:1,13
5:1,15 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1,5,7,8,9
36:1,8 37:1,3 38:1
deposed 7:7
deposition 1:20 3:7
3:12 4:19,21,23
7:6
DESCRIPTION
37:6
diary 26:21
Diaz 1:7 31:8
different 25:10
direct 26:3
direction 26:16
directions 29:12
directly 18:19
24:19 29:7
disruption 22:23
DISTRICT 1:2,2
Docket 1:11
documents 27:17
DOE 1:15
drugs 6:20
duly 4:4,8 38:10

**E**

E 1:5 2:2,2,5,13,13
3:2,2 4:2,2,7
EASTERN 1:2
eat 15:15
Edwin 1:5 30:17
effect 3:13
Eiber 2:14
eight 20:12 27:9,11
31:7
either 35:15
employed 7:24
employer 8:2
employer.8 37:6
Encalada 1:8 31:20
English 4:5,6 5:23
entire 30:11
entrance 27:4

**Errington** 2:6 5:11
   5:11 22:22 23:3
**ESQ** 2:6,11
**evening** 15:10
**everyone's** 28:20
   29:24
**Exactly** 17:18 33:7
**Examination** 5:13
   37:3 38:9,12
**examined** 4:9
**exchange** 22:17
**Excuse** 15:5
**extent** 22:19

**F**

**F** 3:2
**F.R.C.P** 3:16,18
**Fabricio** 1:6 30:17
**failed** 6:24
**fair** 9:3 27:12 30:10
   34:2
**Fallisha** 22:15
**family** 30:9,11
**father** 30:4,13,22
**February** 9:4
**Federal** 1:21
**figured** 27:9
**filing** 3:6
**fill** 32:3,4,6
**find** 27:10
**fine** 5:20 6:4,11,18
   8:13 28:17 34:23
   35:3
**finish** 5:23
**first** 4:8 5:21 6:19
   13:7,17,19,23
   17:12 25:15,22
   28:13 33:18 34:7
**five** 20:11
**following** 20:6
   21:14
**follows** 4:10
**food** 15:15
**force** 3:13
**foreman** 8:3 18:13
**form** 3:9 32:7,15,16
   32:16
**forms** 32:3

**forth** 38:10
**found** 13:11
**Friday** 15:23
**friend** 11:18
**friend's** 11:19
**full** 35:8
**funds** 21:25
**further** 3:8,11,15
   4:23 28:15 34:22
   38:15

**G**

**G** 4:2
**G-e-m** 9:8
**GALINA** 2:8
**Galvez** 1:7 31:2
**getting** 21:18
**give** 6:16 24:21,23
   32:11
**given** 38:13
**go** 5:18 16:4,7
   27:13 29:17,18,20
**going** 17:20,25
   18:12 22:20 26:9
   28:12,15 33:21,24
   33:25 34:15
**Good** 5:15
**Great** 7:5 23:5
**ground** 5:18
**Guano** 1:7 31:14
**guess** 12:15
**GUTIERREZ** 2:14

**H**

**hammer** 14:19
**hand** 24:19,21
   38:20
**Handakas** 1:14,15
   1:15 33:15
**happen** 24:18
   34:17
**happened** 27:9
   34:12
**harness** 14:20
**HDK** 9:22 10:7,16
**he'll** 27:6
**head** 6:8
**headquarters**

   27:14 28:6,10
**hear** 5:25 17:22
   23:2 25:16,23
   27:20
**heard** 35:21
**heavy** 21:17
**held** 1:17,22
**helmet** 14:21
**hereinbefore** 38:10
**hereunto** 38:19
**Hold** 13:14 20:15
**holidays** 16:17
**hour** 15:7 18:3,12
**hours** 15:4 16:20
   18:4 20:12 26:19
   26:21,22,24

**I**

**I-9** 32:7
**incorporation**
   27:18,20,23,25
**INDEX** 37:2
**indicate** 5:6
**individually** 1:9
   29:15
**influence** 6:20,21
**INFORMATION**
   8:14
**interested** 38:17
**interpret** 4:4 5:25
**interpreter** 4:3,9
   5:22,24 6:2 13:14
   20:15,20 21:11
   25:15,22 26:2
   27:19,24 28:3
   33:21

