UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEJANDRO MANUEL ZAPATA OSORIO,　　　　　AFFIDAVIT OF SERVICE
ARTURO DEL RAZO, BRAULIO
ROLANDO CASHABAMBA CHANGO,
BYRON SALVADOR BARRERA SANCHEZ,
CARLOS E. SIERRA RODRIGUEZ, EDWIN
FABRICIO CASHABAMBA TUBON, JESUS　　　　Case No. 1:19-cv-04896-LDH-ST
SIERRA, JUAN SIERRA, RAMON ROSALES
GALVEZ, RAUL CHAVEZ DIAZ, SEGUNDO　　　Date of Service: 8/31/2022
LEANDRO ALULEMA GUANO, SEGUNDO
NICOLAS SIGUENCIA ENCALADA, and
WILDER RODRIGUEZ, *individually and on behalf
of others similarly situated,*

　　　　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　- vs -

VECTOR STRUCTURAL PRESERVATION CORP.
(D/B/A VECTOR STRUCTURAL PRESERVATION),
NORTH STAR STRATEGY, INC.
(D/B/A NORTH STAR STRATEGY), BILL
HANDAKAS, VASSILIOS HANDAKAS,
and SERGIO DOE,

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK)
　　　　　　　　　　)ss.:
COUNTY OF NASSAU)

Daniel P. Rabinowitz, being duly sworn, deposes and says:

That deponent is over 18 years of age and is an employee in the law firm of Rabinowitz, Galina & Rosen Esqs., attorneys for Defendants, and located at 94 Willis Avenue, Mineola, New York 11501.

That on August 31, 2022, deponent emailed a true copy of our "**Notice of Motion**," "**Cover Letter**," "**Defendants Vector Structural Preservation Corp. (d/b/a Vector Structural Preservation), Bill Handakas, and Vassillios Handakas' Memorandum of Law in Support of Their Motion for Summary Judgment**," "**Rule 56.1 Statement**", "**Declaration of Vassilios Handakas in Support of Defendants' Pre-Motion Letter and Motion for Summary Judgment**", "**Declaration of Michael M. Rabinowitz in Support of Defendants' Pre-Motion Letter and Motion for Summary Judgment**", and Exhibits A-F to the Rabinowitz Declaration upon:

Clela Errington
CSM Legal
60 E. 42nd St., Suite 4501
New York, New York 10165

**by emailing said documents to Ms. Errington at Clela@csm-legal.com.**

_____
DANIEL P. RABINOWITZ

Sworn to before me this
31st day of August, 2022

_____
NOTARY PUBLIC

GAYLE A. ROSEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02RO5055170
Qualified in Nassau County
Commission Expires February 5, 2026