UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRO MANUEL ZAPATA OSORIO, ARTURO DEL RAZO, BRAULIO ROLANDO CASHABAMBA CHANGO, BYRON SALVADOR BARRERA SANCHEZ, CARLOS E. SIERRA RODRIGUEZ, EDWIN FABRICIO CASHABAMBA TUBON, JESUS SIERRA, JUAN SIERRA, RAMON ROSALES GALVEZ, RAUL CHAVEZ DIAZ, SEGUNDO LEANDRO ALULEMA GUANO, SEGUNDO NICOLAS SIGUENCIA ENCALADA, and WILDER RODRIGUEZ *individually and on behalf of others similarly situated*,<br><br>　　　　　　　　　*Plaintiffs,*<br><br>- vs -<br><br>VECTOR STRUCTURAL PRESERVATION CORP. (D/B/A VECTOR STRUCTURAL PRESERVATION), NORTH STAR STRATEGY, INC. (D/B/A NORTH STAR STRATEGY, INC.), BILL HANDAKAS, BILL HANDAKAS, VASSILIOS HANDAKAS, and SERGIO DOE<br><br>　　　　　　　　　*Defendants.* | Case No. 19-cv-04896-LDH-ST<br><br>**CERTIFICATE OF SERVICE** |

Clela Errington certifies as follows:

　　I am a natural person above the age of eighteen years and am not a party in the above-caption action.

　　On September 28, 2022, I served copies of 1) Memorandum of Law in Opposition to Vector Structural Preservation Corp., Bill Handakas, and Vassilios Handakas's Motion for Summary Judgment 2) The Declaration of Clela Errington with Exhibits A-D, and 3) Plaintiff's Reply 56.1 Statement of Material Facts on Defendant Vector Structural Preservation Corp., Bill Handakas, and Vassilios Handakas's counsel of record via email to:

Daniel P. Rabinowitz, Esq.
Rabinowitz, Galina & Rosen
94 Willis Ave.
Mineola, New York 11501
drabinowitz@randglaw.net

                                                                                  _____
                                                                                  Clela A. Errington, Esq.