**J**

**J-e-m** 9:11
**Jem** 9:7 10:3
**Jersey** 4:17
**Jesus** 1:6 30:21
**job** 11:16 12:6,23
   13:3,9,22,25 14:5
   21:17 23:7,14
   25:9 26:7,12,16
   29:18 31:3,10,12
   31:21,25

**jobs** 12:2
**John** 33:8
**Jose** 33:10,13
**Juan** 1:6 25:19
   30:12,22,23
**Judge** 3:14
**June** 11:9,14 14:15
   17:7,16 18:8 20:2
   20:10 21:4,21

**K**

**keep** 26:18,25
   34:14,16
**kept** 21:15 30:8
**kind** 8:21 9:16
   32:10
**knew** 22:2,5 24:12
**know** 6:14 8:6 9:9
   10:7,22,25 11:24
   19:3 28:6,8,9,12
   28:14,14,14,18,24
   29:4,6,21 30:3,5,9
   30:23 31:5,9,15
   31:16,23 32:10,18
   33:3,5,6,15 35:9
**Kustin** 1:23 38:6,22
**Kyra** 1:23 38:6,22

**L**

**L** 2:13 3:2,2 4:7
**ladder** 14:21
**law** 32:13
**lawsuit** 21:17
**lawyer** 22:14 27:10
**lawyer's** 22:15
**lay** 9:23 25:4
**laying** 8:23 9:18
   25:7
**Leandro** 1:7 31:13
**leave** 8:11 21:16
   24:13 27:10 33:25
**leaving** 24:10
**left** 11:9 13:5 24:6
**LEGAL** 2:4
**let's** 16:18 17:2
**leveler** 14:19
**licenses** 32:10
**lieu** 4:24

**life** 21:18
**line** 14:20
**live** 12:10,13,15
**lived** 7:15
**location** 24:16
**log** 26:18,25
**long** 6:13 7:15 8:24
   9:13 12:24 13:8
   31:5
**longer** 34:10
**look** 22:8
**looking** 12:8
**lot** 25:20 33:2
**Lucio** 25:25 26:2
**lunch** 15:11

**M**

**M** 4:2,7
**majority** 35:9
**man** 31:9
**manner** 5:5
**Manuel** 1:3 28:18
**March** 1:18 38:20
**MARIA** 2:14
**marriage** 38:17
**matter** 5:17 38:18
**mean** 12:25 13:5
**means** 7:21 30:23
**measurer** 14:20
**medication** 6:21,25
**meet** 18:23 31:10
   31:11
**met** 12:3
**Mexico** 7:14
**Michael** 22:15
**Mineola** 2:10
**Miner** 25:19
**minutes** 15:14
**Monday** 15:23
**money** 17:24 34:6
**month** 9:2 13:13,15
   16:2,6
**months** 16:25 17:2
   17:3,5
**morning** 15:8,9,12

**N**

**N** 2:2,13 3:2

name 4:11 5:7,15
  8:3,5,6,9,12 10:17
  11:19,22 19:17,22
  19:23,23 22:6
  25:16,23 28:13,20
  29:24 35:5,8,11
  35:18 37:6
names 25:13 28:13
  30:19
need 6:13 34:22
needed 12:7 32:13
never 18:24 19:25
  20:7 28:5 32:8,14
  35:24
new 1:2,25 2:5,5,10
  4:17 9:2 38:3,7
nicknames 33:4
Nicolas 1:8 31:19
nod 6:8
normally 6:25
North 1:13,14
  35:22,24
Notary 1:24 3:13
  36:14 38:7
NOTED 36:5
notes 34:21
Notice 1:22
number 7:22

_____
       O
_____

O 2:13 3:2 4:7,7
  37:3
oath 4:24 5:2
objections 3:9 5:5
office 22:15
Okay 6:3,4,5,10,11
  6:19,24 7:5,9,13
  7:15,19,21,24 8:2
  8:6,11 9:13,16,20
  9:23,25 10:7,11
  10:15,19,22,25
  11:5,10,13,16,19
  12:5,10,13,18
  13:21,24 14:8,10
  14:17,23 15:2,11
  15:16,19 16:5,9
  16:11,17,20,23
  17:4,10,19 18:8

18:11,14,17,23
  19:6,11,14,21,25
  20:9,13 21:3,8,20
  22:18 23:5,11,15
  23:23 24:5,9,18
  24:25 25:8 26:3
  28:3,9,12,16,18
  29:9,17,21,25
  30:8,17,23 31:2
  31:13,19,22 32:2
  32:6,15,18 33:10
  33:15,18 34:7,12
  34:23 35:10,17
Omar 1:20 4:1,13
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1,6,7,8,14
  35:19 36:1,8 37:1
  38:1
ones 24:23
oo0oo 3:21
Osorio 1:3 28:19
outcome 38:18
outside 30:14
owed 20:8
owner 8:5 18:18

_____
       P
_____

P 2:2,2,13 3:2
P.C 2:4
p.m 1:19 34:24 36:5
PAGE 37:3,6
paid 17:10,15,16,25
  18:4 19:6,8,8,11
  19:14,25 20:7,10
  20:14,25 21:4,9
  21:10,19,21 24:15
  24:16 27:2 33:19
  33:20 34:4
Palmer 33:8
part 20:5 29:9,14

participating 4:19
parties 3:5,16 5:3
  38:16
passed 34:11
pay 17:19 18:3,9,11
  20:3,4,5 21:7,13
  21:23,24 22:9
  34:15,18
paying 34:2,6
people 12:8 28:15
  32:11,14 33:3
  35:9
person 4:25 6:6
  11:25
personal 19:16,22
phonetic 22:15
  25:20 32:19 33:11
physical 24:16
physically 4:20
place 1:23 22:3
  25:12
Plaintiff 1:20 4:8
Plaintiffs 1:10 2:4
please 5:6,23 6:7,16
  11:21 20:19
point 6:13 17:14
possession 22:13
present 4:21
PRESERVATION
  1:12,13
problem 20:23
Procedure 1:22
produced 22:19,25
  23:4
production 22:20
project 15:3 16:24
  17:6 18:15
provide 8:12 14:23
  14:24
provided 3:16
Public 1:24 3:13
  36:14 38:7
pursuant 1:21
put 7:10 35:11
Putting 9:18

_____
       Q
_____

Queens 12:12,13,21

12:22
question 5:25 6:2
  6:15,16 13:2
  17:23 33:22
questions 4:4 5:24
  6:7,9 7:3 28:15
  34:25

_____
       R
_____

R 2:2,13 3:2 4:2,2,2
  4:7,7
R-o-s-a-l-e-s 11:23
Rabinowitz 2:8,11
  5:9,10,14,16 7:10
  20:19,23 22:18,24
  23:5 25:24 27:22
  28:2 34:19 36:3
  37:3
raining 16:11
Ramon 1:6 11:20
  13:3,21 25:19
  31:2
Raul 1:7 31:8
RAZO 1:4
really 22:8,9
reason 11:2 26:16
recall 8:4,5,9 10:13
  14:4 19:19,20,24
  22:9 28:20 29:23
  30:19 32:23 33:12
  34:11 35:13,20
receive 32:15
recess 34:24
recollection 32:25
recommended 31:3
record 4:12,15 5:8
  6:5 7:11 8:12
  38:13
related 38:15
remember 9:25
  10:15 12:3 14:3
  19:21 21:3,8,20
  22:10 25:13
remotely 4:23 5:2
repeat 33:22
report 23:8 33:18
reporter 1:24 4:11
  4:14,18 38:6

reporting 4:22 5:6
Request 37:6,7
REQUESTED 8:14
REQUESTS 37:5
reserved 3:9
respect 3:19
respective 3:5
respond 6:2
response 6:8,9,16
rest 21:14 30:20
  34:4
right 12:15 14:13
  15:6 23:7 24:17
  25:11 26:18,25
  29:13 30:24 32:24
  32:24 33:16 34:2
  34:19 36:4
rights 3:16
risking 21:18
Rodriguez 1:5,8
  30:2 31:24
Rolando 1:4 28:21
room 4:21
Rosales 1:7 11:20
  31:2
ROSEN 2:8
Rudolpho 8:3
rules 1:21 5:19

_____
       S
_____

S 2:2,13,13 3:2,2
Salvador 1:5 29:21
Sanchez 1:5 29:22
Saturday 16:8
Saturdays 15:24,25
  16:2,6,7,21,21
saying 16:5 21:15
  24:25
scaffold 14:21
  26:10
scaffolding 32:12
scaffolds 25:5
sealing 3:6
seasons 11:7
second 17:5,13
  20:15 21:11 25:17
  36:3
sections 3:18

security 7:22
ee 5:21 27:16
  30:14 34:21
Segundo 1:7,8
  31:13,19
September 11:8,11
  13:19,23 14:14
  17:7,15,20,25
  18:5 19:7
Sergio 1:15 18:13
  18:14,17,20 19:2
  19:5 21:2 23:9,10
  23:20 24:3,7,19
  26:3,8,20,24 27:6
  29:11,12 33:23,24
  34:8,13,14
Sergio's 19:3,22
series 28:13
set 38:10,19
sheet 23:9 35:12
short 8:8
Sierra 1:5,6,6 29:25
  30:21,24
ign 23:24 24:3,5
  24:10,14 26:23
  27:4
sign-in 23:9 35:11
signed 3:12,14
  22:10 23:21 35:10
signing 24:8
Siguencia 1:8 31:20
similarly 1:9
single 34:17
site 13:25 14:11,14
  15:7 29:18
sites 14:10
situated 1:9
snowed 16:14
social 7:22
sold 33:23
sorry 22:25 25:2
  28:3
space 8:11
Spanish 4:3,5,5
speaks 6:6
specific 14:3 26:9
  26:10
spell 9:8 11:21

SS 38:3
Star 1:13,14 35:22
  35:24
start 11:5 13:4 15:7
  20:6 21:17
started 5:18 9:3
  10:2,5,8 12:24
  13:5,7,9,16,18
  29:4 31:6,16 32:2
State 1:24 4:11,14
  38:3,7
States 1:2 7:16
stating 5:7
stenotype 1:23 38:6
STIPULATED 3:4
  3:8,11,15
stop 34:5
Strategy 1:14,14
  35:22,25
Street 2:5 12:17
STRUCTURAL
  1:12,13
Subscribed 36:10
SUFFOLK 38:4
Suite 2:5,9
Sunday 16:9
supervise 26:11
supposed 18:9 20:4
  20:9,14,24 27:8
  33:20
sure 20:18 28:4
  33:5
suspended 25:4
suspension 32:12
sworn 4:4,8 36:10
  38:11

          T
T 2:13 3:2,2 4:2
take 6:14,17,24,25
  15:14,16 22:8
  34:20
taken 1:21 34:24
talk 34:7,22
talked 34:13
talking 13:17
team 29:10,14
Technical 22:23

tell 12:6 13:21 19:5
  20:13 24:9 26:6,9
  27:6,11 34:3,14
ten-minute 34:20
testified 4:10
testimony 6:22
  38:13
Thank 11:24 12:23
  23:6
thereto 3:19
they'd 21:13 25:10
  27:11 34:3
thing 6:14 20:21
  27:11 31:21,25
  34:17
think 6:12 20:16,20
three 16:4,6 17:3,5
time 1:23 3:10 6:6
  8:9 13:17,19,23
  17:5,12,13 24:13
  36:5
times 33:3
tired 21:15
today 5:22 6:13,21
  6:25 7:5 10:23
  11:3 35:2 36:4
told 13:3,9 17:19,24
  18:9,11 20:24
  21:9 29:23 33:24
tools 14:17,24
touch 30:8
trailer 23:16
train 14:7
transcript 3:12
Translations 2:14
travel 14:8
trial 3:10 38:10,12
true 38:13
Tubon 1:6 30:18
twice 23:4
two 11:7 16:4,5,7
  19:19 22:16
type 21:17

          U
U 3:2 4:2
U.S 7:19
Uh-huh 9:10 11:15

29:16
understand 5:23
  7:2 12:25 23:25
Union 4:16
United 1:2 7:16
use 14:17

          V
VASSILIOS 1:15
Vector 1:12,13 11:4
  11:6,17 12:9,11
  12:19 13:4,5,8,10
  13:11,18,25 14:11
  14:18,24 17:11
  23:14 25:3,6
  26:19 27:3,17
  29:5,14 31:6,17
  32:3,16 35:10
Vector's 27:13 28:6
  28:10
verbal 6:8
verify 20:16
videoconference
  1:17
Viesnef 33:10

          W
W-2 32:16
wage 32:16
wages 33:19
waive 5:4
waived 3:7,17
wall 26:10
want 5:18 8:11
  20:17 28:4 34:20
wasn't 27:12 34:9
way 38:17
we'll 6:12 7:10 20:5
  21:13 35:2
we're 7:6 10:22
  11:2 22:20 33:24
  33:25
week 15:22 20:6,11
  20:25 21:6,14,15
  24:23 34:3,4,5,16
  34:17
weekends 20:14
weekly 19:8,10,11

weeks 16:23,25
  21:4
went 11:8,13 17:13
  18:24 35:5
weren't 21:4 34:5
WHEREOF 38:19
Wilder 1:8 31:24
Willis 2:9
Withdrawn 25:2
witness 4:13,16
  37:3 38:9,14,19
work 8:21 9:6,14
  9:16,20 10:11
  11:10 12:7,8
  13:24 14:10 15:22
  15:25 16:3,9,11
  16:17,21,23 25:3
  25:6,8 26:3,9 29:5
  29:6,7,11,13
  30:15 31:15 33:3
  33:24
worked 8:24 10:13
  10:16 11:2,7,18
  13:25 14:13,18
  15:2,6 16:5,15,21
  17:6,10 18:5
  26:19 28:10 29:3
  35:24
worker 26:14
working 9:3 10:2,8
  11:5 12:11,19,24
  13:4,7,9,16,18
  27:3 30:6 31:6,17
  32:2,25 34:14,16
worry 34:15
wouldn't 16:4,7
  21:6 22:3,16
  34:18
write 27:5 35:13
wrong 20:21

          X
X 1:3,17
XX/XX 7:12

          Y
Yeah 12:22 28:2,23
  28:23

**year** 7:11 9:15
**ears** 7:17 11:10
  19:20 30:6,9 31:7
  34:11
**Yonkers** 14:2,11,14
  15:3,7 16:24 17:6
  23:14 25:9 26:7
  26:12,16 29:18
  31:10,12
**York** 1:2,25 2:5,5
  2:10 38:3,8

---
**Z**
---
**Z** 4:2,7
**Zapata** 1:3 28:19
**Zoom** 1:17

---
**0**
---
**07087** 4:17

---
**1**
---
**10** 15:13
**10165** 2:5
**11** 1:18
**1501** 2:10
**12** 15:14
**1400** 20:16,21,25
**15-minute** 15:13
**150** 4:16 12:17
**1500** 20:12
**17** 7:17
**19-cv-04896-LD...**
  1:11

---
**2**
---
**2** 2:9
**2:00** 1:19
**2:48** 34:24
**20** 8:25
**2004** 7:18
**2010** 12:4
**2018** 11:12 14:14
  17:7,16,21 18:2,6
  19:7
**2019** 10:9,10 11:14
  14:15 17:8,17
  18:8 20:2,10 21:5
  21:21

**2020** 10:6,10,10
**2022** 1:18 9:4 36:12
  38:20
**22** 37:7
**25th** 38:20

---
**3**
---
**3:02** 36:5
**3:30** 16:22
**30** 15:14
**34th** 12:20
**35** 18:3,12
**37th** 4:16 12:17

---
**4**
---
**42nd** 2:5
**4510** 2:5

---
**5**
---
**5** 37:3

---
**6**
---
**6:30** 15:9 24:13
**60** 2:5

---
**7**
---
**7** 15:9

---
**8**
---
**8** 16:22
**800-900** 21:13
**83** 7:12

---
**9**
---
**94** 2:9
**9809** 12:20